Justin M. Swartz (*pro hac vice* application forthcoming)
jms@outtengolden.com
Michael N. Litrownik (Fed. Bar No. CT28845)
mlitrownik@outtengolden.com
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10015
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Jahan C. Sagafi (*pro hac vice* application forthcoming)
jsagafi@outtengolden.com
Jennifer L. Liu (*pro hac vice* application forthcoming)
jliu@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

*Counsel for Plaintiffs and the Proposed Class Members*

*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH STRAUCH and TIMOTHY COLBY, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | **Case No.: 14-cv-00956** |

**NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFFS**

Todd Jackson (*pro hac vice* application forthcoming)
tjackson@lewisfeinberg.com
Margo Hasselman (*pro hac vice* application forthcoming)
mhasselman@lewisfeinberg.com
Andrew Lah (*pro hac vice* application forthcoming)
alah@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly M. Dermody (*pro hac vice* application forthcoming)
kdermody@lchb.com
Daniel M. Hutchinson (*pro hac vice* application forthcoming)
dhutchinson@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Darsana Srinivasan (*pro hac vice* application forthcoming)
dsrinivasan@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Counsel for Plaintiffs and Proposed Class Members*

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file the Consent to Join form for the following person, a true and correct copy of which is attached hereto as Exhibit A:

1. Stephen King

Dated: July 16, 2014
New York, New York

Respectfully submitted,

By: /s/ Michael N. Litrownik
Michael N. Litrownik

Justin M. Swartz (*pro hac vice* application forthcoming)
jms@outtengolden.com
Michael N. Litrownik (Fed. Bar No. CT28845)
mlitrownik@outtengolden.com
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10015
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Jahan C. Sagafi (*pro hac vice* application forthcoming)
jsagafi@outtengolden.com
Jennifer L. Liu (*pro hac vice* application forthcoming)
jliu@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Todd Jackson (*pro hac vice* application forthcoming)
tjackson@lewisfeinberg.com
Margo Hasselman (*pro hac vice* application forthcoming)
mhasselman@lewisfeinberg.com
Andrew Lah (*pro hac vice* application forthcoming)
alah@lewisfeinberg.com

LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly M. Dermody (*pro hac vice* application forthcoming)
kdermody@lchb.com
Daniel M. Hutchinson (*pro hac vice* application forthcoming)
dhutchinson@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Darsana Srinivasan (*pro hac vice* application forthcoming)
dsrinivasan@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs and the Proposed Class Members*