UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

_____

Joseph Strauch and Timothy Colby,                    :
and on behalf of themselves and all those           :
similarly situated                                           :        CIVIL NO.: 3:14-cv-956 (JBA)
                                                                   :
                     Plaintiffs,                              :
v.                                                                :
                                                                   :
Computer Sciences Corporation                        :
                                                                   :        August 14, 2014
                     Defendant.                             :
_____:

DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned sponsoring attorney hereby moves the Court to admit Attorney Cary G. Palmer *pro hac vice* for the purpose of representing the Defendant, Computer Sciences Corporation in the above-captioned lawsuit. In support of this Motion, the undersigned sponsoring attorney represents that:

1.      The undersigned, William J. Anthony, is a shareholder with the law firm of Jackson Lewis P. C., located at 18 Corporate Woods Boulevard, 3rd floor, Albany, New York 12211. Attorney Anthony has been a member in good standing of the Bars of the United States District Court for the District of Connecticut since 2000, United States District Court for the District of New Jersey since 1992, United States District Court for the District of California since 1989, State of Connecticut since 2000, State of New Jersey since 1992 and State of California since 1989. Attorney Anthony is also a member in good standing with the 3rd Circuit Court of Appeals since 1999, 4th Circuit Court of Appeals since 1996 and 9th Circuit Court of Appeals

since 1999.

2.      Cary G. Palmer is a shareholder of the law firm of Jackson Lewis P.C., 801 K Street, Suite 2300, Sacramento, CA 95814, telephone number is (916) 341-0404 and facsimile is (916) 341-0141 and email address is palmerc@jacksonlewis.com.  Mr. Palmer has been a member in good standing of the State of California since 1996.  Mr. Palmer is also member in good standing in the following Federal Districts of California:  Central District (1996); Eastern District (2003); Northern District (2004); and Southern District (1998).

3.      Mr. Palmer has expertise in cases involving labor and employment, and in particular, the types of claims at issue in this matter.  This matter involves claims that are governed by employment law.  Mr. Palmer is familiar with the factual and legal issue in this matter.  Mr. Palmer's admission to the bar in connection with this action would be of significant benefit to the Defendant.

4.      The undersigned believes Mr. Palmer to be of good character and knows of no reason why this Court should not grant this Motion.

5.      Mr. Palmer has never been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court, and Mr. Palmer has never been denied admission or disciplined by any other Court.

6.      The Affidavit of Cary G. Palmer in Support of Defendant's Motion for Admission *Pro Hac Vice* is filed simultaneously herewith.

7.      A payment in the amount of $75.00 has been filed pursuant to L. Civ. R. 83.1(d)(2).

WHEREFORE, based upon the representations stated above and the affidavit filed herewith, the undersigned requests that Attorney Cary G. Palmer be admitted *pro hac vice* before this Court as co-counsel for the Defendant.

Respectfully submitted,

DEFENDANT,
COMPUTER SCIENCES CORPORATION

By:      */s/ William J. Anthony*
         David R. Golder (ct 27941)
         David C. Salazar-Austin (ct 25564)
         Jackson Lewis P.C.
         90 Statehouse Square, 8th Floor
         Hartford, CT  06103
         Tel: (860) 522-0404
         Fax: (860) 247-1330
         golderd@jacksonlewis.com
         salazard@jacksonlewis.com

         William J. Anthony (ct 17865)
         Kristi Rich Winters (ct 28066)
         Jackson Lewis P.C.
         18 Corporate Woods Boulevard, 3rd floor
         Albany, New York 12211
         Telephone: 518-434-1300
         Fax: 518-427-5956
         Anthonyw@jacksonlewis.com
         Kristi.Winters@jacksonlewis.com


         -  and  -

         Cary G. Palmer
         (pro hac vice admission pending)

<u>CERTIFICATION OF SERVICE</u>

   I hereby certify that on August 14, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


       */s/ William J. Anthony*
       William J. Anthony