IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH and TIMOTHY COLBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.:<br><br>3:14-CV-00956 (JBA)<br><br><br><br>August 25, 2014 |

## MOTION FOR ADMISSION OF JAHAN C. SAGAFI *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch and Timothy Colby, of Jahan C. Sagafi, Outten & Golden LLP, One Embarcadero Center, 38th Floor, San Francisco, CA 94111.  Attorney Jahan C. Sagafi's telephone number is (415) 638-8800.  His facsimile number is (415) 638-8810.  His e-mail address is jsagafi@outtengolden.com.

Attorney Jahan C. Sagafi is a member in good standing of the state bar of California (Bar No. 224887) and a member in good standing of the bars of the U.S. District Courts for the Northern District of California (no bar number provided), Central District of California (no bar number provided), Eastern District of California (no bar number provided) and United States Courts of Appeal for the Second, Ninth, and Eleventh Circuits (no bar numbers provided).

Attorney Jahan C. Sagafi has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Jahan C. Sagafi has not been denied admission to, been disciplined by, resigned from, surrendered his or her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Jahan C. Sagafi stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Attorney Jahan C. Sagafi is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joseph D. Garrison (Federal Bar No. ct04132) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Jahan C. Sagafi be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf Plaintiffs Joseph Strauch and Timothy Colby for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFFS**

By: /s/ *Joseph D. Garrison*
 Joseph D. Garrison
 *Federal Bar No.:   ct04132*
 GARRISON, LEVIN-EPSTEIN, RICHARDSON,
     FITZGERALD & PIRROTTI, P.C.
 405 Orange Street
 New Haven, CT   06511
 Tel: (203) 777-4425
 Fax: (203) 776-3965
 E-mail: jgarrison@garrisonlaw.com

2

## CERTIFICATION

I HEREBY CERTIFY that on this 25th day of August, 2014, a copy of the foregoing **Motion for Admission of Jahan C. Sagafi Pro Hac Vice** was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

*Served via e-mail:*
Jahan C. Sagafi, Esq.
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA   94111
jsagafi@outtengolden.com

/s/ *Joseph D. Garrison*
Joseph D. Garrison