IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH and TIMOTHY COLBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.:<br><br>3:14-CV-00956 (JBA)<br><br><br><br><br><br><br><br>August 25, 2014 |

## MOTION FOR ADMISSION OF ANDREW LAH *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch and Timothy Colby, of Andrew Lah, Lewis, Feinberg, Lee, Renaker & Jackson P.C., 476 9th Street, Oakland, California, 94607. Attorney Lah's telephone number is (510) 839-6824. His facsimile number is (510) 839-7839. His e-mail address is tjackson@lewisfeinberg.com.

Attorney Andrew Lah is a member in good standing of the state bar of the California. (State Bar No. 202598) and the U.S. Court of Appeals for the Ninth Circuit (no bar number provided) and the U.S. District Courts for the Northern District of California and Southern District of California (no bar numbers provided).

Attorney Lah has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Lah has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Lah stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Attorney Lah is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joseph D. Garrison (Federal Bar No. ct04132) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Andrew Lah be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf Plaintiffs Joseph Strauch and Timothy Colby for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

        **RESPECTFULLY SUBMITTED,**
        **THE PLAINTIFFS**

By:   */s/ Joseph D. Garrison*
        Joseph D. Garrison
        *Federal Bar No.:* ct04132
        GARRISON, LEVIN-EPSTEIN, RICHARDSON,
            FITZGERALD & PIRROTTI, P.C.
        405 Orange Street
        New Haven, CT  06511
        Tel:   (203) 777-4425
        Fax:  (203) 776-3965
        E-mail: jgarrison@garrisonlaw.com

## CERTIFICATION

I HEREBY CERTIFY that on this 25th day of August, 2014, a copy of the foregoing **Motion of Admission pro hac vice** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Served via e-mail:
Andrew Lah, Esq.
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476  9th Street
Oakland, CA   94607
alah@lewisfeinberg.com

/s/ *Joseph D. Garrison*
Joseph D. Garrison