Justin M. Swartz (*pro hac vice* application forthcoming)   jms@outtengolden.com
Michael N. Litrownik (Fed. Bar No. CT28845) mlitrownik@outtengolden.com
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor New York, NY 10015 Telephone: (212) 245-1000
Facsimile:   (212) 977-4005

Jahan C. Sagafi (*pro hac vice* application forthcoming)   jsagafi@outtengolden.com
Jennifer L. Liu (*pro hac vice* application forthcoming)   jliu@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111 Telephone: (415) 638-8800
Facsimile:   (415) 638-8810

*Counsel for Plaintiffs and the Proposed Class Members Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH STRAUCH and TIMOTHY COLBY, on behalf of themselves and all those similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>                    Defendant. | CIVIL ACTION NO.:<br><br>3:14-cv-00956-JBA |

**MOTION FOR ADMISSION OF SUDARSANA SRINIVASAN *PRO HAC VICE***

Todd Jackson (*pro hac vice* application forthcoming)
tjackson@lewisfeinberg.com
Margo Hasselman (*pro hac vice* application forthcoming)
mhasselman@lewisfeinberg.com
Andrew Lah (*pro hac vice* application forthcoming)
alah@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly M. Dermody (*pro hac vice* application forthcoming)
kdermody@lchb.com
Daniel M. Hutchinson (*pro hac vice* application forthcoming)
dhutchinson@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Sudarsana Srinivasan (*pro hac vice* application forthcoming)
dsrinivasan@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Counsel for Plaintiffs and Proposed Class Members*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch and Timothy Colby, of Sudarsana Srinivasan, Lieff Cabraser Heimann & Bernstein LLP, 250 Hudson Street, 8th Floor, New York 10013. Attorney Sudarsana Srinivasan's telephone number is 212-355-9500. Her facsimile number is 212-355-9500. Her e-mail address is dsrinivasan@lchb.com.

Attorney Sudarsana Srinivasan is a member in good standing of the state bar of New York (State Bar ID 4599064) and a member in good standing of the bars of the following courts:

    a.    U.S. Court of Appeals, Second Circuit (2010) (No bar number given)

    b.    U.S. Court of Appeals, Third Circuit (2014) (No bar number given)

    c.    U.S. District Court for the Southern District of New York (2014) (Bar # SS0222)

    d.    U.S. District Court for the Eastern District of New York (2014) (Bar # SS0222)

Attorney Sudarsana Srinivasan has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Sudarsana Srinivasan has not been denied admission to, been disciplined by, resigned from, surrendered his or her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Sudarsana Srinivasan stating that she has never been denied admission or disciplined in accordance with these Local Rules nor has she been denied admission or disciplined by any other court.

Attorney Sudarsana Srinivasan is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiff/defendant in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joseph D. Garrison (Federal Bar No. ct04132) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Sudarsana Srinivasan be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf Plaintiffs Joseph Strauch and Timothy Colby for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

         **RESPECTFULLY SUBMITTED,**
         **THE PLAINTIFFS**

By:   */s/ Joseph D. Garrison*
       Joseph D. Garrison
       *Federal Bar No.:   ct04132*
       GARRISON, LEVIN-EPSTEIN, RICHARDSON,
          FITZGERALD & PIRROTTI, P.C.
       405 Orange Street
       New Haven, CT   06511
       Tel:    (203) 777-4425
       Fax:    (203) 776-3965
       E-mail: jgarrison@garrisonlaw.com

**CERTIFICATION**

I HEREBY CERTIFY that on this 25<u>th</u> day of August, 2014, a copy of the foregoing **Motion of Admission pro hac vice** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*Served via e-mail*:
Sudarsana Srinivasan, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY   10013
dsrinivasan@lchb.com.

/s/ *Joseph D. Garrison*
Joseph D. Garrison