UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH and TIMOTHY COLBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA)<br><br><br><br><br><br><br><br><br><br>September 15, 2014 |

## MOTION FOR ADMISSION OF MICHAEL CAESAR *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch and Timothy Colby, of Michael Caesar, Lewis, Feinberg, Lee, Renaker & Jackson P.C., 476 9th Street, Oakland, California, 94607. Attorney Michael Caesar's telephone number is (510) 839-6824. His facsimile number is (510) 839-7839. His e-mail address is mcaesar@lewisfeinberg.com.

Attorney Michael Caesar is a member in good standing of the state bar of the California. (State Bar No. 280548).

Attorney Caesar has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Caesar has not been denied admission to, been disciplined by, resigned from, surrendered his or her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Caesar stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Attorney Caesar is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiff/defendant in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Karen Kravetz (Federal Bar No. ct19665), who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Michael Caesar be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf Plaintiffs Joseph Strauch and Timothy Colby for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFFS**

By: _____
Karen Kravetz
*Federal Bar No.:   ct19665*
SUSMAN, DUFFY AND SEGALOFF, P.C.
59 Elm Street
New Haven, CT   06510
Tel:   (203) 624-9830
Fax:   (203) 562-8340
E-mail: kkravetz@susamanduffy.com

2

## CERTIFICATION

I HEREBY CERTIFY that on this 15th day of September, 2014, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Served via regular mail:
Michael Caesar
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
476 9th Street
Oakland, CA, 94607

_/s/ Karen Kravetz_
Karen Kravetz

3