UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Strauch and Timothy Colby, and on behalf of themselves and all those similarly situated<br><br>Plaintiffs,<br>v.<br><br>Computer Sciences Corporation<br><br>Defendant. | CIVIL NO.: 3:14-cv-956 (JBA)<br><br><br><br><br>February 13, 2015 |

DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned sponsoring attorney hereby moves the Court to admit Attorney Hallie Diethelm Caldarone *pro hac vice* for the purpose of representing the Defendant, Computer Sciences Corporation in the above-captioned lawsuit. In support of this Motion, the undersigned sponsoring attorney represents that:

1. The undersigned, William J. Anthony, is a shareholder with the law firm of Jackson Lewis P. C., located at 18 Corporate Woods Boulevard, 3rd floor, Albany, New York 12211. Attorney Anthony has been a member in good standing of the Bars of the United States District Court for the District of Connecticut since 2000, United States District Court for the District of New Jersey since 1992, United States District Court for the District of California since 1989, State of Connecticut since 2000, State of New Jersey since 1992 and State of California since 1989. Attorney Anthony is also a member in good standing with the 3rd Circuit Court of Appeals since 1999, 4th Circuit Court of Appeals since 1996 and 9th Circuit Court of Appeals

since 1999.

2. Hallie Diethelm Caldarone is a shareholder of the law firm of Jackson Lewis P.C., Chicago, Illinois office, located at 150 N. Michigan Avenue, Chicago, Illinois 60601, telephone number is (312) 803-2526 and facsimile is (312) 787-4995 and email address is caldaroh@jacksonlewis.com.  Ms. Caldarone is a member in good standing of the State Bar of Illinois (Bar No. 6269638).   Ms. Caldarone is also admitted to practice in the following Federal jurisdictions:  the United States District Court for the Northern District of Illinois (no bar identification number); Central District of Illinois (no bar identification number), Northern District of Indiana (no bar identification number) and Southern District of Indiana (no bar identification number).

3. Ms. Caldarone has expertise in cases involving labor and employment, and in particular, the types of claims at issue in this matter.  This matter involves claims that are governed by employment law.  Ms. Caldarone is familiar with the factual and legal issues in this matter.  Mr. Caldarone's admission to the bar in connection with this action would be of significant benefit to the Defendant.

4. The undersigned believes Ms. Caldarone to be of good character and knows of no reason why this Court should not grant this Motion.

5. Ms. Caldarone has never been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court, and Ms. Caldarone has never been denied admission or disciplined by any other Court.

6. The Affidavit of Hallie Diethelm Caldarone in Support of Defendant's Motion for Admission *Pro Hac Vice* is filed simultaneously herewith.

7. A payment in the amount of $75.00 has been filed pursuant to L. Civ. R.

83.1(d)(2).

WHEREFORE, based upon the representations stated above and the affidavit filed herewith, the undersigned requests that Attorney Hallie Diethelm Caldarone be admitted *pro hac vice* before this Court as co-counsel for the Defendant.

           Respectfully submitted,

           DEFENDANT,
           COMPUTER SCIENCES CORPORATION


           By its attorneys,

           */s/ William J. Anthony*
           Jackson Lewis P.C.
           William J. Anthony (ct 17865)
           Kristi Rich Winters (ct 28066)
           18 Corporate Woods Boulevard, 3rd floor
           Albany, New York 12211
           Telephone: 518-434-1300
           Fax: 518-427-5956
           Anthonyw@jacksonlewis.com
           Kristi.Winters@jacksonlewis.com

           David R. Golder (ct 27941)
           David C. Salazar-Austin (ct 25564)
           90 Statehouse Square, 8th Floor
           Hartford, CT  06103
           Tel: (860) 522-0404
           Fax: (860) 247-1330
           golderd@jacksonlewis.com
           salazard@jacksonlewis.com


           Brett M. Anders
           220 Headquarters Plaza
           East Tower, 7th Floor
           Morristown, NJ 07960
           Tel: (973) 538-6890
           andersb@jacksonlewis.com

>Cary G. Palmer
>Nathan W. Austin
>801 K Street, Suite 2300
>Sacramento, CA 95814
>Tel: (916) 341-0404
>palmerc@jacksonlewis.com
>AustinN@jacksonlewis.com

CERTIFICATION OF SERVICE

I hereby certify that on February 13, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<div style="margin-left: 3em;">

*/s/ William J. Anthony*
William J. Anthony

</div>