## Consent To Join Form

I work or worked for Computer Sciences Corporation ("CSC") as an Associate Professional System Administrator[,] [or] Professional System Administrator[, or Senior Professional System Administrator ("SA")] at some time on or after [date].  As an SA, I worked more than forty hours in at least one work week during that period.

I choose to participate as a party plaintiff in the Fair Labor Standards Act ("FLSA") collective action lawsuit entitled *Strauch v. Computer Sciences Corporation*, Case No. 14 Civ. 956 (JBA) (D. Conn.).  I understand that this lawsuit claims that CSC improperly classified SAs as exempt from the Fair Labor Standards Act and seeks payment of overtime wages to SAs.

I choose to be represented in this action by the named plaintiffs and Outten & Golden LLP, Lewis, Feinberg, Lee, Renaker & Jackson P.C., and Lieff, Cabraser, Heimann & Bernstein, LLP (collectively, "Plaintiffs' Counsel").  I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable.  I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other Plaintiffs and Opt-Ins.  I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against CSC, and/or any related entities or persons potentially liable.


Print Name: _____

Signature: _____

Date: _____

*PRIVILEGED ATTORNEY-CLIENT COMMUNICATION*

## Additional Information Regarding The Consent To Join Form

Please complete this form with your personal, non-work contact information, so that we (your attorneys) can stay in touch to update you regarding the lawsuit's progress, and so that we can give you your share of any money that is recovered (if any) from CSC on your behalf.

Print Name: _____

Address: _____

City, State, Zip _____

Telephone Number(s): _____

E-Mail Address: _____

**Additional information**

- This lawsuit seeks to pursue the misclassification, overtime pay, and related claims of System Administrators employed by CSC at any time on or after [date] (or before then, in certain states), who were classified as exempt from applicable overtime pay laws, and who worked overtime (hours over 40 in a week) but were not properly paid for all overtime hours worked.

- It is illegal for any employer to retaliate against an individual for exercising his or her rights (such as by participating in this lawsuit, signing or submitting this document, or talking to attorneys about his or her rights to full compensation for work performed).

- If you have any questions, please contact CSCLawsuit@outtengolden.com, www.CSCLawsuit.com, or (212) 245-1000.

- Please feel free to share this form and information with others who have worked as System Administrators at any time on or after [date].