**[return address]**

# Notice of Unpaid Overtime Lawsuit Against CSC
## *Court-authorized notice*

[window]

**If you worked for CSC as an Associate Professional System Administrator[,] [or] Professional System Administrator[, or Senior Professional System Administrator],**
**anytime on or after [date],**
**you may be able to join a collective action lawsuit seeking overtime pay.**