UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Strauch and Timothy Colby, and on behalf of themselves and all those similarly situated : : : : Plaintiffs, : : v. : : Computer Sciences Corporation : : Defendant. : : | CIVIL NO.: 3:14-cv-956 (JBA) NOVEMBER 18, 2015 |

DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned sponsoring attorney hereby moves the Court to admit Attorney Vincent E. Polsinelli *pro hac vice* for the purpose of representing the Defendant, Computer Sciences Corporation, in the above-captioned lawsuit. In support of this Motion, the undersigned sponsoring attorney represents that:

1. The undersigned, William J. Anthony, is a shareholder with the law firm of Jackson Lewis P. C., located at 18 Corporate Woods Boulevard, 3rd floor, Albany, New York 12211. Attorney Anthony has been a member in good standing of the Bars of the United States District Court for the District of Connecticut since 2000, United States District Court for the District of New Jersey since 1992, United States District Court for the District of California since 1989, State of Connecticut since 2000, State of New Jersey since 1992 and State of California since 1989. Attorney Anthony is also a member in good standing with the 3rd Circuit Court of Appeals since 1999, 4th Circuit Court of Appeals since 1996 and 9th Circuit Court of Appeals since 1999.

2. Vincent E. Polsinelli is a shareholder of the law firm of Jackson Lewis P.C., 18 Corporate Woods Boul, 3rd Floor, Albany, NY 12211, his telephone number is (518) 434-1300, facsimile is (518) 427-5956, and his email address is vincent.polsinelli@jacksonlewis.com. Mr. Polsinelli has been a member in good standing of the bar of the State of Florida since 1999 (Bar Number 182575) and the State of New York since 2002 (Bar Number 599625). Mr. Polsinelli is also member in good standing in the following Federal Districts of New York: Northern District (2003) (Bar Number 511913); Southern District (2005) (Bar Number VP2667); Eastern District (2013) (Bar Number VP1190); and Western District (2004) (no bar number provided). He is also a member in good standing of the Federal District of Florida, Southern District (2000) (Bar Number VP2667); the U.S. Court of Appeals for the 11th Circuit (2000) (no bar number provided); the U.S. Court of Appeals for the 2d Circuit (2008) (no bar number provided); and the U.S. Court of Appeals for the Federal Circuit (2005) (no bar number provided).

3. Mr. Polsinelli has expertise in cases involving labor and employment law, and in particular, the types of claims at issue in this matter including, but not limited to, New York wage and hour claims. This matter involves claims that are governed by employment law. Mr. Polsinelli is familiar with the factual and legal issues in this matter. Mr. Polsinelli's admission to the bar in connection with this action would be of significant benefit to the Defendant.

4. The undersigned believes Mr. Polsinelli to be of good character and knows of no reason why this Court should not grant this Motion.

5. Mr. Polsinelli has never been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court, and Mr. Polsinelli has never been denied admission or disciplined by any other Court.

6. The Affidavit of Vincent E. Polsinelli in Support of Defendant's Motion for

Admission *Pro Hac Vice* is filed simultaneously herewith.

7. A payment in the amount of $75.00 has been filed herewith pursuant to L. Civ. R. 83.1(d)(2).

WHEREFORE, based upon the representations stated above and the affidavit filed herewith, the undersigned requests that Attorney Vincent E. Polsinelli be admitted *pro hac vice* before this Court as co-counsel for the Defendant.

Respectfully submitted,

DEFENDANT,
COMPUTER SCIENCES CORPORATION

By its attorneys,

/s/ *William J. Anthony*
Jackson Lewis P.C.
William J. Anthony (ct 17865)
Kristi Rich Winters (ct 28066)
Vincent E. Polsinelli**
18 Corporate Woods Boulevard, 3rd floor
Albany, NY 12211
Telephone: (518) 434-1300
Facsimile:  (518) 427-5956
anthonyw@jacksonlewis.com
kristi.winters@jacksonlewis.com
vincent.polsinelli@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Telephone:  (860) 522-0404
Facsimile:   (860) 247-1330
golderd@jacksonlewis.com
salazard@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960

Telephone:  (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
801 K Street, Suite 2300
Sacramento, CA 95814
Telephone: (916) 341-0404
palmerc@jacksonlewis.com
austinn@jacksonlewis.com

Alison L. Lynch*
5000 Birch Street, Suite 5000
Newport Beach, CA  92660
Telephone:  (949) 885-1360
Facsimile:   (949) 885-1380
alison.lynch@jacksonlewis.com


*admitted *pro hac vice*
** *pro hac vice* motion pending

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on November 18, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                              */s/ William J. Anthony*
                                              William J. Anthony