IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA)<br><br>November 25, 2015 |

## MOTION FOR ADMISSION OF MICHAEL LEVIN-GESUNDHEIT *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre of Michael Levin-Gesundheit, Lieff Cabraser Heimann & Bernstein LLP, 275 Battery Street, San Francisco, California 94111. Attorney Michael Levin-Gesundheit's telephone number is (415) 956-1000. His facsimile number is (415) 956-1008. His e-mail address is mlevin@lchb.com.

Attorney Michael Levin-Gesundheit is a member in good standing of the bar of State of California (Bar No. 292930) and a member in good standing of the bar of the U.S. District Court for the Northern District of California (admission date 10/16/15).

Attorney Michael Levin-Gesundheit has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

1282095.1

Attorney Michael Levin-Gesundheit has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Michael Levin-Gesundheit stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Attorney Michael Levin-Gesundheit is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Karen B. Kravetz (Federal Bar No. ct19665) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Michael Levin-Gesundheit be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf Plaintiffs Joseph Strauch and Timothy Colby for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFFS**

By: *[signature]*

Karen B. Kravetz
*Federal Bar No.: ct19665*
SUSMAN, DUFFY & SEGALOFF, P.C.
P.O. Box 1684
New Haven, CT 06507
Tel:   (203) 624-9830
Fax:   (203) 562-8430
E-mail: kkravetz@susmanduffy.com

## CERTIFICATION

I HEREBY CERTIFY that on this 25th day of November, 2015, a copy of the foregoing Motion For Admission Of Michael Levin-Gesundheit Pro Hac Vice was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Karen B. Kravetz