UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Strauch and Timothy Colby, and on behalf of themselves and all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Computer Sciences Corporation<br><br>Defendant. | CIVIL NO.:<br>3:14-cv-956 (JBA)<br><br><br><br><br>DECEMBER 14, 2015 |

### DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned sponsoring attorney hereby moves the Court to admit Attorney Stephen T. Paterniti *pro hac vice* for the purpose of representing the Defendant, Computer Sciences Corporation in the above-captioned lawsuit. In support of this Motion, the undersigned sponsoring attorney represents that:

1. The undersigned, William J. Anthony, is a shareholder with the law firm of Jackson Lewis P. C., located at 18 Corporate Woods Boulevard, 3rd floor, Albany, New York 12211. Attorney Anthony has been a member in good standing of the Bars of the United States District Court for the District of Connecticut since 2000, United States District Court for the District of New Jersey since 1992, United States District Court for the District of California since 1989, State of Connecticut since 2000, State of New Jersey since 1992 and State of California since 1989. Attorney Anthony is also a member in good standing with the 3rd Circuit Court of Appeals since 1999, 4th Circuit Court of Appeals since 1996 and 9th Circuit Court of Appeals since 1999.

2. Stephen T. Paterniti is a shareholder of the law firm of Jackson Lewis P.C., 75 Park Plaza, 4th Floor, Boston, Massachusetts 02116, telephone number is (617) 367-0025, facsimile is (617) 367-2155, and email address is paternis@jacksonlewis.com.  Mr. Paterniti has been a member in good standing of the Commonwealth of Massachusetts since 1993 (Bar Number 6564860).  Mr. Paterniti is also member in good standing of the Bar of the United States District Court for the District of Massachusetts since 1995 (no bar number provided), ), the Bar of the state of Connecticut since 1994 (Juris Number 409302), and of the United States Court of Appeals for the First Circuit since 1997 (Bar Number 47702).

3. Mr. Paterniti has expertise in cases involving labor and employment, and in particular, the types of claims at issue in this matter including, but not limited to, wage and hour claims.  This matter involves claims that are governed by employment law.  Mr. Paterniti is familiar with the factual and legal issues in this matter.  Mr. Paterniti's admission to the bar in connection with this action would be of significant benefit to the Defendant.

4. The undersigned believes Mr. Paterniti to be of good character and knows of no reason why this Court should not grant this Motion.

5. Mr. Paterniti has never been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court, and Mr. Paterniti has never been denied admission or disciplined by any other Court.

6. The Affidavit of Stephen T. Paterniti in Support of Defendant's Motion for Admission *Pro Hac Vice* is filed simultaneously herewith.

7. A payment in the amount of $75.00 has previously been filed pursuant to L. Civ. R. 83.1(d)(2).

WHEREFORE, based upon the representations stated above and the affidavit filed

herewith, the undersigned requests that Attorney Stephen T. Paterniti be admitted *pro hac vice* before this Court as co-counsel for the Defendant.

        Respectfully submitted,

        DEFENDANT,
        COMPUTER SCIENCES CORPORATION

        By its attorneys,

        */s/ William J. Anthony*
        Jackson Lewis P.C.
        William J. Anthony (ct 17865)
        Kristi Rich Winters (ct 28066)
        18 Corporate Woods Boulevard, 3rd floor
        Albany, NY 12211
        Telephone: (518) 434-1300
        Facsimile:  (518) 427-5956
        anthonyw@jacksonlewis.com
        kristi.winters@jacksonlewis.com

        David R. Golder (ct 27941)
        David C. Salazar-Austin (ct 25564)
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Telephone:  (860) 522-0404
        Facsimile:   (860) 247-1330
        golderd@jacksonlewis.com
        salazard@jacksonlewis.com

        Brett M. Anders*
        220 Headquarters Plaza
        East Tower, 7th Floor
        Morristown, NJ 07960
        Telephone:  (973) 538-6890
        andersb@jacksonlewis.com

        Cary G. Palmer*
        Nathan W. Austin
        801 K Street, Suite 2300
        Sacramento, CA 95814
        Telephone: (916) 341-0404
        palmerc@jacksonlewis.com
        austinn@jacksonlewis.com

Alison L. Lynch*
5000 Birch Street, Suite 5000
Newport Beach, CA 92660
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
alison.lynch@jacksonlewis.com

Matthew A. Porter*
75 Park Plaza, 4th Floor
Boston, MA 02116
Telephone: (617) 367-0025
Facsimile: (617) 367-2155
porterm@jacksonlewis.com

Stephen T. Paterniti**
75 Park Plaza, 4th Floor
Boston, MA 02116
Telephone: (617) 367-0025
Facsimile: (617) 367-2155
paternis@jacksonlewis.com

*admitted *pro hac vice*
** *pro hac vice* motion forthcoming

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on December 14, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ William J. Anthony*
                                              William J. Anthony