IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA)<br><br><br><br><br>September 29, 2017 |

## MOTION FOR ADMISSION OF JARED GOLDMAN *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre of Jared Goldman, Outten & Golden LLP, 685 Third Avenue, New York, New York 10017.  Attorney Jared Goldman's telephone number is (212) 245-1000.  His facsimile number is (646) 509-2060.  His e-mail address is jgoldman@outtengolden.com.

Attorney Jared Goldman is a member in good standing of the bar of State of New York (Bar No. 5426226)

Attorney Jared Goldman has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Jared Goldman has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Jared Goldman stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Attorney Jared Goldman is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Karen Baldwin Kravetz (Federal Bar No. ct19665) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Jared Goldman be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

                            **RESPECTFULLY SUBMITTED,**
                            **THE PLAINTIFFS**

By: ___/s/ Karen Baldwin Kravetz_
Karen Baldwin Kravetz
*Federal Bar No.: ct19665*
SUSMAN, DUFFY & SEGALOFF, P.C.
P.O. Box 1684
New Haven, CT 06507
Tel:   (203) 624-9830
Fax:   (203) 562-8430
E-mail: kkravetz@susmanduffy.com

**CERTIFICATION**

    I HEREBY CERTIFY that on this 29th day of September, 2017, a copy of the foregoing Motion For Admission Of Jared Goldman Pro Hac Vice was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                            /s/ Karen Baldwin Kravetz
                                                                            Karen Baldwin Kravetz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA)<br><br><br><br>September 25, 2017 |

### AFFIDAVIT OF JARED GOLDMAN
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jared Goldman, being duly sworn, hereby depose and say:

1. I am an attorney at law of the State of New York with offices at Outten & Golden LLP, 685 Third Avenue, New York, New York 10017. My telephone number is (212) 245-1000. My facsimile number is (646) 509-2060. My e-mail address is jgoldman@outtengolden.com

2. I am duly licensed to practice law in the State of New York (Bar No. 5426226), having been admitted on May 18, 2016. I am a member in good standing of the bar.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Attorney Karen B. Kravetz (Federal Bar No. ct19665), who is a member of the bar of this Court, as local counsel for service of process, pursuant to Local Rule 83.1(c). I hereby designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

7. I have been retained as counsel for Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre in the above-captioned case pending before this Court. I respectfully request permission to appear *pro hac vice* on behalf of Plaintiffs. I am familiar with this action and will be fully prepared to represent Plaintiffs in all proceedings before this Court.

8. I have read the foregoing affidavit, consisting of eight numbered paragraphs, and swear that it is true based upon my knowledge, information and belief.

_____
Jared Goldman

Sworn to before me this
25th day of September, 2017

_____
Notary Public

```
CHRISTINE HYOSUN PARK
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01PA6346902
COMM. EXP. 8/22/2020
```

2



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

**I, Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jared Werby Goldman** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 18th day of May 2016, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 26, 2017.

Clerk of the Court