IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA)<br><br><br><br><br>November 7, 2017 |

## MOTION FOR ADMISSION OF SHIRA TEVAH *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre of Shira Tevah, Lieff Cabraser Heimann & Bernstein LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111. Attorney Shira Tevah's telephone number is (415) 956-1000. Her facsimile number is (415) 956-1008. Her e-mail address is stevah@lchb.com.

Attorney Shira Tevah is a member in good standing of the bar of the State of California (Bar No. 307106)

Attorney Shira Tevah has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Shira Tevah has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Shira Tevah stating that she has never been denied admission in accordance with these Local Rules nor has he been denied admission by any other court.

Attorney Shira Tevah is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Karen Baldwin Kravetz (Federal Bar No. ct19665) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Shira Tevah be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

        **RESPECTFULLY SUBMITTED,**
        **THE PLAINTIFFS**


By:   /s/ Karen Baldwin Kravetz
      Karen Baldwin Kravetz
      *Federal Bar No.: ct19665*
      SUSMAN, DUFFY & SEGALOFF, P.C.
      P.O. Box 1684
      New Haven, CT 06507
      Tel:   (203) 624-9830
      Fax:   (203) 562-8430
      E-mail: kkravetz@susmanduffy.com

## CERTIFICATION

I HEREBY CERTIFY that on this 7th day of November, 2017, a copy of the foregoing Motion For Admission Of Shira Tevah *pro hac vice* was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                                              /s/ Karen Baldwin Kravetz
                                                                                              Karen Baldwin Kravetz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA)<br><br><br><br>October 10, 2017 |

### AFFIDAVIT OF SHIRA TEVAH
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Shira Tevah, being duly sworn, hereby depose and say:

1. I am an attorney at law of the State of California with offices at Lieff Cabraser Heimann & Bernstein LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111. My telephone number is (415) 956-1000. My facsimile number is (415) 956-1008. My e-mail address is stevah@lchb.com.

2. I am duly licensed to practice law in the State of California (Bar No. 307106), having been admitted in December, 2015. I am a member in good standing of the bar.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

1374462.1

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Attorney Karen B. Kravetz (Federal Bar No. ct19665), who is a member of the bar of this Court, as local counsel for service of papers, pursuant to Local Rule 83.1(c). I hereby designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

7. I have been retained as counsel for Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre in the above-captioned case pending before this Court. I respectfully request permission to appear *pro hac vice* on behalf of Plaintiffs. I am familiar with this action and will be fully prepared to represent Plaintiffs in all proceedings before this Court.

8. I have read the foregoing affidavit, consisting of eight numbered paragraphs, and swear that it is true based upon my knowledge, information and belief.

_____
Shira Tevah

Sworn to before me this
Tenth day of October, 2017.

_____
Notary Public

C. JORGENSEN
Commission # 2061454
Notary Public - California
San Francisco County
My Comm. Expires Mar 17, 2018

2

1374462.1

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617  TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 10, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SHIRA JORDAN TEVAH, #307106 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2015; that from the date of admission to March 15, 2016, she was an ACTIVE member of the State Bar of California; that on March 15, 2016, she transferred at her request to the INACTIVE status as of February 1, 2016; that from that date to August 22, 2017, she was an INACTIVE member of the State Bar of California; that on August 22, 2017, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records