# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE,** on behalf of themselves and all those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMPUTER SCIENCES CORPORATION,**<br><br>**Defendant.** | **No. 14 Civ. 956 (JBA)**<br><br><br><br>**November 7, 2017** |

## MOTION FOR ADMISSION OF DARNLEY D. STEWART *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre of Darnley D. Stewart, Outten & Golden LLP, 685 Third Avenue, New York, New York 10017. Attorney Darnley D. Stewart's telephone number is (212) 245-1000. Her facsimile number is (646) 509-2060. Her e-mail address is dstewart@outtengolden.com.

Attorney Darnley D. Stewart is a member in good standing of the bar of the State of New York (Bar No. 2550267)

Attorney Darnley D. Stewart has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. She was, however, subjected to a Private Letter of Reprimand in 2008 arising out of conduct that occurred in November 2000 as set forth in her accompanying Affidavit.

Attorney Darnley D. Stewart has not been denied admission to, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Darnley D. Stewart stating that she has never been denied admission in accordance with these Local Rules nor has he been denied admission by any other court.

Attorney Darnley D. Stewart is fully conversant with the facts presented by this case and will be fully prepared to represent the plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Karen Baldwin Kravetz (Federal Bar No. ct19665) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Darnley D. Stewart be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre for all purposes.

The fee of $75 payable to the Clerk of the District Court accompanies this Motion.

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFFS**


By:   /s/ Karen Baldwin Kravetz
         Karen Baldwin Kravetz
         *Federal Bar No.: ct19665*
         SUSMAN, DUFFY & SEGALOFF, P.C.
         P.O. Box 1684
         New Haven, CT 06507
         Tel:   (203) 624-9830
         Fax:   (203) 562-8430
         E-mail: kkravetz@susmanduffy.com

## CERTIFICATION

I HEREBY CERTIFY that on this 7th day of November, 2017, a copy of the foregoing Motion For Admission Of Darnley D. Stewart *pro hac vice* was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

        /s/ Karen Baldwin Kravetz
Karen Baldwin Kravetz

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

---

| | |
|---|---|
| **JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE,** on behalf of themselves and all those similarly situated, | **No. 14 Civ. 956 (JBA)** |
| **Plaintiffs,** | |
| **v.** | |
| **COMPUTER SCIENCES CORPORATION,** | **October 26, 2017** |
| **Defendant.** | |

---

**AFFIDAVIT OF DARNLEY D. STEWART**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Darnley D. Stewart, being duly sworn, hereby depose and say:

1.        I am an attorney at law of the State of New York with offices at Outten & Golden LLP, 685 Third Avenue, New York, New York 10017.  My telephone number is (212) 245-1000.  My facsimile number is (646) 509-2060.  My e-mail address is dstewart@outtengolden.com

2.        I am duly licensed to practice law in the State of New York (Bar No. 5426226), having been admitted in 1993.  I am a member in good standing of the bar.

3.        I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.  However, in 2008, I received a Private Letter of Reprimand from the Departmental Disciplinary Committee of the First Department of the State of New York arising out of a negligent failure to disclose to a court in Illinois that my law firm would be enforcing a contingency fee agreement with our clients.  The non-disclosure occurred in settlement papers filed with the court in November 2000, and the Disciplinary

Referee specifically found that neither I, nor the Senior Partner to whom I reported, had acted with an intent to deceive the court.

4. I have not been denied admission to, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Attorney Karen B. Kravetz (Federal Bar No. ct19665), who is a member of the bar of this Court, as local counsel for service of process, pursuant to Local Rule 83.1(c). I hereby designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

7. I have been retained as counsel for Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner and Vernon Carre in the above-captioned case pending before this Court. I respectfully request permission to appear *pro hac vice* on behalf of Plaintiffs. I am familiar with this action and will be fully prepared to represent Plaintiffs in all proceedings before this Court.

8. I have read the foregoing affidavit, consisting of eight numbered paragraphs, and swear that it is true based upon my knowledge, information and belief.

_____
Darnley D. Stewart

Sworn to before me this
26th day of October, 2017

_____
Notary Public

DIANA I. MENDEZ COMAS
Notary Public, State of New York
New York County, REG #01ME6316157
My Commission Expires December 08, 2018

2



# Appellate Division of the Supreme Court
## of the State of New York
### Second Judicial Department

---

**I, Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Darnley Dickinson Stewart** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **9th** day of **June 1993,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 24, 2017.

Clerk of the Court