UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Strauch and Timothy Colby, and on behalf of themselves and all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Computer Sciences Corporation<br><br>Defendant. | CIVIL NO.:<br>3:14-cv-956 (JBA)<br><br><br><br><br>NOVEMBER 7, 2017 |

### AFFIDAVIT OF MICHAEL A. HOOD IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Michael A. Hood, of full age, being duly sworn according to law, upon his oath deposes and says:

1. I am a principal with the law firm of Jackson Lewis P.C., 200 Spectrum Center Dr., Suite 500, Irvine, CA 92618, telephone number is (949) 885-1374, facsimile is (949) 885-1380, and my email address is Michael.Hood@jacksonlewis.com. I submit this affidavit in support of my application for admission to appear before this Court *pro hac vice* as co-counsel for the Defendant in the above-captioned case.

2. I am and have been a member in good standing of the bar in the State of California since 1976 (Bar Number 71258). I am also a member in good standing of the Bar of the United States District Court for the Central District of California since 1977 (no id), Bar of the United States District Court for the Southern District of California since 2003 (no id), Bar of the United States District Court for the District of Oregon since 2013 (no id). I am also a member in good standing of the United States Court of Appeals for the Ninth Circuit since 2016 (no id).

3. I have not been denied admission, nor have I been disciplined, by this or any other

Court.

4. I am and have been a member in good standing in each jurisdiction where I have been admitted to practice since the time of my admission to the bar of the respective courts. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I hereby designate sponsoring attorney, William J. Anthony (ct 17865), as my agent for service of process.

7. I hereby designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. I have an existing attorney-client relationship with the Defendant, and am familiar with the factual and legal issues in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing statements made by me are true and correct.

By: _____
Michael A. Hood

Subscribed and sworn to before me on this
3rd day of November 2017, by Michael A. Hood
who proved to me on the basis of satisfactory
evidence (personally known to me) to be the
person who appeared before me.

_____
Notary Public
My commission expires:

THERESA J. LAWRENCE
Commission # 2114767
Notary Public - California
Orange County
My Comm. Expires Jun 9, 2019

CERTIFICATION OF SERVICE

      I hereby certify that on November 7, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ William J. Anthony*
      William J. Anthony