

EXHIBIT
(Court)
#6
14cv956 (JBA)

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH et al, individually and on behalf of all others similarly situated,<br>        *Plaintiffs,*<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>        *Defendant.* | Civil No. 3:14-CV-956<br>(JBA) |

## VERDICT FORM

### Section A:  CSC's Claimed Exemptions

*In this verdict form, the term "System Administrators" refers only to the Associate Professional and Professional System Administrators in this case. If you find that CSC has proved at least one of the exemptions it claims, your verdict will be for CSC and the Class Plaintiffs covered by that exemption will not be entitled to overtime pay.*

Fair Labor Standards Act ("FLSA") Exemptions

1.  The FLSA Administrative Exemption. Did CSC prove that the primary job duties of the System Administrators meet the administrative exemption under the FLSA?

    ____ YES  ✓ NO

2.  The FLSA Computer Professional Exemption. Did CSC prove that the primary job duties of the System Administrators meet the computer professional exemption under the FLSA?

    ____ YES  ✓ NO

3.  The FLSA Professional Exemption. Did CSC prove that the primary job duties of the System Administrators meet the professional exemption under the FLSA?

    ____ YES  ✓ NO

4.  The FLSA Combination Exemption. Did CSC prove that the primary job duties of the System Administrators meet the combination exemption under the FLSA?

    ____ YES  ✓ NO

Connecticut Wage Law Exemptions

5.    The Connecticut Administrative Exemption. Did CSC prove that the primary job duties of the System Administrators meet the administrative exemption under Connecticut state law?

_____ YES ✔ NO

6.    The Connecticut Professional Exemption. Did CSC prove that the primary job duties of the System Administrators meet the professional exemption under Connecticut state law?

_____ YES ✔ NO

California Wage Law Exemptions

7.    The California Administrative Exemption. Did CSC prove that the primary job duties of the System Administrators meet the administrative exemption under California state law?

_____ YES ✔ NO

8.    The California Computer Professional Exemption. Did CSC prove that the primary job duties of the System Administrators meet the computer professional exemption under California state law?

_____ YES ✔ NO

9.    The California Professional Exemption. Did CSC prove that the primary job duties of the System Administrators meet the professional exemption under California state law?

_____ YES ✔ NO

10.   The California Combination Exemption. Did CSC prove that the primary job duties of the System Administrators meet the combination exemption under California state law?

_____ YES ✔ NO

*If you answered no to all the questions for the FLSA (i.e., questions 1, 2, 3, and 4), please proceed to Section B, below.  Otherwise, if you answered yes to any of questions 1 through 4, please skip Section B and you will have completed this verdict form.*

## Section B:  Willfulness

9.    Did the Plaintiffs prove that CSC acted "willfully" in classifying Plaintiffs as exempt
      employees and denying them overtime pay?

                                       ✓ YES ____ NO

---

*When you have completed this verdict form, the foreperson should sign and date this verdict
form.*

/s/                                                    /s/
_____          _____
*[Signature of Jury Foreperson]*          *[Printed Name of Jury Foreperson]*

Dated at New Haven, Connecticut this _20_ day of December, 201 7, at _2:48_ a.m./p.m.
                                                                                          ~~3:3~~ 3:30pm