

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH et al, individually and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>    *Defendant*. | Civil No. 3:14-CV-956<br>(JBA) |

**SUPPLEMENTAL VERDICT FORM**

Do you find that CSC has proved that CSC and the Class Plaintiff System Administrators had a clear, mutual understanding that their fixed salaries were intended as compensation (apart from overtime premiums) for the hours worked each workweek?

✓ YES ___ NO

*When you have completed this verdict form, the foreperson should sign and date this verdict form.*

/s/ _____     /s/ _____
*[Signature of Jury Foreperson]*            *[Printed Name of Jury Foreperson]*

Dated at New Haven, Connecticut this 20 day of December, 2017 at 4:34 a.m./**p.m.**

1