UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH STRAUCH, *et al*, individually and on
behalf of all those similarly situated,
    *Plaintiffs,*

v.　　　　　　　　　　　　　　　　　　　　　　　Civil No.　3:14-CV-956 (JBA)

COMPUTER SCIENCES CORPORATION,
    *Defendant.*

### JUDGMENT

This matter came on for Trial before a Jury and the Honorable Janet Bond Arterton, United States District Judge. On December 20, 2017, the jury returned a unanimous verdict on liability for the Plaintiffs.

Therefore, it is hereby;

ORDERED, ADJUDGED, and DECREED that Judgment is entered for the Plaintiffs and against the Defendant as to liability, and the case is closed. An Amended Judgment shall enter at such time that damages and attorney fees and costs are awarded by the Court.

Dated at New Haven, Connecticut this 5th day of January, 2018.

ROBIN D. TABORA, Clerk
By:
Breigh Freberg, Deputy Clerk

EOD: 1/5/2018