**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand and eighteen,

_____

| | |
|---|---|
| Joseph Strauch, on behalf of himself and all those similarly situated, Timothy Colby, on behalf of himself and all those similarly situated, Charles Turner, on behalf of himself and all those similarly situated, Vernon Carre, on behalf of himself and all those similarly situated, | **ORDER** <br> Docket Number: 18-3359 |

       Plaintiffs - Appellees,

Stephen King, Hassell D. Stacy, Christian G. Rothrock, Grover C. Boone, Sr., Stephan A. Cheney, Brandon Kimas, Chris Lamer, Pierre J. Wills, Shaun King, Kevin Perry, Scott Schneeberg, Timothy J. Clark, Joe A. Williams, Marlon Haynes, Jason M. Nice, Anthony C. Fantetti, Raymond Pierce, Richard Conway, Cheri L. Johnson, Gigy S. Kunnath, Thomas W. Laughlin, Rocky Burns, Isaac Owusu, Anita Soule, David L. Brunmeier, Frank T. King, Chad W. Malone, Joseph H. Marshall, Dennis Farkas, Samuel Fleming, Angela Brown, Nash Jasmine,

       Plaintiffs,

v.

Computer Sciences Corporation,

       Defendant - Appellant.

_____

**MANDATE ISSUED ON 12/19/2018**

A notice of appeal was filed on October 22, 2018. Appellant's Form C and D were due November 05, 2018. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 28, 2018 if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*