UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Strauch and Timothy Colby, on behalf of themselves and all those similarly situated<br><br>Plaintiffs,<br>v.<br><br>Computer Sciences Corporation<br><br>Defendant. | CIVIL NO.:<br>3:14-cv-956 (JBA)<br><br><br><br><br>JUNE 3, 2019 |

## MOTION FOR EXTENSION OF TIME TO OBJECT TO SPECIAL MASTER'S REPORT

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendant, Computer Sciences Corporation ("Defendant") hereby respectfully moves for a seven (7) day enlargement of time up to and including June 17, 2019 within which to file objections to the Special Master's Report and Recommendation, which was filed with the Court on May 31, 2019 (Dkt. 503). In support of this Motion, Defendant states as follows:

1. Currently, pursuant to this Court's order (Dkt. 491), any objection to the Special Master's Report and Recommendation is due on or before June 10, 2019.

2. The Parties have conferred and Plaintiffs' counsel consents to this motion with the agreement that the deadline for any replies to objections similarly be extended up to and including June 28, 2019.

3. This is the first motion for extension of time filed in connection with responses to the Special Master's Report and Recommendation.

WHEREFORE, Defendant respectfully moves for an extension of time until June 17, 2019, within which to file objections to the Special Master's Report and Recommendation. Accordingly, by agreement, the Parties request that should the Court grant this request, the deadline for replies to objections similarly be extended until June 28, 2019.

    Respectfully submitted,
    DEFENDANT,
    COMPUTER SCIENCES CORPORATION

    By its attorneys,

    */s/ William J. Anthony*
    Jackson Lewis P.C.
    William J. Anthony (ct 17865)
    Kristi Rich Winters (ct 28066)
    18 Corporate Woods Boulevard, 3rd floor
    Albany, New York 12211
    Telephone: 518-434-1300
    Fax: 518-427-5956
    Anthonyw@jacksonlewis.com
    Kristi.Winters@jacksonlewis.com

    David R. Golder (ct 27941)
    David C. Salazar-Austin (ct 25564)
    Alexa M. Farmer (ct30052)
    90 Statehouse Square, 8th Floor
    Hartford, CT  06103
    Tel: (860) 522-0404
    Fax: (860) 247-1330
    golderd@jacksonlewis.com
    salazard@jacksonlewis.com

    Brett M. Anders*
    220 Headquarters Plaza
    East Tower, 7th Floor
    Morristown, NJ 07960
    Tel: (973) 538-6890
    andersb@jacksonlewis.com

                                        Cary G. Palmer*  
                                        Nathan W. Austin*  
                                        801 K Street, Suite 2300  
                                        Sacramento, CA 95814  
                                        Tel: (916) 341-0404  
                                        palmerc@jacksonlewis.com  
                                        AustinN@jacksonlewis.com  

\* *pro hac vice*

CERTIFICATION OF SERVICE

I hereby certify that on June 3, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ William J. Anthony
William J. Anthony