**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Michael J. Scimone*
Michael N. Litrownik (ct 28845)
Jared Goldman*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct 19665)
P.O. Box 1684
New Haven, CT 06507
Telephone:  (203) 624-9830

*admitted *pro hac vice*

**FEINBERG JACKSON WORTHMAN & WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*Attorneys for Plaintiffs and the Classes and Collective*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No.: 3:14-cv-956 (JBA) |

**DECLARATION OF DARIN RANAHAN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT CSC'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION**

I, Darin Ranahan, hereby declare and state:

1. I am a partner in the firm of Feinberg, Jackson, Worthman & Wasow LLP (FJWW) in Oakland, California and an attorney in good standing admitted to practice in the State of California and *pro hac vice* before this Court.

2. Along with lawyers from Outten & Golden and Lieff, Cabraser, Heimann & Bernstein LLP, as well as my colleagues at FJWW, I am one of the lawyers responsible for prosecuting Plaintiffs' claims.

3. I make this declaration in support of Plaintiffs' Reply to Defendant CSC's Objections to Special Master's Report and Recommendation.

4. I have reviewed and analyzed data produced by Defendant Computer Sciences Corporation (CSC) in the course of the Special Master process, as well as earlier in this litigation, using basic Microsoft Excel features.

5. The Human Resources Information System (HRIS) data produced by CSC in the Special Master process revealed 32 class members who were not identified in HRIS data CSC produced earlier in this litigation. (While 33 class members were not on the original list used to mail opt-out notice, one of those class members, Troy Bowman, had opt-out notice separately mailed approximately one week after initial opt-out notice was mailed out.) In addition, it revealed that a number of people who received opt-out notice were not in fact class members.

6. The final class list generated by Plaintiffs' expert, iDiscovery Solutions (iDS) includes 72 individuals who worked covered periods with the three company codes CSC argues belong to separate legal entities—1285, 4113, and 4138—out of a total 918 individuals on the class list. Of those 72 individuals, 67 first worked in covered positions before June 20, 2015. I compared that list of 67 individuals to the two opt-in notice lists provided by CSC in June and

July 2015 and used to mail out opt-in notice. All 67 individuals were on one or the other opt-in notice list. 13 of those individuals elected to opt in to the case. 62 of the 72 individuals are California or Connecticut class members, including 3 of the opt-ins. 56 of those 62 individuals were mailed opt-out notice in October 2017. Willie Wong is listed as having company code 1285.

7. HRIS data produced by CSC in April and July 2015 included a column labeled "Personnel Area." This column includes entries for, *inter alia*, "ATS US," "CSC Covansys Corporation," "Eagle Alliance," and "CSR," as well as for "CSC Corporate," "FSG- Computer Sciences Corp.," "FSG – Mynd Corp.," "Federal Sector," "Federal – Civil," "Federal – Defense," "Federal Sector NORCO," and "Federal -HCG NY MMIS."

8. In the course of discovery, CSC produced a spreadsheet titled "Defendant Production Supplemental (CSC012699-012713)- Plaintiff Data - SAP(2014-12-16)." This spreadsheet contains a column for "Company Code."

9. Attached hereto as Exhibit 1 is a true and correct copy of Special Master D. Charles Stohler's January 30, 2019 summary of the parties' January 29, 2019 call with the Special Master.

10. Attached hereto as Exhibit 2 is a true and correct copy of a March 5, 2019 letter from defense counsel to Daniel Regard.

11. Attached hereto as Exhibit 3 is a true and correct copy of a May 3, 2019 email from Genevieve Casey to Mr. Stohler and defense counsel Nate Austin.

12. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' First Request for Production of Documents.

13. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the Rule 30(b)(6) deposition of CSC witness Jason Zemaitis.

14. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by CSC in the course of this litigation with a Bates range of CSC(ESI)00462 to CSC(ESI)00466.

15. Attached hereto as Exhibit 7 is a true and correct copy of an Internet Archive copy of a prnewswire.com post titled "CSC Completes Acquisition of Covansys."

16. Attached hereto as Exhibit 8 is a true and correct copy of the last available form for Covansys Corporation on the Securities and Exchange Commission's EDGAR search tool, a July 5, 2007 Schedule 13D.

17. Attached hereto as Exhibit 9 is a true and correct copy of a March 11, 2019 letter brief from Genevieve Casey to Mr. Stohler, including correspondence cited therein.

18. Attached hereto as Exhibit 10 is an excerpt from the January 18, 2019 telephonic hearing in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2019 in Berkeley, California.

Respectfully submitted,

By: */s/ Darin D. Ranahan*

**FEINBERG JACKSON WORTHMAN & WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998

3

**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Michael J. Scimone*
Michael N. Litrownik (ct28845)
Jared Goldman*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct19665)
P.O. Box 1684
New Haven, CT 06507
Telephone:  (203) 624-9830

*Attorneys for Plaintiffs, the Classes, and the Collective*

*admitted *pro hac vice*

4