# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOSEPH STRAUCH et al
on behalf of himself and all those similarly situated,
     *Plaintiffs*,                           Civil No. 3:14-cv-00956-JBA

v.

COMPUTER SCIENCES CORP,
     *Defendant*.

## AMENDED JUDGMENT

This matter came on for consideration before the Honorable Janet Bond Arterton, United States District Judge, for the review of Special Master D. Charles Stohler's Report and Recommendation [Doc. #503]. The Court adopts the proposed rulings contained in the Report and Recommendation on the two contested issues affecting the damages calculation, as well as the non-objected-to portions, and finds the Defendant liable for damages as set forth in Exhibit 1 to the Report and Recommendation in the total amount of $18,755,016.46.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Plaintiffs in the amount of $18,755,016.46.

Dated at New Haven, Connecticut, this 12th day of August 2019.

ROBIN D. TABORA, Clerk

By:  __/s/_____
Donna Barry, Deputy Clerk

EOD: August 12, 2019