IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA) |

**JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE FOR PLAINTIFFS' POST-TRIAL MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure of the District of Connecticut ("Local Rules"), Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner, and Vernon Carre (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant Computer Sciences Corporation ("CSC") respectfully move to modify the briefing schedule set forth in the Local Rules for Plaintiffs' forthcoming Post-Trial Motion for Attorneys' Fees and Costs ("Motion"), as follows: (1) Plaintiffs' Motion shall be due on September 18, 2019; (2) CSC's Opposition to Plaintiffs' Motion shall be due on October 16, 2019; and (3) Plaintiffs' Reply shall be due on October 30, 2019.  In support of this Motion, Plaintiffs and CSC (the "Parties") state as follows:

1. Currently, pursuant to Local Rule 11, Plaintiffs' Motion is due on September 11, 2019.  Accordingly, pursuant to Local Rule 7, CSC's Opposition to Plaintiffs' Motion

is due twenty-one (21) days thereafter, on October 2, 2019, and Plaintiffs' Reply is due fourteen (14) days thereafter, on October 16, 2019.

2. The Parties have conferred and agreed to jointly request modification of the aforementioned briefing schedule as set forth above.

3. This is the first motion for extension of time filed in connection with Plaintiffs' Motion.

4. Good cause exists for the requested modification. Plaintiffs require additional time to draft the petition due to the volume of time records given the length and complexity of the case, and CSC will similarly require additional time to respond thereto.

Dated: August 20, 2019

By: */s/ Jahan C. Sagafi*
    Jahan C. Sagafi

**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi (*pro hac vice*)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com

Michael J. Scimone (*pro hac vice*)
Michael N. Litrownik (ct 28845)
Jared Goldman (*pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com
mlitrownik@outtengolden.com
jgoldman@outtengolden.com

Respectfully Submitted,

By: */s/ William J. Anthony*
    William J. Anthony (ct 17865)

**JACKSON LEWIS P.C.**
William J. Anthony (ct 17865)
Kristi Rich Winters (ct 28066)
677 Broadway, 9th Floor
Albany, New York 12207
Telephone: 518-512-8700
Anthonyw@jacksonlewis.com
Kristi.Winters@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
Alexa M. Farmer (ct 30052)
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
david.salazar-austin@jacksonlewis.com

**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
Todd Jackson (*pro hac vice*)
Darin Ranahan (*pro hac vice*)
Genevieve Casey (*pro hac vice*)
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
todd@feinbergjackson.com
darin@feinbergjackson.com
genevieve@feinbergjackson.com

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dhutchinson@lchb.com
lchan@lchb.com

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen Baldwin Kravetz (ct 19665)
59 Elm Street, 5th Floor
New Haven, CT 06510
Telephone: (203) 624-9830
Facsimile: (203) 562-8430
kkravetz@susmanduffy.com

*Attorneys for Plaintiffs, the Collective, and the Certified Classes*

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com

* admitted *pro hac vice*

*Attorneys for Defendant Computer Science Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ *Jahan C. Sagafi*
Jahan C. Sagafi
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800