UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

_____

Joseph Strauch and Timothy Colby,
and on behalf of themselves and all those
similarly situated

   Plaintiffs,

v.

Computer Sciences Corporation

   Defendant.
_____

CIVIL NO.:
3:14-cv-956 (JBA)

September 4, 2019

### DEFENDANT COMPUTER SCIENCES CORPORATION'S AMENDED NOTICE OF APPEAL

Notice is hereby given that Computer Sciences Corporation ("CSC"), the Defendant in the above-named case, hereby amends its notice of appeal to the United States Court of Appeals for the Second Circuit filed on October 22, 2018 (Dkt. 477)[1] in order to further appeal from the Court's "Ruling on Remedies" (Dkt. 479); "Ruling on Report and Recommendation of Special Master" (Dkt. 514); and "Amended Judgment" (Dkt. 515), including all adverse rulings subsumed therein, including but not limited to the following:

  1.  The Court's "Ruling on Remedies" that rules on outstanding issues pertaining to damages, including but not limited to its rejection of the application of the Fluctuating Workweek

---

[1] CSC's original Notice of Appeal was docketed on October 23, 2018 on Court of Appeals Docket No. 18-3136. CSC subsequently moved to hold the appeal in abeyance pending the Court's final orders, which was granted on November 9, 2018 (Appeals Dkt. 15). Also on October 23, 2018, the Court of Appeals inadvertently opened a duplicate docket, No. 18-3359, which was dismissed on December 19, 2018 (Dkt. 482). The correct original docket, No. 18-3136, remains open. Nonetheless, to avoid any doubt and in the interest of ensuring that all issues are fully preserved on appeal, CSC attaches its original Notice of Appeal hereto as Exhibit 1.

method of calculating damages and its rejection of CSC's defense of good faith, (Dkt. 479), entered November 9, 2018;

2. The Court's "Ruling on Report and Recommendation of Special Master" that adopts in significant part the Special Master's Report and Recommendations regarding damages data and calculations over CSC's objections, (Dkt. 514), entered on August 6, 2019; and

3. The Court's amended entry of judgment against Defendants, (Dkt. 515), entered on August 12, 2019.

    Respectfully submitted,

    DEFENDANT,
    COMPUTER SCIENCES CORPORATION

    By its attorneys,
    */s/ William J. Anthony*
    **JACKSON LEWIS P.C.**
    William J. Anthony (ct 17865)
    Kristi Rich Winters (ct 28066)
    677 Broadway, 9th Floor
    Albany, New York 12207
    Telephone: 518-512-8700
    Anthonyw@jacksonlewis.com
    Kristi.Winters@jacksonlewis.com

    David R. Golder (ct 27941)
    David C. Salazar-Austin (ct 25564)
    90 State House Square, 8th Floor
    Hartford, CT  06103
    Tel: (860) 522-0404
    Fax: (860) 247-1330
    golderd@jacksonlewis.com
    david.salazar-austin@jacksonlewis.com

    Brett M. Anders*
    220 Headquarters Plaza
    East Tower, 7th Floor
    Morristown, NJ 07960
    Tel: (973) 538-6890
    andersb@jacksonlewis.com

Cary G. Palmer\*
Nathan W. Austin\*
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com
\*  admitted *pro hac vice*

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 4, 2019, a copy of the foregoing was hand delivered to the Court and Plaintiffs' attorneys or filed electronically and served by mail on anyone unable to accept electronic filing.

>
> */s/ William J. Anthony*
> William J. Anthony

# Exhibit 1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

_____
                                    :
Joseph Strauch and Timothy Colby,   :
and on behalf of themselves and all those :
similarly situated                  :            CIVIL NO.:
                                    :            3:14-cv-956 (JBA)
                                    :
        Plaintiffs,                 :
v.                                  :
                                    :
Computer Sciences Corporation       :
                                    :            October 22, 2018
        Defendant.                  :
_____:

**<u>DEFENDANT COMPUTER SCIENCES CORPORATION'S NOTICE OF APPEAL</u>**

Notice is hereby given that Computer Sciences Corporation ("CSC"), the Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Ruling on Post-Trial Motions (denying CSC's renewed motion for judgment as a matter of law and post-trial motion to decertify the FLSA collective and Rule 23 classes) entered in this action on September 21, 2018 (Dkt. #476) and all adverse rulings subsumed therein, including but necessarily limited to the following:

1.  The Court's order granting FLSA conditional certification in favor of Plaintiffs (Dkt. 168), entered June 9, 2015;

2.  The Court's order granting in part Plaintiffs' Rule 23 Class Certification (Dkt. 323), entered June 30, 2017;

3.  The Court's order denying CSC's Motion to Decertify the California Class (Dkt. 358), entered October 18, 2017;

1

4. The Court's order denying CSC's Motion to Decertify the Rule 23 Classes (Dkt. 412), entered November 30, 2017;

5. The Magistrate Judge's order regarding the number of depositions (Dkt. 171), entered June 10, 2015, and this Court's order overruling Defendant's objections to ruling on the number of depositions (Dkt. 289), entered January 8, 2016;

6. The Court's endorsement order in which, among other rulings, the Court did not allow CSC to compel the live testimony at trial of opt-in Plaintiffs who were beyond Rule 45's subpoena power even though those opt-in Plaintiffs signed FLSA consents that were filed with this Court and in which the opt-in Plaintiffs affirmatively consented to be party plaintiffs and participate in discovery and at trial (Dkt. 411), entered November 29, 2017; and

7. The Court's order on Jury Instructions (Dkt. 441), entered December 19, 2017.

In addition, CSC reserves the right to supplement this notice of appeal in light of future orders from this Court on Remedies, such as whether overtime should be paid at a half-time rate, and Attorneys' Fees and any other orders this Court may issue after this filing.

    Respectfully submitted,

    DEFENDANT,
    COMPUTER SCIENCES CORPORATION

    By its attorneys,

    */s/ William J. Anthony*
    **JACKSON LEWIS P.C.**
    William J. Anthony (ct 17865)
    Kristi Rich Winters (ct 28066)
    677 Broadway, 9th Floor
    Albany, New York 12207
    Telephone: 518-512-8700
    Anthonyw@jacksonlewis.com
    Kristi.Winters@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
david.salazar-austin@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com

\*  admitted *pro hac vice*

3

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on October 22, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                          */s/ William J. Anthony*
                                          William J. Anthony