CT ECF - LIVE

APPEAL,CLOSED,EFILE,MOTREF

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:14-cv-00956-JBA

Strauch et al v. Computer Sciences Corp
Assigned to: Judge Janet Bond Arterton
Cause: 29:201 Fair Labor Standards Act

Date Filed: 07/01/2014
Date Terminated: 01/05/2018
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Special Master**

**D. Charles Stohler**　　　　　　　　　　　represented by　**David Charles Stohler**
Carmody Torrance Sendak & Hennessey,
LLP - WTBY
50 Leavenworth St., PO Box 1110
Waterbury, CT 06721-1110
203-573-1200
Fax: 203-575-2600
Email: cstohler@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Strauch**　　　　　　　　　　　　represented by　**Andrew Lah**
*on behalf of himself and all those similarly*　　　　　Lewis, Feinberg, Lee, Renaker & Jackson,
*situated*　　　　　　　　　　　　　　　　P.C.-CA
476 9th Street
Oakland, CA 94607
510-839-6824
Fax: 510-939-7839
Email: alah@lewisfeinberg.com
*TERMINATED: 06/21/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M. Hutchinson**
Lieff, Cabraser, Heimann & Bernstein
275 Battery St., 30th Fl.
San Francisco, CA 94111-3339
415-956-1000
Fax: 415-956-1008
Email: dhutchinson@lchb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darin Ranahan**
Feinberg, Jackson, Worthman & Wasow
LLP

2030 Addison Street
Ste 500
Berkeley, CA 64704
510-269-2366
Fax: 510-269-7994
Email: darin@feinbergjackson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darnley D. Stewart**
Outten & Golden LLP - NY
685 Third Ave., 25th Floor
New York, NY 10017
(212) 245-1000
Fax: (646) 509-2060
Email: dstewart@outtengolden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stork**
Outten & Golden-NY
3 Park Ave., 29th Fl.
New York, NY 10016
(212) 245-1000
Fax: (646) 952-9107
Email: estork@outtengolden.com
*TERMINATED: 02/20/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Genevieve Casey**
Feinberg, Jackson, Worthman & Wasow
LLP
2030 Addison Street
Ste 500
Berkeley, CA 64704
510-269-7998
Email: genevieve@feinbergjackson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jahan C Sagafi**
Outten & Golden LLP
One California Street
12th Floor
San Francisco, CA 94111
415-638-8800
Fax: 415-638-8810
Email: jsagafi@outtengolden.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared Goldman**
Outten & Golden LLP - NY
685 Third Ave., 25th Floor
New York, NY 10017
(212) 245-1000
Fax: (646) 509-2060
Email: jgoldman@outtengolden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly M. Dermody**
Lieff, Cabraser, Heimann & Bernstein
275 Battery St., 30th Fl.
San Francisco, CA 94111-3339
415-956-1000
Fax: 415-956-1008
Email: kdermody@lchb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lin Y. Chan**
Lieff, Cabraser, Heimann & Bernstein - CA
275 Battery St.
San Francisco, CA 94111-3339
415-956-1000
Fax: 415-956-1008
Email: lchan@lchb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Caesar**
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.-CA
476 9th Street
Oakland, CA 94607
510-839-6824
Fax: 510-839-7839
Email: mcaesar@lewisfeinberg.com
*TERMINATED: 11/04/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Levin-Gesundheit**
Lieff, Cabraser, Heimann & Bernstein LLP - CA
275 Battery St.
29th Floor

San Francisco, CA 94111-3339
415-956-1000
Fax: 415-956-1008
Email: mlevin@lchb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N Litrownik**
Outten & Golden-NY
3 Park Ave., 29th Fl.
New York, NY 10016
212-245-1000
Fax: 646-509-2060
Email: mlitrownik@outtengolden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Scimone**
Outten & Golden-NY
3 Park Ave., 29th Fl.
New York, NY 10016
212-245-1000
Fax: 646-509-2055
Email: mscimone@outtengolden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shira Tevah**
Lieff, Cabraser, Heimann & Bernstein LLP
- CA
275 Battery St.
29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008
Email: stevah@lchb.com
*TERMINATED: 09/18/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sudarsana Srinivasan**
Lieff Cabraser Heimann & Berstein, LLP -
NY
250 Hudson St., 8th Floor
New York, NY 10013
212-355-9500
Fax: 212-355-9592
Email: dsrinivasan@lchb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd F. Jackson**
Feinberg, Jackson, Worthman & Wasow
LLP
383 4th Street, Suite 201
Oakland, CA 94607
510-269-7998
Fax: 510-269-7994
Email: todd@feinbergjackson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph D. Garrison**
Garrison Levin-Epstein Richardson
Fitzgerald & Pirrotti PC
405 Orange St.
New Haven, CT 06511
203-777-4425
Email: jgarrison@garrisonlaw.com
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Joshua R. Goodbaum**
Garrison Levin-Epstein Richardson
Fitzgerald & Pirrotti PC
405 Orange St.
New Haven, CT 06511
203-777-4425
Fax: 203-776-3965
Email: jgoodbaum@garrisonlaw.com
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
Susman, Duffy & Segaloff, PC
P.O. Box 1684
New Haven, CT 06507
203-624-9830
Fax: 203-562-8430
Email: kkravetz@susmanduffy.com
*ATTORNEY TO BE NOTICED*

**Nina Therese Pirrotti**
Garrison Levin-Epstein Richardson
Fitzgerald & Pirrotti PC
405 Orange St.
New Haven, CT 06511
203-777-4425
Fax: 203-776-3965
Email: npirrotti@garrisonlaw.com
*TERMINATED: 09/19/2014*
*ATTORNEY TO BE NOTICED*

**Robert A. Richardson**
Garrison Levin-Epstein Richardson
Fitzgerald & Pirrotti PC
405 Orange St.
New Haven, CT 06511
203-777-4425
Email: rrichardson@garrisonlaw.com
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Colby**                     represented by  **Andrew Lah**
*on behalf of himself and all those similarly*              (See above for address)
*situated*                                                *TERMINATED: 06/21/2016*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel M. Hutchinson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Darin Ranahan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Darnley D. Stewart**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Elizabeth Stork**
                                                          (See above for address)
                                                          *TERMINATED: 02/20/2018*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Genevieve Casey**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jahan C Sagafi**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Jared Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly M. Dermody**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lin Y. Chan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Caesar**
(See above for address)
*TERMINATED: 11/04/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Levin-Gesundheit**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N Litrownik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Scimone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shira Tevah**
(See above for address)
*TERMINATED: 09/18/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sudarsana Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Todd F. Jackson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Joshua R. Goodbaum**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A. Richardson**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Stephen King**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Hassell D. Stacy**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Christian G. Rothrock**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grover C. Boone, Sr.**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephan A. Cheney**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Kimas**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Lamer**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pierre J. Wills**
*TERMINATED: 07/10/2017*

represented by **Joseph D. Garrison**
(See above for address)
*TERMINATED: 09/10/2014*
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaun King**                              represented by  **Joseph D. Garrison**
*TERMINATED: 07/10/2017*                                   (See above for address)
                                                           *TERMINATED: 09/10/2014*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Karen Baldwin Kravetz**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Perry**                             represented by  **Joseph D. Garrison**
*TERMINATED: 07/10/2017*                                   (See above for address)
                                                           *TERMINATED: 09/10/2014*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Karen Baldwin Kravetz**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Schneeberg**                        represented by  **Joseph D. Garrison**
*TERMINATED: 07/10/2017*                                   (See above for address)
                                                           *TERMINATED: 09/10/2014*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Karen Baldwin Kravetz**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy J. Clark**                        represented by  **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                                   (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe A. Williams**                         represented by  **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                                   (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Haynes**                           represented by  **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                                   (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason M. Nice**                           represented by  **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                                   (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony C. Fantetti**                     represented by  **Karen Baldwin Kravetz**

*TERMINATED: 07/10/2017*
                                                         (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Pierce**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Conway**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheri L. Johnson**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gigy S. Kunnath**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas W. Laughlin**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocky Burns**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isaac Owusu**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Soule**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David L. Brunmeier**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank T. King**
*TERMINATED: 07/10/2017*
                      represented by   **Karen Baldwin Kravetz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Chad W. Malone**                represented by   **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                        (See above for address)
                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joseph H. Marshall**            represented by   **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                        (See above for address)
                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dennis Farkas**                  represented by   **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                        (See above for address)
                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Samuel Fleming**                represented by   **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                        (See above for address)
                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Angela Brown**                  represented by   **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                        (See above for address)
                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nash Jasmine**                   represented by   **Karen Baldwin Kravetz**
*TERMINATED: 07/10/2017*                        (See above for address)
                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Charles Turner**               represented by   **Daniel M. Hutchinson**
*on behalf of himself and all those similarly*        Lieff, Cabraser, Heimann & Bernstein LLP
*situated*                                     - CA
                                            275 Battery St.
                                            29th Floor
                                            San Francisco, CA 94111-3339
                                            415-956-1000
                                            Fax: 415-956-1008
                                            Email: dhutchinson@lchb.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Darin Ranahan**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Darnley D. Stewart**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Elizabeth Stork**
(See above for address)
*TERMINATED: 02/20/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Genevieve Casey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Levin-Gesundheit**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shira Tevah**
(See above for address)
*TERMINATED: 09/18/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jahan C Sagafi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
Susman, Duffy & Segaloff, PC
59 Elm St., Fl. 5
New Haven, CT 06507
203-624-9830
Fax: 203-562-8430
Email: kkravetz@susmanduffy.com
*ATTORNEY TO BE NOTICED*

**Todd F. Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Vernon Carre**           represented by    **Daniel M. Hutchinson**
*on behalf of himself and all those similarly*          (See above for address)

*situated*

                               *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Darin Ranahan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darnley D. Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stork**
(See above for address)
*TERMINATED: 02/20/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Genevieve Casey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Levin-Gesundheit**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shira Tevah**
(See above for address)
*TERMINATED: 09/18/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jahan C Sagafi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Baldwin Kravetz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd F. Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Computer Sciences Corp**       represented by   **Alison L. Lynch**
Jackson Lewis P.C. - Newport, CA
5000 Birch Street, Suite 5000
Newport Beach, CA 92660
949-885-1360
Fax: 949-885-1380
Email: alison.lynch@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett M. Anders**
Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
908-795-5200
Fax: 908-464-2614
Email: Brett.Anders@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cary G. Palmer**
Jackson Lewis P.C. - CA
801 K St., Suite 2300
Sacramento, CA 95814
916-341-0404
Fax: 916-341-0404
Email: palmerc@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hallie Diethelm Caldarone**
Jackson Lewis, P.C. - IL
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
312-803-2536
Fax: 312-787-4995
Email: caldaroh@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew A. Porter**
Jackson Lewis P.C.- BO, MA
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025
Fax: 617-367-2155
Email: porterm@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Hood**
Jackson Lewis P.C.
200 Spectrum Center Dr., Suite 500
Irvine, CA 92618
(949) 885-1374
Fax: (949) 885-1380
Email: Michael.Hood@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan W. Austin**
Jackson Lewis, P.C.- Sacramento,CA
801 K Street
Suite 2300
Sacramento, CA 95814
916-341-0404
Fax: 916-341-0141
Email: austinn@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen T. Paterniti**
Jackson Lewis P.C.- BO, MA
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025
Fax: 617-367-2155
Email: paternis@jacksonlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent E. Polsinelli**
Jackson Lewis P.C. - Albany
18 Corporate Woods Boulevard
3rd Floor
Albany, NY 12211
518-434-1300
Fax: 518-427-5956
Email:
vincent.polsinelli@jacksonlewis.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexa M. Farmer**
Jackson Lewis - P.C. Htfd, CT
90 State House Sq., 8th Fl.
Hartford, CT 06103-3708
860-522-0404
Fax: 860-247-1330
Email: alexa.farmer@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Allison P. Dearington**
Jackson Lewis - P.C. Htfd, CT
90 State House Sq., 8th Fl.
Hartford, CT 06103-3708
860-522-0404
Fax: 860-247-1330
Email:
allison.dearington@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**David R. Golder**
Jackson Lewis - P.C. Htfd, CT
90 State House Sq., 8th Fl.
Hartford, CT 06103-3708
860-522-0404
Fax: 860-274-1330
Email: golderd@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**David C. Salazar-Austin**
Jackson Lewis - P.C. Htfd, CT
90 State House Sq., 8th Fl.
Hartford, CT 06103-3708
860-522-0404
Fax: 860-247-1330
Email: salazard@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Kristi Rich Winters**
Jackson Lewis P.C. - Albany
677 Broadway, 9th Floor
Albany, NY 12207
518-512-8700
Fax: 518-242-7730
Email: kristi.winters@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**William Joseph Anthony**
Jackson Lewis P.C. - Albany
677 Broadway, 9th Floor
Albany, NY 12207

518-512-8700
Fax: 518-242-7730
Email: anthonyw@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2014 | 1 | COMPLAINT against Computer Sciences Corp ( Filing fee $400 receipt number 0205-3291695.), filed by Joseph J. Strauch, Timothy H. Colby.(Litrownik, Michael) (Entered: 07/01/2014) |
| 07/01/2014 | | Request for Clerk to issue summons as to Computer Sciences Corp. (Litrownik, Michael) (Entered: 07/01/2014) |
| 07/01/2014 | | Judge Janet Bond Arterton added. (Malone, P.) (Entered: 07/01/2014) |
| 07/01/2014 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 10/1/2014. Amended Pleadings due by 8/30/2014 Discovery due by 12/31/2014 Dispositive Motions due by 1/30/2015<br>Signed by Judge Janet Bond Arterton on 7/1/2014.(Garguilo, B) (Entered: 07/01/2014) |
| 07/01/2014 | 3 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet Bond Arterton on 7/1/2014.(Garguilo, B) (Entered: 07/01/2014) |
| 07/01/2014 | 4 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet Bond Arterton on 7/1/2014.(Garguilo, B) (Entered: 07/01/2014) |
| 07/01/2014 | 5 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 1 Complaint filed by Joseph Strauch, Timothy Colby, 3 Electronic Filing Order, 4 Protective Order, 2 Order on Pretrial Deadlines<br>Signed by Clerk on 7/1/2014.(Garguilo, B) (Entered: 07/01/2014) |
| 07/01/2014 | 6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Computer Sciences Corp* with answer to complaint due within *21* days. Attorney *Michael N Litrownik* *Outten & Golden* *3 Park Ave., 29th Fl* *New York, NY 10016*. (Garguilo, B) (Entered: 07/01/2014) |
| 07/16/2014 | 7 | NOTICE by Stephen King *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 07/16/2014) |
| 07/18/2014 | 8 | NOTICE by Hassell D. Stacy, Christian G. Rothrock *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 07/18/2014) |
| 07/23/2014 | 9 | SUMMONS Returned Executed by Timothy Colby, Joseph Strauch. Computer Sciences Corp served on 7/15/2014, answer due 8/5/2014. (Litrownik, Michael) Modified on 9/4/2014 to correct the event (Grady, B.). (Entered: 07/23/2014) |
| 07/28/2014 | 10 | NOTICE by Grover C. Boone, Sr., Stephan A. Cheney *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 07/28/2014) |
| 07/30/2014 | 11 | NOTICE by Brandon Kimas, Chris Lamer *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 07/30/2014) |

| | | |
|---|---|---|
| 08/01/2014 | 12 | NOTICE of Appearance by David R. Golder on behalf of Computer Sciences Corp (Golder, David) (Entered: 08/01/2014) |
| 08/01/2014 | 13 | MOTION for Extension of Time until September 4, 2014 in which to respond to Complaint 1 Complaint by Computer Sciences Corp. (Golder, David) (Entered: 08/01/2014) |
| 08/01/2014 | 14 | NOTICE of Appearance by William Joseph Anthony on behalf of Computer Sciences Corp (Anthony, William) (Entered: 08/01/2014) |
| 08/01/2014 | 15 | NOTICE of Appearance by Kristi Rich Winters on behalf of Computer Sciences Corp (Rich Winters, Kristi) (Entered: 08/01/2014) |
| 08/04/2014 | 16 | ORDER granting 13 MOTION for Extension of Time until September 4, 2014 in which to respond to Complaint 1 Complaint. Signed by Clerk on 8/4/2014. (Garguilo, B) (Entered: 08/04/2014) |
| 08/04/2014 | | Answer deadline updated for Computer Sciences Corp to 9/4/2014. (Garguilo, B) (Entered: 08/04/2014) |
| 08/04/2014 | 17 | NOTICE by Pierre J. Wills *Consent to Join* (Attachments: # 1 Exhibit A) (Litrownik, Michael) (Entered: 08/04/2014) |
| 08/11/2014 | 18 | NOTICE by Shaun King, Kevin Perry, Scott Schneeberg *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 08/11/2014) |
| 08/12/2014 | 19 | NOTICE of Appearance by David C. Salazar-Austin on behalf of Computer Sciences Corp (Salazar-Austin, David) (Entered: 08/12/2014) |
| 08/12/2014 | 20 | MOTION for Attorney(s) Brett M. Anders to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3329373) by Computer Sciences Corp. (Attachments: # 1 Affidavit of Brett M. Anders iso PHV)(Anthony, William) (Entered: 08/12/2014) |
| 08/14/2014 | 21 | MOTION for Attorney(s) Cary G. Palmer to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3332018) by Computer Sciences Corp. (Attachments: # 1 Affidavit iso PHV Admission)(Anthony, William) (Entered: 08/14/2014) |
| 08/14/2014 | 22 | MOTION for Attorney(s) Nathan W. Austin to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3332038) by Computer Sciences Corp. (Attachments: # 1 Affidavit iso PHV Admission)(Anthony, William) (Entered: 08/14/2014) |
| 08/18/2014 | 23 | ORDER denying, without prejudcie to renew 20 Motion to Appear Pro Hac Vice; denying 21 Motion to Appear Pro Hac Vice; denying 22 Motion to Appear Pro Hac Vice. Signed by Judge Janet Bond Arterton on 8/18/14. (Torday, B.) (Entered: 08/18/2014) |
| 08/21/2014 | 24 | NOTICE of Appearance by Joseph D. Garrison on behalf of Joseph Strauch (Garrison, Joseph) (Entered: 08/21/2014) |
| 08/21/2014 | 25 | NOTICE of Appearance by Joseph D. Garrison on behalf of Timothy Colby (Garrison, Joseph) (Entered: 08/21/2014) |
| 08/21/2014 | 26 | NOTICE of Appearance by Robert A. Richardson on behalf of Joseph Strauch (Richardson, Robert) (Entered: 08/21/2014) |
| 08/21/2014 | 27 | NOTICE of Appearance by Robert A. Richardson on behalf of Timothy Colby (Richardson, Robert) (Entered: 08/21/2014) |

| | | |
|---|---|---|
| 08/21/2014 | 28 | NOTICE of Appearance by Joshua R. Goodbaum on behalf of Joseph Strauch (Goodbaum, Joshua) (Entered: 08/21/2014) |
| 08/21/2014 | 29 | NOTICE of Appearance by Joshua R. Goodbaum on behalf of Timothy Colby (Goodbaum, Joshua) (Entered: 08/21/2014) |
| 08/21/2014 | 30 | Joint MOTION for Extension of Time *of* Certain Pretrial Deadlines by Timothy Colby, Joseph Strauch. (Goodbaum, Joshua) (Entered: 08/21/2014) |
| 08/25/2014 | 31 | MOTION for Attorney(s) Jahan C. Sagafi to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340089) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit of Jahan C. Sagafi)(Garrison, Joseph) Modified on 9/4/2014 to correct filers (Grady, B.). (Entered: 08/25/2014) |
| 08/25/2014 | 32 | MOTION for Attorney(s) Andrew Lah to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340112) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit of Andrew Lah)(Garrison, Joseph) Modified on 9/4/2014 to correct filers (Grady, B.). (Entered: 08/25/2014) |
| 08/25/2014 | 33 | MOTION for Attorney(s) Michael J. Scimone to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340118) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit of Michael J. Scimone)(Garrison, Joseph) Modified on 9/4/2014 to correct filers (Grady, B.). (Entered: 08/25/2014) |
| 08/25/2014 | 34 | MOTION for Attorney(s) Sudarsana Srinivasan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340122) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit of Sudarsana Srinivasan)(Garrison, Joseph) Modified on 9/4/2014 to correct filers (Grady, B.). (Entered: 08/25/2014) |
| 08/25/2014 | 35 | MOTION for Attorney(s) Daniel Hutchinson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340127) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit of Daniel Hutchinson)(Garrison, Joseph) Modified on 9/4/2014 to correct filers (Grady, B.). (Entered: 08/25/2014) |
| 08/25/2014 | 36 | MOTION for Attorney(s) Kelly Dermody to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340131) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit of Kelly Dermody)(Garrison, Joseph) Modified on 9/4/2014 to correct filers (Grady, B.). (Entered: 08/25/2014) |
| 08/25/2014 | 37 | MOTION for Attorney(s) Brett M. Anders to be Admitted Pro Hac Vice by Computer Sciences Corp. (Attachments: # 1 Affidavit of Brett M. Anders iso PHV) (Anthony, William) (Entered: 08/25/2014) |
| 08/25/2014 | 38 | ORDER OF TRANSFER. Case reassigned to Judge Vanessa L. Bryant for all further proceedings<br>Signed by Judge Janet Bond Arterton on 8/25/2014.(Malone, P.) (Entered: 08/25/2014) |
| 08/25/2014 | 39 | ORDER granting 31 MOTION for Attorney Jahan C. Sagafi to be admitted pro hac vice. Certificate of Good Standing due by 10/24/2014. Signed by Clerk on 08/25/2014. (Grady, B.) (Entered: 08/25/2014) |
| 08/25/2014 | 40 | NOTICE by Timothy J. Clark, Joe A. Williams, Marlon Haynes, Jason M. Nice, Anthony C. Fantetti, Raymond Pierce *Consent to Join* (Attachments: # 1 Exhibit A) (Litrownik, Michael) (Entered: 08/25/2014) |
| 08/26/2014 | 41 | ORDER granting 32 MOTION for Attorney Andrew Lah to be admitted pro hac vice. Certificate of Good Standing due by 10/25/2014. Signed by Clerk on 08/26/2014. (Grady, B.) (Entered: 08/26/2014) |

| 08/26/2014 | 42 | ORDER granting 33 MOTION for Attorney Michael J. Scimone to be admitted pro hac vice. Certificate of Good Standing due by 10/25/2014. Signed by Clerk on 08/26/2014. (Grady, B.) (Entered: 08/26/2014) |
| --- | --- | --- |
| 08/26/2014 | 43 | ORDER granting 34 MOTION for Attorney Sudarsana Srinivasan to be admitted pro hac vice. Certificate of Good Standing due by 10/25/2014. Signed by Clerk on 08/26/2014. (Grady, B.) (Entered: 08/26/2014) |
| 08/26/2014 | 44 | ORDER granting 35 MOTION for Attorney Daniel Hutchinson to be admitted pro hac vice. Certificate of Good Standing due by 10/25/2014. Signed by Clerk on 08/26/2014. (Grady, B.) (Entered: 08/26/2014) |
| 08/26/2014 | 45 | ORDER granting 36 MOTION for Attorney Kelly Dermody to be admitted pro hac vice. Attorney Kelly M. Dermody for Timothy Colby, Joseph Strauch added. Certificate of Good Standing due by 10/25/2014. Signed by Clerk on 08/26/2014. (Grady, B.) (Entered: 08/26/2014) |
| 08/26/2014 | 46 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Vanessa L. Bryant on 8/26/14.(LaLone, L.) (LaLone, L.). (Entered: 08/26/2014) |
| 08/26/2014 | 47 | ORDER RE: Judge's Chambers Practices. Counsel are directed to read and comply with the Chambers Practices and Standing Orders prior to filing any document. So ordered Signed by Judge Vanessa L. Bryant on 8/26/14.(LaLone, L.) (Entered: 08/26/2014) |
| 08/26/2014 | 48 | Docket Entry Correction re 46 Electronic Filing Order; Attached pdf (LaLone, L.) (Entered: 08/26/2014) |
| 08/26/2014 | 49 | NOTICE re Initial Discovery Protocols Signed by Clerk on 8/26/14.(LaLone, L.) (Additional attachment(s) added on 8/26/2014: # 1 Discovery attachment) (LaLone, L.). (Entered: 08/26/2014) |
| 08/26/2014 | 50 | Docket Entry Correction re 49 Notice re Initial Discovery; Attached Discovery attachment (LaLone, L.) (Entered: 08/26/2014) |
| 08/26/2014 | 51 | ORDER denying 37 Motion for Admission Pro Hac Vice without prejudice to refiling in compliance with Local Rule 83.1(d). Signed by Judge Vanessa L. Bryant on 8/26/14. (LaLone, L.) (Entered: 08/26/2014) |
| 08/26/2014 | 52 | ORDER OF TRANSFER. Case reassigned to Judge Janet Bond Arterton for all further proceedings. Signed by Judge Vanessa L. Bryant on 8/26/14.(Johnson, D.) (Entered: 08/26/2014) |
| 08/27/2014 | 53 | CERTIFICATE OF GOOD STANDING re 33 MOTION for Attorney(s) Michael J. Scimone to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340118) by Timothy Colby, Joseph Strauch. (Scimone, Michael) (Entered: 08/27/2014) |
| 08/28/2014 | 54 | NOTICE of Appearance by Jahan C. Sagafi on behalf of Timothy Colby, Joseph Strauch (Sagafi, Jahan) (Entered: 08/28/2014) |
| 08/28/2014 | 55 | NOTICE of Appearance by Michael J. Scimone on behalf of Timothy Colby, Joseph Strauch (Scimone, Michael) (Entered: 08/28/2014) |
| 08/29/2014 | 56 | ORDER granting 30 Motion for Extension of Time. Signed by Judge Janet Bond Arterton on 8/29/2014. (Morril, Gregory) (Entered: 08/29/2014) |
| 08/29/2014 | 57 | CERTIFICATE OF GOOD STANDING re 31 MOTION for Attorney(s) Jahan C. |

| | | Sagafi to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340089) by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 08/29/2014) |
|---|---|---|
| 08/29/2014 | 58 | NOTICE by Timothy Colby, Joseph Strauch, Richard Conway, Cheri L. Johnson, Gigy S. Kunnath, Thomas W. Laughlin, Rocky Burns, Isaac Owusu, Anita Soule *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 08/29/2014) |
| 09/04/2014 | 59 | ANSWER to 1 Complaint with Affirmative Defenses by Computer Sciences Corp. (Anthony, William) (Entered: 09/04/2014) |
| 09/04/2014 | 60 | Corporate Disclosure Statement by Computer Sciences Corp. (Anthony, William) (Entered: 09/04/2014) |
| 09/05/2014 | 61 | MOTION for Attorney(s) Brett M. Anders to be Admitted Pro Hac Vice by Computer Sciences Corp. (Attachments: # 1 Affidavit iso PHV admission) (Anthony, William) (Entered: 09/05/2014) |
| 09/05/2014 | 62 | MOTION for Attorney(s) Cary G. Palmer to be Admitted Pro Hac Vice by Computer Sciences Corp. (Attachments: # 1 Affidavit iso PHV admisson)(Anthony, William) (Entered: 09/05/2014) |
| 09/05/2014 | 63 | MOTION for Attorney(s) Nathan W. Austin to be Admitted Pro Hac Vice by Computer Sciences Corp. (Attachments: # 1 Affidavit iso PHV admission) (Anthony, William) (Entered: 09/05/2014) |
| 09/05/2014 | 64 | NOTICE of Appearance by Karen Baldwin Kravetz on behalf of Grover C. Boone, Sr., Stephan A. Cheney, Timothy Colby, Brandon Kimas, Shaun King, Stephen King, Chris Lamer, Kevin Perry, Christian G. Rothrock, Scott Schneeberg, Hassell D. Stacy, Joseph Strauch, Pierre J. Wills (Kravetz, Karen) (Entered: 09/05/2014) |
| 09/08/2014 | 65 | NOTICE by David L. Brunmeier, Frank T. King, Chad W. Malone, Joseph H. Marshall, Dennis Farkas *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 09/08/2014) |
| 09/09/2014 | 66 | MOTION for Joseph D. Garrison to Withdraw as Attorney *for plaintiffs* by Joseph Strauch. (Garrison, Joseph) (Entered: 09/09/2014) |
| 09/09/2014 | 67 | MOTION to Withdraw as Attorney *for plaintiffs* by Joseph Strauch. (Richardson, Robert) (Entered: 09/09/2014) |
| 09/09/2014 | 68 | MOTION for Joshua R. Goodbaum to Withdraw as Attorney *for plaintiffs* by Joseph Strauch. (Pirrotti, Nina) (Entered: 09/09/2014) |
| 09/09/2014 | 69 | ORDER granting 61 Motion for Attorney Brett M. Anders to Appear Pro Hac Vice; granting 62 Motion for Attorney Cary G. Palmer to Appear Pro Hac Vice; granting 63 Motion for Attorney Nathan W. Austin to Appear Pro Hac Vice. Certificates of Good Standing due by 11/8/2014. Signed by Clerk on 9/9/2014. (Garguilo, B) (Entered: 09/09/2014) |
| 09/09/2014 | 70 | CERTIFICATE OF GOOD STANDING re 61 MOTION for Attorney(s) Brett M. Anders to be Admitted Pro Hac Vice by Computer Sciences Corp. (Anthony, William) (Entered: 09/09/2014) |
| 09/09/2014 | 71 | CERTIFICATE OF GOOD STANDING re 62 MOTION for Attorney(s) Cary G. Palmer to be Admitted Pro Hac Vice by Computer Sciences Corp. (Anthony, William) (Entered: 09/09/2014) |
| 09/09/2014 | 72 | CERTIFICATE OF GOOD STANDING re 63 MOTION for Attorney(s) Nathan W. Austin to be Admitted Pro Hac Vice by Computer Sciences Corp. (Anthony, |

| | | |
|---|---|---|
| | | William) (Entered: 09/09/2014) |
| 09/09/2014 | 73 | MOTION for Appearance to Withdraw as Attorney *for plaintiffs* by Joseph Strauch. (Goodbaum, Joshua) (Entered: 09/09/2014) |
| 09/10/2014 | 74 | ORDER granting 66 Motion to Withdraw as Attorney. Attorney Robert A. Richardson; Joseph D. Garrison and Joshua R. Goodbaum terminated; granting 67 Motion to Withdraw as Attorney. Attorney Robert A. Richardson; Joseph D. Garrison and Joshua R. Goodbaum terminated; granting 68 Motion to Withdraw as Attorney. Attorney Robert A. Richardson; Joseph D. Garrison and Joshua R. Goodbaum terminated; granting 73 Motion to Withdraw as Attorney. Attorney Robert A. Richardson; Joseph D. Garrison and Joshua R. Goodbaum terminated. Signed by Judge Janet Bond Arterton on 9/10/14. (Torday, B.) (Entered: 09/10/2014) |
| 09/10/2014 | 75 | Joint REPORT of Rule 26(f) Planning Meeting. (Sagafi, Jahan) (Entered: 09/10/2014) |
| 09/12/2014 | 76 | NOTICE by Samuel Fleming, Angela Brown, Nash Jasmine *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 09/12/2014) |
| 09/15/2014 | 77 | MOTION for Attorney(s) Michael Caesar to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3359761) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit)(Kravetz, Karen) (Entered: 09/15/2014) |
| 09/15/2014 | 78 | MOTION for Attorney(s) Todd Jackson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3359845) by Timothy Colby, Joseph Strauch. (Attachments: # 1 Affidavit)(Kravetz, Karen) (Entered: 09/15/2014) |
| 09/16/2014 | 79 | ORDER granting 77 Motion for Attorney Michael Caesar to Appear Pro Hac Vice; granting 78 Motion for Todd Jackson to Appear Pro Hac Vice. Certificate of Good Standing due by 11/15/2014. Signed by Clerk on 9/16/2014. (Garguilo, B) (Entered: 09/16/2014) |
| 09/16/2014 | 80 | MOTION for Nina T. Pirrotti to Withdraw as Attorney *for plaintiffs* by Joseph Strauch. (Pirrotti, Nina) (Entered: 09/16/2014) |
| 09/17/2014 | 81 | First MOTION for Extension of Time until October 27, 2014 in which to respond to discovery requests by Computer Sciences Corp. (Golder, David) (Entered: 09/17/2014) |
| 09/18/2014 | 82 | ORDER granting 81 First MOTION for Extension of Time until October 27, 2014 in which to respond to discovery requests. Signed by Clerk on 9/18/2014. (Garguilo, B) (Entered: 09/18/2014) |
| 09/18/2014 | 83 | CERTIFICATE OF GOOD STANDING re 77 MOTION for Attorney(s) Michael Caesar to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3359761) by Timothy Colby, Joseph Strauch. (Walker, J.) (Entered: 09/18/2014) |
| 09/18/2014 | 84 | CERTIFICATE OF GOOD STANDING re 78 MOTION for Attorney(s) Todd Jackson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3359845) by Timothy Colby, Joseph Strauch. (Walker, J.) (Entered: 09/18/2014) |
| 09/18/2014 | 85 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 09/18/2014) |
| 09/19/2014 | 86 | ORDER granting 80 Motion to Withdraw as Attorney. Attorney Nina Therese Pirrotti terminated. Signed by Judge Janet Bond Arterton on 9/19/14. (Tooker, A.) (Entered: 09/19/2014) |

| | | |
|---|---|---|
| 09/23/2014 | 87 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 09/23/2014) |
| 10/02/2014 | 88 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Litrownik, Michael) (Entered: 10/02/2014) |
| 10/06/2014 | | A telephonic scheduling conference will be held on 10/14/14 at 2:00 p.m. Defense counsel shall initiate the conference call to chambers: 203-773-2456. (Tooker, A.) (Entered: 10/06/2014) |
| 10/09/2014 | | The parties' telephonic pre-filing conference has been rescheduled to 10/24/2014 at 1:30 PM before Judge Janet Bond Arterton. (Tooker, A.) (Entered: 10/09/2014) |
| 10/15/2014 | 89 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 10/15/2014) |
| 10/23/2014 | 90 | CERTIFICATE OF GOOD STANDING re 34 MOTION for Attorney(s) Sudarsana Srinivasan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340122) by Joseph Strauch. (Hutchinson, Daniel) (Entered: 10/23/2014) |
| 10/23/2014 | 91 | CERTIFICATE OF GOOD STANDING re 35 MOTION for Attorney(s) Daniel Hutchinson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340127) by Joseph Strauch. (Hutchinson, Daniel) (Entered: 10/23/2014) |
| 10/23/2014 | 92 | CERTIFICATE OF GOOD STANDING re 36 MOTION for Attorney(s) Kelly Dermody to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3340131) by Joseph Strauch. (Hutchinson, Daniel) (Entered: 10/23/2014) |
| 10/23/2014 | 93 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 10/23/2014) |
| 10/24/2014 | 96 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephone Scheduling Conference held on 10/24/2014. 30 minutes(Court Reporter Sharon Montini.) (Torday, B.) (Entered: 11/04/2014) |
| 10/27/2014 | 94 | SCHEDULING ORDER: Plaintiff's motion to compel filed by 10/27/14, oppposition due 21 days thereafter; any reply due 14 days thereafter; 26f report due 5 days after ruling.<br>Signed by Judge Janet Bond Arterton on 10/24/14.(Torday, B.) (Entered: 10/27/2014) |
| 10/31/2014 | 95 | MOTION to Transfer to Another District *United States District Court for the Eastern District of Virginia* by Computer Sciences Corp. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 Josephson Affidavit, # 3 Exhibit 2 Flight Options, # 4 Exhibit 3 Caselaw)(Anthony, William) (Entered: 10/31/2014) |
| 11/05/2014 | 97 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 11/05/2014) |
| 11/12/2014 | 98 | MOTION to Compel *Production of Documents* by Timothy Colby, Joseph Strauch.Responses due by 12/3/2014 (Litrownik, Michael) (Entered: 11/12/2014) |
| 11/12/2014 | 99 | Memorandum in Support re 98 MOTION to Compel *Production of Documents* filed by Timothy Colby, Joseph Strauch. (Litrownik, Michael) (Entered: 11/12/2014) |
| 11/12/2014 | 100 | AFFIDAVIT re 98 MOTION to Compel *Production of Documents* Signed By Joseph Strauch filed by Timothy Colby, Joseph Strauch. (Litrownik, Michael) (Entered: 11/12/2014) |
| 11/12/2014 | 101 | AFFIDAVIT re 98 MOTION to Compel *Production of Documents* Signed By Jahan |

| | | |
|---|---|---|
| | | C. Sagafi filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Sagafi, Jahan) (Entered: 11/12/2014) |
| 11/14/2014 | 102 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 11/14/2014) |
| 11/17/2014 | 103 | ORDER REFERRING CASE to Magistrate Judge Joan G. Margolis for Discovery motion including 98 MOTION to Compel *Production of Documents* Signed by Judge Janet Bond Arterton on 11/14/14.Motions referred to Joan G. Margolis(Torday, B.) (Entered: 11/17/2014) |
| 11/18/2014 | 104 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 11/18/2014) |
| 11/19/2014 | 105 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 11/19/2014) |
| 11/21/2014 | 106 | RESPONSE re 95 MOTION to Transfer to Another District *United States District Court for the Eastern District of Virginia* filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit Unpublished Cases)(Srinivasan, Sudarsana) (Entered: 11/21/2014) |
| 11/21/2014 | 107 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 11/21/2014) |
| 11/25/2014 | 108 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 11/25/2014) |
| 12/02/2014 | 109 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 12/02/2014) |
| 12/03/2014 | 110 | Memorandum in Opposition re 98 MOTION to Compel *Production of Documents* filed by Computer Sciences Corp. (Attachments: # 1 Exhibit A. Declaration of DRG, # 2 Exhibit 1 to Declaration of DRG, # 3 Exhibit 2 to Declaration of DRG) (Anthony, William) (Entered: 12/03/2014) |
| 12/04/2014 | 111 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 12/04/2014) |
| 12/05/2014 | 112 | REPLY to Response to 95 MOTION to Transfer to Another District *United States District Court for the Eastern District of Virginia* filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1. Solicitation emails, # 2 Exhibit 2. caselaw)(Anthony, William) (Entered: 12/05/2014) |
| 12/08/2014 | 113 | MOTION for Attorney(s) Lin Y. Chan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3444413) by Grover C. Boone Jr., Angela Brown, David L. Brunmeier, Rocky Burns, Stephan A. Cheney, Timothy J. Clark, Timothy Colby, Richard Conway, Anthony C. Fantetti, Dennis Farkas, Samuel Fleming, Marlon Haynes, Nash Jasmine, Cheri L. Johnson, Brandon Kimas, Frank T. King, Shaun King, Stephen King, Gigy S. Kunnath, Chris Lamer, Thomas W. Laughlin, Chad W. Malone, Joseph H. Marshall, Jason M. Nice, Isaac Owusu, Kevin Perry, Raymond Pierce, Christian G. Rothrock, Scott Schneeberg, Anita Soule, Hassell D. Stacy, Joseph Strauch, Joe A. Williams, Pierre J. Wills. (Attachments: # 1 Affidavit) (Kravetz, Karen) (Entered: 12/08/2014) |
| 12/08/2014 | 114 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Litrownik, Michael) (Entered: 12/08/2014) |
| 12/09/2014 | 115 | ORDER granting 113 Motion to Appear Pro Hac Vice Certificate of Good Standing |

| | | due by 2/7/2015. Signed by Clerk on 12/9/2014. (Freberg, B) (Entered: 12/09/2014) |
|---|---|---|
| 12/16/2014 | 116 | REPLY to Response to 98 MOTION to Compel *Production of Documents* filed by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 12/16/2014) |
| 12/16/2014 | 117 | Supplemental AFFIDAVIT re 98 MOTION to Compel *Production of Documents* Signed By Jahan C. Sagafi filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A)(Sagafi, Jahan) (Entered: 12/16/2014) |
| 12/16/2014 | 118 | CERTIFICATE OF GOOD STANDING re 113 MOTION for Attorney(s) Lin Y. Chan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3444413) by Joseph Strauch. (Chan, Lin) (Entered: 12/16/2014) |
| 12/16/2014 | 119 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 12/16/2014) |
| 12/18/2014 | 120 | MOTION to Compel by Computer Sciences Corp.Responses due by 1/8/2015 (Golder, David) (Entered: 12/18/2014) |
| 12/18/2014 | 121 | AFFIDAVIT re 120 MOTION to Compel filed by Computer Sciences Corp. (Attachments: # 1 Exhibit A to D)(Golder, David) (Entered: 12/18/2014) |
| 12/18/2014 | 122 | Memorandum in Support re 120 MOTION to Compel filed by Computer Sciences Corp. (Golder, David) (Entered: 12/18/2014) |
| 12/22/2014 | 123 | MOTION for Extension of Time to File Response/Reply as to 120 MOTION to Compel until 1/16/2015 by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 12/22/2014) |
| 12/29/2014 | 124 | ORDER REFERRING CASE to Magistrate Judge Joan G. Margolis for Ruling on 120 MOTION to Compel , 123 MOTION for Extension of Time to File Response/Reply as to 120 MOTION to Compel until 1/16/2015 Signed by Judge Janet Bond Arterton on 12/29/2014.Motions referred to Joan G. Margolis(Freberg, B) (Entered: 12/29/2014) |
| 12/30/2014 | 125 | ORDER granting plaintiff's 123 Motion for Extension of Time to File Response/Reply as to defendant's 120 Motion to Compel until 1/16/2015. Defendant's reply is due by 1/30/15. Signed by Judge Joan G. Margolis on 12/30/14. (Malone, A.) (Entered: 12/30/2014) |
| 12/31/2014 | 126 | Set/Reset Deadlines as to 120 MOTION to Compel . Responses due by 1/16/2015 (Perez, J.) (Entered: 12/31/2014) |
| 01/06/2015 | 127 | RULING granting in part and denying in part plaintiff's 98 Motion to Compel (see attached). Signed by Judge Joan G. Margolis on 1/06/15. (Malone, A.) (Entered: 01/06/2015) |
| 01/12/2015 | 128 | Supplemental REPORT of Rule 26(f) Planning Meeting. (Anthony, William) (Entered: 01/12/2015) |
| 01/12/2015 | 129 | NOTICE by Timothy Colby *Consent to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 01/12/2015) |
| 01/15/2015 | 130 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 01/15/2015) |
| 01/16/2015 | 131 | Memorandum in Opposition re 120 MOTION to Compel filed by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 01/16/2015) |
| 01/16/2015 | 132 | AFFIDAVIT re 120 MOTION to Compel *Declaration of Jahan C. Sagafi in Opposition to CSC's Motion to Compel* Signed By Jahan C. Sagafi filed by Timothy |

| | | Colby, Joseph Strauch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Sagafi, Jahan) (Entered: 01/16/2015) |
|---|---|---|
| 01/28/2015 | 133 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 01/28/2015) |
| 01/30/2015 | 134 | REPLY to Response to 120 MOTION to Compel filed by Computer Sciences Corp. (Attachments: # 1 Exhibit)(Golder, David) (Entered: 01/30/2015) |
| 01/30/2015 | 135 | Memorandum in Support re 120 MOTION to Compel filed by Computer Sciences Corp. (Golder, David) (Entered: 01/30/2015) |
| 01/30/2015 | 136 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 01/30/2015) |
| 02/09/2015 | 137 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 02/09/2015) |
| 02/10/2015 | 138 | RULING granting in part and denying in part defendant's 120 Motion to Compel (see attached). Signed by Judge Joan G. Margolis on 2/10/15. (Malone, A.) (Entered: 02/10/2015) |
| 02/12/2015 | 139 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A TELEPHONIC Discovery Conference is set for 2/13/2015 at 09:30 AM before Judge Joan G. Margolis. *Plaintiffs' counsel shall initiate the conference call to Chambers with all counsel on the line: (203) 773-2350.* (Watson, M.) (Entered: 02/12/2015) |
| 02/13/2015 | 140 | Minute Entry for proceedings held before Judge Joan G. Margolis: A TELEPHONIC Discovery Conference was held on 2/13/2015. 26 minutes. (Malone, A.) (Entered: 02/13/2015) |
| 02/13/2015 | 141 | MOTION for Attorney(s) Hallie Diethelm Caldarone to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3510391) by Computer Sciences Corp. (Attachments: # 1 Affidavit iso Motion for Admission PHV)(Anthony, William) (Entered: 02/13/2015) |
| 02/17/2015 | 142 | ORDER granting 141 Motion for Attorney Hallie Diethelm Caldarone to Appear Pro Hac Vice. Certificate of Good Standing due by 4/18/2015. Signed by Clerk on 2/17/2015. (Freberg, B) (Entered: 02/17/2015) |
| 02/23/2015 | 143 | ORDER Following the Telephone Conference Held on 2/13/15 (see attached). Signed by Judge Joan G. Margolis on 2/23/15.(Malone, A.) (Entered: 02/23/2015) |
| 02/24/2015 | 144 | CERTIFICATE OF GOOD STANDING re 141 MOTION for Attorney(s) Hallie Diethelm Caldarone to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3510391) by Computer Sciences Corp. (Anthony, William) (Entered: 02/24/2015) |
| 02/24/2015 | 145 | ORDER: Defendant's Motion 95 to Transfer to Another District is DENIED. Signed by Judge Janet Bond Arterton on 2/24/2015. (Harris, J) (Entered: 02/24/2015) |
| 02/25/2015 | | Ruling 145 having issued, the parties' Supplemental 26(f) Planning Report shall be filed by 3/6/15 (see Doc. 94). (Tooker, A.) (Entered: 02/25/2015) |
| 02/26/2015 | 146 | RULING Following *In Camera* Review (see attached). Signed by Judge Joan G. Margolis on 2/26/15.(Malone, A.) (Entered: 02/26/2015) |
| 03/06/2015 | 147 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A)(Litrownik, Michael) (Entered: 03/06/2015) |
| 03/06/2015 | 148 | Supplemental REPORT of Rule 26(f) Planning Meeting. (Sagafi, Jahan) (Entered: 03/06/2015) |
| 03/10/2015 | | Set Deadlines/Hearings: A scheduling cConference will be held 4/1/2015 at 1:30 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton (Tooker, A.) (Entered: 03/10/2015) |
| 04/01/2015 | 149 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Scheduling Conference held on 4/1/2015. Total Time: 0 hours and 54 minutes(Court Reporter Julia Cashman.) (Villano, P.) (Entered: 04/02/2015) |
| 04/07/2015 | 150 | SCHEDULING ORDER: Amended Pleadings due by 9/18/2015 Signed by Judge Janet Bond Arterton on 4/3/2015.(Villano, P.) (Additional attachment(s) added on 4/7/2015: # 1 CORRECTED PDF) (Villano, P.). (Entered: 04/07/2015) |
| 04/07/2015 | 151 | Docket Entry Correction re 150 Scheduling Order. Added Corrected PDF to Docket Entry (Villano, P.) (Entered: 04/07/2015) |
| 04/17/2015 | 152 | MOTION to Certify Class *Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice* by Timothy Colby, Joseph Strauch.Responses due by 5/8/2015 (Sagafi, Jahan) (Entered: 04/17/2015) |
| 04/17/2015 | 153 | PROPOSED ORDER re 152 MOTION to Certify Class *Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice* by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Sagafi, Jahan) (Entered: 04/17/2015) |
| 04/17/2015 | 154 | Memorandum in Support re 152 MOTION to Certify Class *Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice* filed by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 04/17/2015) |
| 04/17/2015 | 155 | AFFIDAVIT re 152 MOTION to Certify Class *Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice* Signed By Jahan C. Sagafi filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Sagafi, Jahan) (Entered: 04/17/2015) |
| 04/17/2015 | 156 | NOTICE by Timothy Colby, Joseph Strauch re 152 MOTION to Certify Class *Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice - Compilation of Class Member Declarations* (Attachments: # 1 Exhibit Briggle, Gregory, # 2 Exhibit Carr, Patrick, # 3 Exhibit Conway, Richard, # 4 Exhibit Delgado, Nicholas, # 5 Exhibit Dickerson, Daniel, # 6 Exhibit Donegan, Steve, # 7 Exhibit Farkas, Dennis, # 8 Exhibit Fernandez, Andre, # 9 Exhibit Hussain, Farhan, # 10 Exhibit Jasmine, Nash, # 11 Exhibit Johnson, Cheri, # 12 Exhibit Kelly, Neal, # 13 Exhibit Kilgore, Becki, # 14 Exhibit Kinnas, Brandon, # 15 Exhibit Kunnath, Gigy, # 16 Exhibit Lamer, Chris, # 17 Exhibit Masal, Michelle, # 18 Exhibit Nice, Jason, # 19 Exhibit Owusu, Isaac, # 20 Exhibit Pitts, Dean, # 21 Exhibit Rothrock, Christian, # 22 Exhibit Samluk, Karen, # 23 Exhibit Soule, Anita, # 24 Exhibit Venezia, Patricia)(Sagafi, Jahan) (Entered: 04/17/2015) |
| 04/21/2015 | 157 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 04/21/2015) |
| 05/05/2015 | 158 | NOTICE by Timothy Colby, Joseph Strauch *Consent to Join* (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A)(Scimone, Michael) (Entered: 05/05/2015) |
| 05/08/2015 | 159 | RULING Following _In Camera_ Review (see attached). Signed by Judge Joan G. Margolis on 05/08/15.(Malone, A.) (Entered: 05/08/2015) |
| 05/08/2015 | 160 | Memorandum in Opposition re 152 MOTION to Certify Class _Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice_ filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1 part 1, # 2 Exhibit 1 part 2) (Anthony, William) (Entered: 05/08/2015) |
| 05/08/2015 | 161 | AFFIDAVIT re 160 Memorandum in Opposition to Motion, Signed By David C. Salazar-Austin filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 part 1, # 5 Exhibit 4 part 2, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14)(Anthony, William) (Entered: 05/08/2015) |
| 05/13/2015 | 162 | NOTICE by Timothy Colby, Joseph Strauch _Consent to Join_ (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 05/13/2015) |
| 05/22/2015 | 163 | REPLY to Response to 152 MOTION to Certify Class _Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice_ filed by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 05/22/2015) |
| 05/22/2015 | 164 | Supplemental AFFIDAVIT re 152 MOTION to Certify Class _Notice of Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice_, 163 Reply to Response to Motion _Supplemental Declaration of Jahan C. Sagafi in Support of Plaintiffs' Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice_ filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sagafi, Jahan) (Entered: 05/22/2015) |
| 05/26/2015 | 191 | LETTER RESPONSE re 138 Order on Motion to Compel filed by Computer Sciences Corp. (Perez, J.) (Entered: 08/10/2015) |
| 05/28/2015 | 192 | RESPONSE re 191 Defendant's Letter Response re 138 Order on Motion to Compel filed by Timothy Colby, Joseph Strauch. (Perez, J.) (Entered: 08/10/2015) |
| 06/02/2015 | 165 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A TELEPHONIC Discovery Status Conference is set for 6/9/2015 at 02:30 PM before Judge Joan G. Margolis. _Plaintiffs' counsel will initiate the call to Chambers with all parties on the line._ (Malone, A.) (Entered: 06/02/2015) |
| 06/02/2015 | 166 | NOTICE by Timothy Colby, Joseph Strauch re 163 Reply to Response to Motion _Letter Notice on FLSA Notice Issues_ (Sagafi, Jahan) (Entered: 06/02/2015) |
| 06/08/2015 | 167 | Joint NOTICE by Computer Sciences Corp (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Salazar-Austin, David) (Entered: 06/08/2015) |
| 06/09/2015 | 168 | ORDER granting 152 Motion to Certify Class. Signed by Judge Janet Bond Arterton on 6/9/15. (Tooker, A.) (Entered: 06/09/2015) |
| 06/09/2015 | 169 | Minute Entry for proceedings held before Judge Joan G. Margolis: A TELEPHONIC Discovery Status Conference was held on 6/9/2015. 15 minutes (Malone, A.) (Entered: 06/09/2015) |
| 06/09/2015 | 170 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephone |

|  |  | Status Conference held on 6/9/2015. Total Time: 0 hours and 45 minutes(Court Reporter Julia Cashman.) (Villano, P.) (Entered: 06/10/2015) |
|---|---|---|
| 06/10/2015 | 171 | RULING On Number of Depositions (see attached). Signed by Judge Joan G. Margolis on 06/10/2015.(Malone, A.) (Entered: 06/10/2015) |
| 06/23/2015 | 172 | NOTICE by Timothy Colby, Joseph Strauch *Letter* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sagafi, Jahan) (Entered: 06/23/2015) |
| 06/24/2015 | 173 | OBJECTION re 171 Order filed by Computer Sciences Corp. (Attachments: # 1 Affidavit David R. Golder, # 2 Exhibit 1, # 3 Exhibit 2)(Anthony, William) (Entered: 06/24/2015) |
| 06/29/2015 | 174 | RESPONSE re 172 Notice (Other) filed by Computer Sciences Corp. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Golder, David) (Entered: 06/29/2015) |
| 07/09/2015 | 175 | NOTICE by Timothy Colby, Joseph Strauch *regarding Notice Procedure* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Sagafi, Jahan) (Entered: 07/09/2015) |
| 07/15/2015 | 176 | RESPONSE re 173 Objection *to Magistrate's Order* filed by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 07/15/2015) |
| 07/16/2015 | 177 | NOTICE by Timothy Colby, Joseph Strauch *Letter dated 7/16/2015 to Hon. Janet Bond Arterton re website* (Attachments: # 1 Attachment)(Sagafi, Jahan) (Entered: 07/16/2015) |
| 07/23/2015 | 178 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 07/23/2015) |
| 07/27/2015 | 179 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 07/27/2015) |
| 07/28/2015 | 180 | RESPONSE re 171 Order, 173 Objection filed by Computer Sciences Corp. (Anthony, William) (Entered: 07/28/2015) |
| 07/28/2015 | 181 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 07/28/2015) |
| 07/29/2015 | 182 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 07/29/2015) |
| 07/30/2015 | 183 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 07/30/2015) |
| 07/31/2015 | 184 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 07/31/2015) |
| 08/04/2015 | 185 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephone Status Conference held on 8/4/2015. Total Time: 0 hours and 30 minutes(Court Reporter Julia Cashman.) (Villano, P.) (Entered: 08/04/2015) |
| 08/04/2015 | 186 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/04/2015) |
| 08/05/2015 | 187 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/05/2015) |
| 08/06/2015 | 188 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/06/2015) |

| | | |
|---|---|---|
| 08/07/2015 | 189 | Joint STATUS REPORT *Re: Reminder Email Notice Text and Process* by Computer Sciences Corp. (Golder, David) (Entered: 08/07/2015) |
| 08/07/2015 | 190 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/07/2015) |
| 08/11/2015 | 193 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/11/2015) |
| 08/11/2015 | 194 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/11/2015) |
| 08/12/2015 | 195 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/12/2015) |
| 08/12/2015 | 196 | Joint STIPULATION re 150 Scheduling Order *Regarding Case Management Schedule* by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 08/12/2015) |
| 08/12/2015 | 197 | MOTION for Extension of Time To File Motion for Class Certification by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 08/12/2015) |
| 08/13/2015 | 198 | NOTICE by Timothy Colby, Joseph Strauch *Letter to Magistrate Judge Margolis Re: Motion to Compel Discovery Responses* (Sagafi, Jahan) (Entered: 08/13/2015) |
| 08/13/2015 | 199 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A TELEPHONIC Discovery Status Conference is set for 8/17/2015 at 02:30 PM before Judge Joan G. Margolis. *Plaintiff's counsel shall initiate the call to Chambers with all parties on the line. 203-773-2350*. (Malone, A.) (Entered: 08/13/2015) |
| 08/13/2015 | 200 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/13/2015) |
| 08/14/2015 | 201 | ORDER: Plaintiffs' proposed reminder notice is approved with the following changes: (1) the sentence "CSC management confirms that you may view this email and the www.csclawsuit.com website at work and, if you wish, forward this email to your personal email" will be struck from the text of the email; (2) the reminder notice email will consist of a short introduction using the agreed upon language, to which the reminder notice and consent to join form will be attached; (3) the sentence "I also consent to join any separate or subsequent action to assert my claims against CSC, and/or any related entities or persons potentially liable" will be struck from the reminder notice.<br>Signed by Judge Janet Bond Arterton on 8/14/15.(Poueymirou, M) (Entered: 08/14/2015) |
| 08/14/2015 | 202 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/14/2015) |
| 08/17/2015 | 203 | Minute Entry for proceedings held before Judge Joan G. Margolis: A TELEPHONIC Discovery Status Conference was held on 8/17/2015. Total Time: 1 hour and 10 minutes (Malone, A.) (Entered: 08/17/2015) |
| 08/17/2015 | 204 | **ENTERED IN ERROR** NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) Modified on 8/19/2015, duplicative Notice (Campbell, A). (Entered: 08/17/2015) |
| 08/18/2015 | 205 | ***ENTERED IN ERROR*** NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) Modified on |

| | | |
|---|---|---|
| | | 8/19/2015, duplicative notice (Campbell, A). (Entered: 08/18/2015) |
| 08/18/2015 | 206 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/18/2015) |
| 08/19/2015 | 207 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/19/2015) |
| 08/20/2015 | 208 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/20/2015) |
| 08/21/2015 | 209 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/21/2015) |
| 08/24/2015 | 210 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/24/2015) |
| 08/25/2015 | 211 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/25/2015) |
| 08/26/2015 | 212 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/26/2015) |
| 08/27/2015 | 213 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/27/2015) |
| 08/28/2015 | 214 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/28/2015) |
| 08/31/2015 | 215 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 08/31/2015) |
| 09/01/2015 | 216 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/01/2015) |
| 09/02/2015 | 217 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/02/2015) |
| 09/08/2015 | 218 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/08/2015) |
| 09/09/2015 | 219 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/09/2015) |
| 09/10/2015 | 220 | ORDER denying 197 Motion for Extension of Time, without prejudice to renew, for failure to comply with D. Conn. L.Civ. R. 7. Signed by Judge Janet Bond Arterton on 9/9/15. (Tooker, A.) (Entered: 09/10/2015) |
| 09/10/2015 | 221 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/10/2015) |
| 09/11/2015 | 222 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/11/2015) |
| 09/15/2015 | 223 | MOTION to Modify Rule 23 Deadlines by Timothy Colby, Joseph Strauch.Responses due by 10/6/2015 (Sagafi, Jahan) (Entered: 09/15/2015) |
| 09/15/2015 | 224 | AFFIDAVIT re 223 MOTION to Modify Rule 23 Deadlines Signed By Jahan C. Sagafi filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A) (Sagafi, Jahan) (Entered: 09/15/2015) |
| 09/15/2015 | 225 | NOTICE by Timothy J. Clark, Joseph Strauch *Consents to Join* (Attachments: # 1 |

| 09/15/2015 | 226 | NOTICE by Timothy Colby, Joseph Strauch *to Judge Margolis Requesting Rule 23 Discovery Deadlines* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Scimone, Michael) (Entered: 09/15/2015) |
|---|---|---|
| 09/16/2015 | 227 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/16/2015) |
| 09/17/2015 | 228 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/17/2015) |
| 09/18/2015 | 229 | MOTION to Amend/Correct 1 Complaint by Timothy Colby, Joseph Strauch.Responses due by 10/9/2015 (Attachments: # 1 Exhibit A)(Sagafi, Jahan) (Entered: 09/18/2015) |
| 09/18/2015 | 230 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/18/2015) |
| 09/22/2015 | 231 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/22/2015) |
| 09/24/2015 | 232 | RESPONSE re 226 Notice (Other) filed by Computer Sciences Corp. (Attachments: # 1 Affidavit of David R. Golder, # 2 Exhibit A to Affidavit of David R. Golder, # 3 Exhibit B to Affidavit of David R. Golder, # 4 Exhibit C to Affidavit of David R. Golder, # 5 Exhibit D to Affidavit of David R. Golder, # 6 Exhibit E to Affidavit of David R. Golder, # 7 Exhibit F to Affidavit of David R. Golder)(Anthony, William) (Entered: 09/24/2015) |
| 09/25/2015 | 233 | RESPONSE re 223 MOTION to Modify Rule 23 Deadlines filed by Computer Sciences Corp. (Attachments: # 1 Exhibit A)(Anthony, William) (Entered: 09/25/2015) |
| 09/25/2015 | 234 | Memorandum in Support re 223 MOTION to Modify Rule 23 Deadlines *Reply Memorandum of Law* filed by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 09/25/2015) |
| 09/25/2015 | 235 | Supplemental AFFIDAVIT re 223 MOTION to Modify Rule 23 Deadlines Signed By Jahan C. Sagafi filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sagafi, Jahan) (Entered: 09/25/2015) |
| 09/25/2015 | 236 | MOTION to Certify Class by Timothy Colby, Joseph Strauch.Responses due by 10/16/2015 (Sagafi, Jahan) (Entered: 09/25/2015) |
| 09/25/2015 | 237 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/25/2015) |
| 09/28/2015 | 238 | ORDER granting 229 Motion to Amend/Correct, on consent. Signed by Judge Janet Bond Arterton on 9/28/15. (Tooker, A.) (Entered: 09/28/2015) |
| 09/28/2015 | 239 | ORDER: It appearing that granting the lengthy enlargement requested may reward inappropriate discovery practices, a 45 day extension is granted to enable Judge Margolis to set a definitive schedule which will accommodate any discovery orders she may deem appropriate. Signed by Judge Janet Bond Arterton on 9/28/15. (Tooker, A.) (Entered: 09/28/2015) |
| 09/28/2015 | | Set Deadlines/Hearings: Plaintiffs' Motion for Class Certification to be filed by 1/22/16; CSC's Opposition to be filed by 2/26/15; Plaintiffs' Reply, if any, to be filed by 3/11/16. (Tooker, A.) (Entered: 09/28/2015) |

| 09/28/2015 | 240 | AMENDED COMPLAINT *First Amended Complaint* against Computer Sciences Corp, filed by Timothy Colby, Joseph Strauch.(Sagafi, Jahan) (Entered: 09/28/2015) |
|---|---|---|
| 09/29/2015 | 241 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/29/2015) |
| 09/30/2015 | 242 | NOTICE by Timothy Colby, Joseph Strauch *Consents to Join* (Attachments: # 1 Exhibit A)(Scimone, Michael) (Entered: 09/30/2015) |
| 10/08/2015 | 243 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A TELEPHONIC Discovery Status Conference is set for 10/15/2015 at 04:00 PM before Judge Joan G. Margolis. *Plaintiff's counsel shall contact Chambers with all parties on the line. 203-773-2350.* (Malone, A.) (Entered: 10/08/2015) |
| 10/09/2015 | 244 | MOTION to Withdraw 236 MOTION to Certify Class by Timothy Colby, Joseph Strauch. (Sagafi, Jahan) (Entered: 10/09/2015) |
| 10/09/2015 | 245 | NOTICE by Timothy Colby, Joseph Strauch re 232 Response, *Plaintiffs' Reply to CSC's September 24 Letter* (Sagafi, Jahan) (Entered: 10/09/2015) |
| 10/13/2015 | 246 | MOTION for Attorney(s) Alison L. Lynch to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3762425) by Computer Sciences Corp. (Attachments: # 1 Affidavit iso Admission PHV)(Anthony, William) (Entered: 10/13/2015) |
| 10/13/2015 | 247 | ORDER granting Motion to Withdraw 244 Motion to Certify Class 236 . Signed by Judge Janet Bond Arterton on 10/13/15. (Tooker, A.) (Entered: 10/13/2015) |
| 10/13/2015 | 248 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. ***TIME CHANGE ONLY***. A TELEPHONIC Discovery Status Conference is set for 10/15/2015 at 04:30 PM before Judge Joan G. Margolis. *Plaintiff's counsel shall initiate the call to Chambers with all parties on the line. (203)773-2350.* (Malone, A.) (Entered: 10/13/2015) |
| 10/14/2015 | 249 | AFFIDAVIT re 245 Notice (Other) Signed By Jahan C. Sagafi filed by Timothy Colby, Joseph Strauch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Sagafi, Jahan) (Entered: 10/14/2015) |
| 10/15/2015 | 250 | ORDER denying 246 Motion to Appear Pro Hac Vice without prejudice to renew, for failure to comply with D.Conn.L Civ. R. 83.1(d)(1)(b). Signed by Judge Janet Bond Arterton on 10/15/15. (Campbell, A) (Entered: 10/15/2015) |
| 10/15/2015 | 251 | Minute Entry for proceedings held before Judge Joan G. Margolis: A TELEPHONIC Discovery Status Conference was held on 10/15/2015. Total Time: 1 hour and 25 minutes (Malone, A.) (Entered: 10/15/2015) |
| 10/16/2015 | 252 | ANSWER to 240 Amended Complaint with Affirmative Defenses. by Computer Sciences Corp.(Anthony, William) (Entered: 10/16/2015) |
| 10/16/2015 | 253 | MOTION for Attorney(s) Alison L. Lynch to be Admitted Pro Hac Vice by Computer Sciences Corp. (Attachments: # 1 Affidavit iso pro hac vice)(Anthony, William) (Entered: 10/16/2015) |
| 10/16/2015 | 254 | RESPONSE re 245 Notice (Other) filed by Computer Sciences Corp. (Attachments: # 1 Affidavit of David R.Golder, # 2 Exhibit 1 to Affidavit of David R. Golder, # 3 |

| | | Exhibit 2 of Affidavit of David R. Golder)(Golder, David) (Entered: 10/16/2015) |
|---|---|---|
| 10/19/2015 | 255 | ORDER granting Attorney, Alison L. Lynch 253 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 12/18/2015. Signed by Clerk on 10/19/15. (Campbell, A) (Entered: 10/19/2015) |
| 10/20/2015 | 256 | SCHEDULING ORDER (see attached). Signed by Judge Joan G. Margolis on 10/20/2015.(Malone, A.) (Entered: 10/20/2015) |
| 10/20/2015 | 257 | CERTIFICATE OF GOOD STANDING re 253 MOTION for Attorney(s) Alison L. Lynch to be Admitted Pro Hac Vice by Computer Sciences Corp. (Anthony, William) (Entered: 10/20/2015) |
| 10/20/2015 | 258 | NOTICE of Appearance by Alison L. Lynch on behalf of Computer Sciences Corp (Lynch, Alison) (Entered: 10/20/2015) |
| 10/23/2015 | 259 | STIPULATION *and Proposed Order Regarding Production of Master Service Agreements* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 10/23/2015) |
| 10/26/2015 | 260 | ELECTRONIC ORDER -- The Stipulation and Proposed Order Regarding Production of Master Service Agreements, filed 10/23/15 (Dkt. #259), is SO ORDERED. The Magistrate Judge thanks all counsel and parties for amicably resolving this discovery dispute. Signed by Judge Joan G. Margolis on 10/26/15. (Margolis, Joan) (Entered: 10/26/2015) |
| 10/30/2015 | 261 | MOTION for Michael Caesar to Withdraw as Attorney by Timothy Colby, Joseph Strauch. (Caesar, Michael) (Entered: 10/30/2015) |
| 10/30/2015 | 262 | NOTICE by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner *Letter to Hon. Joan G. Margolis re ESI Search Protocol and Sampling* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sagafi, Jahan) (Entered: 10/30/2015) |
| 10/30/2015 | 263 | NOTICE by Computer Sciences Corp (Anders, Brett) (Entered: 10/30/2015) |
| 11/04/2015 | 264 | ORDER granting 261 Motion to Withdraw as Attorney. Attorney Michael Caesar terminated. Signed by Judge Janet Bond Arterton on 11/4/15. (Tooker, A.) (Entered: 11/04/2015) |
| 11/06/2015 | 265 | RESPONSE re 263 Notice (Other) *re ESI Production* filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 11/06/2015) |
| 11/06/2015 | 266 | RESPONSE re 262 Notice (Other) filed by Computer Sciences Corp. (Anders, Brett) (Entered: 11/06/2015) |
| 11/18/2015 | 267 | MOTION for Attorney(s) Vincent E. Polsinelli to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3806186) by Computer Sciences Corp. (Attachments: # 1 Affidavit of Vincent E. Polsinelli iso PHV)(Anthony, William) (Entered: 11/18/2015) |
| 11/19/2015 | 268 | ORDER granting Attorney, Vincent E. Polsinelli to be Admitted Pro Hac Vice 267 Certificate of Good Standing due by 1/18/2016. Signed by Clerk on 11/19/15. (Campbell, A) (Entered: 11/19/2015) |
| 11/19/2015 | 269 | MOTION for Attorney(s) Matthew A. Porter to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3806951) by Computer Sciences Corp. (Attachments: # 1 Affidavit of Matthew A. Porter iso PHV)(Anthony, William) (Entered: 11/19/2015) |

| | | |
|---|---|---|
| 11/19/2015 | 270 | MOTION for Attorney(s) Elizabeth Stork to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3807911) by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing)(Kravetz, Karen) (Entered: 11/19/2015) |
| 11/20/2015 | 271 | ORDER granting 269 Matthew A. Porter to be Admitted Pro Hac Vice Certificate of Good Standing due by 1/19/2016. Signed by Clerk on 11/20/15. (Campbell, A) (Entered: 11/20/2015) |
| 11/20/2015 | 272 | ORDER granting 270 Attorney Elizabeth Stork Motion to Appear Pro Hac Vice. Signed by Clerk on 11/20/15. (Campbell, A) (Entered: 11/20/2015) |
| 11/24/2015 | 273 | RULING REGARDING ELECTRONICALLY STORED INFORMATION: re 262 Notice (Other) filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby, 263 Notice (Other) filed by Computer Sciences Corp, 265 Response filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby, 266 Response filed by Computer Sciences Corp. (SEE ATTACHED) Signed by Judge Joan G. Margolis on 11/124/2015.(Watson, M.) (Entered: 11/24/2015) |
| 11/24/2015 | 274 | NOTICE of Appearance by Elizabeth Stork on behalf of Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner (Stork, Elizabeth) (Entered: 11/24/2015) |
| 11/25/2015 | 275 | MOTION for Attorney(s) Michael Levin-Gesundheit to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3814375) by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing)(Kravetz, Karen) (Entered: 11/25/2015) |
| 11/30/2015 | 276 | ORDER granting 275 Motion to Appear Pro Hac Vice Attorney Michael Levin-Gesundheit. Signed by Clerk on 11/30/15. (Campbell, A) (Entered: 11/30/2015) |
| 11/30/2015 | 277 | MOTION for Attorney(s) Darin Ranahan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3816561) by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit)(Kravetz, Karen) (Entered: 11/30/2015) |
| 11/30/2015 | 278 | MOTION for Attorney(s) Genevieve Casey to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3816583) by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit)(Kravetz, Karen) (Entered: 11/30/2015) |
| 12/01/2015 | 279 | ORDER granting 277 Motion for Attorney Darin Ranahan to Appear Pro Hac Vice Certificate of Good Standing due by 1/30/2016. Signed by Clerk on 12/1/15. (Campbell, A) (Entered: 12/01/2015) |
| 12/01/2015 | 280 | ORDER granting 278 Motion for Attorney Genevieve Casey to Appear Pro Hac Vice Certificate of Good Standing due by 1/30/2016. Signed by Clerk on 12/1/15. (Campbell, A) (Entered: 12/01/2015) |
| 12/14/2015 | 281 | MOTION for Attorney(s) Stephen T. Paterniti to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3833039) by Computer Sciences Corp. (Attachments: # 1 Affidavit of Stephen T. Paterniti)(Anthony, William) (Entered: 12/14/2015) |
| 12/14/2015 | 282 | RESPONSE re 273 Order, filed by Computer Sciences Corp. (Anders, Brett) (Entered: 12/14/2015) |
| 12/15/2015 | 283 | ORDER granting 281 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 2/13/2016. Signed by Clerk on 12/15/2015. (Nuzzi, T) (Entered: |

| | | |
|---|---|---|
| | | 12/15/2015) |
| 12/15/2015 | 284 | CERTIFICATE OF GOOD STANDING re 267 MOTION for Attorney(s) Vincent E. Polsinelli to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3806186) by Computer Sciences Corp. (Polsinelli, Vincent) (Entered: 12/15/2015) |
| 12/15/2015 | 285 | STIPULATION of Dismissal of Party *Sean Cormier, Tara Alexander, David Nelson, David Mason, Christopher Wallace, and David Blair* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 12/15/2015) |
| 12/16/2015 | 286 | ORDER; So Ordered re 285 Stipulation of Dismissal filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby<br>Signed by Judge Janet Bond Arterton on 12/16/2015.(LaMura, K.) (Entered: 12/16/2015) |
| 12/29/2015 | 287 | Joint STIPULATION *Regarding Case Management Schedule* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 12/29/2015) |
| 12/29/2015 | 288 | MOTION to Modify Rule 23 Deadlines by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 1/19/2016 (Sagafi, Jahan) (Entered: 12/29/2015) |
| 01/08/2016 | 289 | ORDER: The Court overrules Defendant's Objection 173 and approves and adopts the Ruling on Number of Depositions 171 limiting the number of depositions to 60, under the time limit imposed in Scheduling Order 256 .<br>Signed by Judge Janet Bond Arterton on 1/8/16. (Harris, J) (Entered: 01/08/2016) |
| 01/11/2016 | 290 | ORDER granting 288 Motion on consent. Signed by Judge Janet Bond Arterton on 1/11/16. (Tooker, A.) (Entered: 01/11/2016) |
| 01/11/2016 | | Plaintiffs' Motion for Class Certification shall be filed by 5/6/16; Defendant's Opposition shall be filed by 6/10/16; Plaintiffs' Reply, if any, shall be filed by 6/24/16.(Tooker, A.) (Entered: 01/11/2016) |
| 01/29/2016 | 291 | CERTIFICATE OF GOOD STANDING re 277 MOTION for Attorney(s) Darin Ranahan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3816561) by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Ranahan, Darin) (Entered: 01/29/2016) |
| 01/29/2016 | 292 | CERTIFICATE OF GOOD STANDING re 278 MOTION for Attorney(s) Genevieve Casey to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-3816583) by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Casey, Genevieve) (Entered: 01/29/2016) |
| 02/01/2016 | 293 | MOTION for Rule 502(d) Order by Computer Sciences Corp. (Attachments: # 1 Text of Proposed Order)(Anders, Brett) (Entered: 02/01/2016) |
| 02/02/2016 | 294 | MOTION for *Corrected* Rule 502(d) Order by Computer Sciences Corp. (Attachments: # 1 Text of Proposed Order)(Anders, Brett) (Entered: 02/02/2016) |
| 02/03/2016 | 295 | ORDER finding as moot 293 Motion for Order; granting 294 Corrected Motion for Order. Signed by Judge Janet Bond Arterton on 2/3/16. (Tooker, A.) (Entered: 02/03/2016) |
| 04/13/2016 | 296 | MOTION to Modify Rule 23 Deadlines by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 5/4/2016 (Sagafi, Jahan) (Entered: 04/13/2016) |
| 04/13/2016 | 297 | AFFIDAVIT re 296 MOTION to Modify Rule 23 Deadlines Signed By Jahan C. |

| | | |
|---|---|---|
| | | Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sagafi, Jahan) (Entered: 04/13/2016) |
| 04/19/2016 | 298 | ORDER granting 296 Motion to Modify Rule 23 deadlines, without consent but for good cause shown, to 6/3/16; 7/15/16; and 8/5/16, respectively. Signed by Judge Janet Bond Arterton on 4/19/16. (Tooker, A.) (Entered: 04/19/2016) |
| 05/06/2016 | 299 | STIPULATION of Dismissal of without prejudice by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 05/06/2016) |
| 05/11/2016 | 300 | ORDER: So Ordered re 299 Stipulation of Dismissal filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby<br>Signed by Clerk on 5/11/2016.(Villano, P.) (Entered: 05/11/2016) |
| 06/03/2016 | 301 | MOTION to Seal certain confidential documents that Plaintiffs anticipate filing in support of their class certification motion by Computer Sciences Corp. (Attachments: # 1 Memorandum of Law in Support of Motion to Seal)(Golder, David) (Entered: 06/03/2016) |
| 06/03/2016 | 302 | MOTION to Certify Class by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 6/24/2016 (Sagafi, Jahan) (Entered: 06/03/2016) |
| 06/03/2016 | 303 | Memorandum in Support re 302 MOTION to Certify Class filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 06/03/2016) |
| 06/03/2016 | 304 | AFFIDAVIT re 302 MOTION to Certify Class Signed By Jahan C. Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81) (Sagafi, Jahan) (Entered: 06/03/2016) |
| 06/03/2016 | 305 | AFFIDAVIT re 302 MOTION to Certify Class Signed By Todd Jackson filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sagafi, Jahan) (Entered: 06/03/2016) |
| 06/03/2016 | 306 | AFFIDAVIT re 302 MOTION to Certify Class Signed By Daniel M. Hutchinson filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A)(Sagafi, Jahan) (Entered: 06/03/2016) |
| 06/20/2016 | 307 | MOTION for Andrew Lah to Withdraw as Attorney *for Plaintiffs* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Jackson, Todd) (Entered: 06/20/2016) |

| | | |
|---|---|---|
| 06/21/2016 | 308 | ORDER granting 307 Motion to Withdraw as Attorney. Attorney Andrew Lah terminated. Signed by Judge Janet Bond Arterton on 6/21/16. (Tooker, A.) (Entered: 06/21/2016) |
| 07/15/2016 | 309 | Memorandum in Opposition *to Class Certification* re 302 MOTION to Certify Class filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93, # 94 Exhibit 94A, # 95 Exhibit 94B)(Anthony, William) (Entered: 07/15/2016) |
| 07/22/2016 | 310 | NOTICE of Appearance by Allison P. Dearington on behalf of Computer Sciences Corp (Dearington, Allison) (Entered: 07/22/2016) |
| 07/22/2016 | 311 | MOTION for Extension of Time until August 12, 2016 and Increased Page Limits by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 07/22/2016) |
| 07/22/2016 | 312 | RESPONSE re 311 MOTION for Extension of Time until August 12, 2016 and Increased Page Limits filed by Computer Sciences Corp. (Dearington, Allison) (Entered: 07/22/2016) |
| 07/26/2016 | 313 | ORDER granting 311 Motion for Extension of Time only, on consent, to 8/12/16; denied as to page limit increase. Signed by Judge Janet Bond Arterton on 7/25/16. (Tooker, A.) (Entered: 07/26/2016) |
| 08/12/2016 | 314 | REPLY to Response to 302 MOTION to Certify Class filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 08/12/2016) |
| 08/12/2016 | 315 | AFFIDAVIT re 314 Reply to Response to Motion *for Class Certification* Signed By Jahan C. Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit 82, # 2 Exhibit 83, # 3 Exhibit 84, # 4 Exhibit 85, # 5 Exhibit 86, # 6 Exhibit 87, # 7 Exhibit 88, # 8 Exhibit 89, # 9 Exhibit 90, # 10 Exhibit 91, # 11 Exhibit 92, # 12 Exhibit 93, # 13 Exhibit 94, # 14 Exhibit 95, # 15 Exhibit 96, # 16 Exhibit 97, # 17 Exhibit 98, # 18 Exhibit 99, # 19 Exhibit 100, # 20 Exhibit 101, # 21 Exhibit 102, # 22 Exhibit 103, # 23 Exhibit 104, # 24 Exhibit 105, # 25 Exhibit 106, # 26 Exhibit 107, # 27 Exhibit 108, # 28 Exhibit 109, # 29 Exhibit 110, # 30 Exhibit 111, # 31 Exhibit 112, # 32 Exhibit 113, # 33 Exhibit 114, # 34 Exhibit 115, # 35 Exhibit 116, # 36 Exhibit 117, # 37 Exhibit 118, # 38 Exhibit 119, # 39 Exhibit 120, # 40 Exhibit 121, # 41 Exhibit 122, # 42 Exhibit 123, # 43 Exhibit |

|  |  | 124, # 44 Exhibit 125, # 45 Exhibit 126, # 46 Exhibit 127, # 47 Exhibit 128, # 48 Exhibit 129)(Sagafi, Jahan) (Entered: 08/12/2016) |
|---|---|---|
| 08/12/2016 | 316 | CERTIFICATE OF SERVICE by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re 314 Reply to Response to Motion, 315 Affidavit,,,, (Sagafi, Jahan) (Entered: 08/12/2016) |
| 03/17/2017 | 317 | Oral Argument on Motion to Certify Class 302 will be held 3/22/17 at 3:30 p.m. in Courtroom Two, 141 Church Street, New Haven, CT before Judge Janet Bond Arterton. (Tooker, A.) (Entered: 03/17/2017) |
| 03/17/2017 |  | Set/Reset Deadlines as to 302 MOTION to Certify Class . Motion Hearing set for 3/22/2017 03:30 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton (Villano, P.) (Entered: 03/20/2017) |
| 03/20/2017 | 318 | Joint MOTION to Withdraw 302 MOTION to Certify Class , 301 MOTION to Seal certain confidential documents that Plaintiffs anticipate filing in support of their class certification motion *Joint Motion to Withdraw Plaintiffs' Motion for Class Certification and Defendant's Motion to Seal Without Prejudice to Renew* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 03/20/2017) |
| 03/20/2017 | 319 | ORDER withdrawing 301 Motion to Seal; withdrawing 302 Motion to Certify Class; granting 318 Joint Motion to Withdraw. Signed by Judge Janet Bond Arterton on 3/20/17. (Tooker, A.) (Entered: 03/20/2017) |
| 03/21/2017 | 320 | NOTICE re 317 Oral Argument on Motion to Certify Class 302 that was scheduled for 3/22/17 at 3:30 p.m. is Cancelled. (Villano, P.) (Entered: 03/21/2017) |
| 04/04/2017 | 321 | Joint MOTION Renew Plaintiffs' Motion for Class Certification and Defendant's Motion to Seal re 302 MOTION to Certify Class , 301 MOTION to Seal certain confidential documents that Plaintiffs anticipate filing in support of their class certification motion by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 4/25/2017 (Sagafi, Jahan) (Entered: 04/04/2017) |
| 04/06/2017 | 322 | ORDER granting 321 Joint Motion to Renew. Plaintiffs' may re-file their Motion for Class Certification and Defendant's may re-file their Motion to Seal. No supporting documentation, opposition or replies need be re-filed. Signed by Judge Janet Bond Arterton on 4/6/17. (Tooker, A.) (Entered: 04/06/2017) |
| 04/06/2017 | 323 | MOTION to Certify Class *Plaintiffs' Renewed Notice of Motion for Class Certification* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 4/27/2017 (Sagafi, Jahan) (Entered: 04/06/2017) |
| 05/04/2017 | 324 | MOTION to Seal *(RENEWED)* Confidential Documents by Computer Sciences Corp. (Golder, David) (Entered: 05/04/2017) |
| 05/10/2017 | 325 | ORDER: For the reasons set forth on the record at oral argument on May 10, 2017, Defendant's Motion 324 to Seal is GRANTED. Signed by Judge Janet Bond Arterton on 05/10/2017. (Farrelly, S.) (Entered: 05/10/2017) |
| 05/10/2017 | 326 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Motion Hearing held on 5/10/2017 re 323 MOTION to Certify Class *Plaintiffs' Renewed Notice of Motion for Class Certification* filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby, 324 MOTION to Seal *(RENEWED)* Confidential Documents filed by Computer Sciences Corp. Total Time: 1 hours and 51 minutes(Court Reporter Julia Cashman.) (Villano, P.) (Entered: 05/11/2017) |
| 06/30/2017 | 327 | ORDER: For the reasons set forth in the attached Ruling, Plaintiffs' Motion 323 to |

| | | |
|---|---:|---|
| | | Certify State Law Classes is GRANTED in part and DENIED in part. Signed by Judge Janet Bond Arterton on 06/30/2017. (Farrelly, S.) (Entered: 06/30/2017) |
| 06/30/2017 | 328 | ORDER: As set forth in the attached endorsement order, Plaintiffs shall file an amended complaint by 07/10/2017 and the parties shall submit a status report and proposed revised scheduling order by 07/14/2017.<br>Signed by Judge Janet Bond Arterton on 06/30/2017.(Farrelly, S.) (Entered: 06/30/2017) |
| 06/30/2017 | | Set Deadlines: Amended Pleadings due by 7/10/2017 Status Report and proposed revised scheduling order due by 7/14/2017 (Villano, P.) (Entered: 07/05/2017) |
| 07/09/2017 | 329 | TRANSCRIPT of Proceedings: Held on May 10, 2017 before Judge Janet Bond Arterton. Court Reporter: Julia Cashman. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/30/2017. Redacted Transcript Deadline set for 8/9/2017. Release of Transcript Restriction set for 10/7/2017. (Cashman, J) (Entered: 07/09/2017) |
| 07/10/2017 | 330 | AMENDED COMPLAINT *Second Amended Complaint* against Computer Sciences Corp, filed by Timothy Colby, Joseph Strauch, Vernon Carre, Charles Turner. (Sagafi, Jahan) (Entered: 07/10/2017) |
| 07/10/2017 | 331 | NOTICE by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re 330 Amended Complaint *Second Amended Complaint* (Attachments: # 1 Exhibit A) (Sagafi, Jahan) (Entered: 07/10/2017) |
| 07/14/2017 | 332 | STATUS REPORT *and Proposed Revised Scheduling Order* by Computer Sciences Corp. (Anthony, William) (Entered: 07/14/2017) |
| 07/14/2017 | 333 | STATUS REPORT *and Proposed Revised Scheduling Order* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Sagafi, Jahan) (Entered: 07/14/2017) |
| 07/18/2017 | | A telephonic status/scheduling conference will be held July 25, 2017 at 10:00 a.m. Defense counsel shall initiate the conference call to chambers: 203-773-2737. (Tooker, A.) (Entered: 07/18/2017) |
| 07/24/2017 | 334 | ANSWER to 330 Amended Complaint with Affirmative Defenses. by Computer Sciences Corp.(Anthony, William) (Entered: 07/24/2017) |
| 07/25/2017 | 335 | Amended Corporate Disclosure Statement by Computer Sciences Corp identifying Corporate Parent DXC Technology Company for Computer Sciences Corp. (Anthony, William) (Entered: 07/25/2017) |
| 07/25/2017 | 336 | SCHEDULING ORDER: As set forth in the attached scheduling order, the parties' joint revised stipulation regarding the FLSA collective action definition is due 07/28/2017; proposed class notice(s) due 07/31/2017; Motion to Strike Joseph Strauch shall be filed by 08/04/2017; all discovery shall close 08/22/2017; Plaintiffs' |

| | | |
|---|---|---|
| | | pre-trial memorandum due 09/19/2017; Defendant's pre-trial memorandum due 10/09/2017; Plaintiffs' response to Defendant's pre-trial memorandum due 10/23/2017; pretrial conference set for 11/6/2017 at 10:30 AM before Judge Janet Bond Arterton; jury selection set for 12/5/2017 at 09:00AM before Judge Janet Bond Arterton; and jury trial to commence on 12/07/2017 in Courtroom 2 of the Richard C. Lee Courthouse, 141 Church Street, New Haven, Connecticut. Signed by Judge Janet Bond Arterton on 07/25/2017.(Farrelly, S.) (Entered: 07/25/2017) |
| 07/25/2017 | 337 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status/Scheduling Conference held on 7/25/2017. Total Time: 2 hours and 0 minutes(Court Reporter Julia Cashman.) (Villano, P.) (Entered: 07/26/2017) |
| 07/26/2017 | | Set Deadlines/Hearings: Joint Status Report due by 8/25/2017 (Tooker, A.) (Entered: 07/26/2017) |
| 08/01/2017 | 338 | MOTION for Approval of Rule 23 Class Notice by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 8/22/2017 (Attachments: # 1 Exhibit A)(Sagafi, Jahan) (Entered: 08/01/2017) |
| 08/01/2017 | 339 | STIPULATION re 336 Scheduling Order,,, *regarding FLSA Collective Certification and Decertification* by Computer Sciences Corp. (Golder, David) (Entered: 08/01/2017) |
| 08/02/2017 | 340 | Stipulation 339 is So Ordered. Signed by Judge Janet Bond Arterton on 8/2/17. (Tooker, A.) (Entered: 08/02/2017) |
| 08/03/2017 | 341 | MOTION to Approve Notice to Members of the Certified Class by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 8/24/2017 (Attachments: # 1 Exhibit A)(Sagafi, Jahan) (Entered: 08/03/2017) |
| 08/04/2017 | 342 | ORDER finding as moot 338 ; granting 341 Motion to Approve Notice to Members of the Certified Class. Signed by Judge Janet Bond Arterton on 8/4/17. (Tooker, A.) (Entered: 08/04/2017) |
| 08/04/2017 | 343 | MOTION Decertification of the California Subclass re 327 Order on Motion to Certify Class by Computer Sciences Corp.Responses due by 8/25/2017 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - 3)(Anthony, William) (Entered: 08/04/2017) |
| 08/18/2017 | 344 | RESPONSE re 343 MOTION Decertification of the California Subclass re 327 Order on Motion to Certify Class filed by Joseph Strauch. (Hutchinson, Daniel) (Entered: 08/18/2017) |
| 08/25/2017 | 345 | REPLY to Response to 343 MOTION Decertification of the California Subclass re 327 Order on Motion to Certify Class filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1)(Anthony, William) (Entered: 08/25/2017) |
| 08/25/2017 | 346 | Joint STATUS REPORT by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sagafi, Jahan) (Entered: 08/25/2017) |
| 09/18/2017 | 347 | TRIAL MEMO by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner Estimated trial time 10 days. (Attachments: # 1 Exhibit A - Witness List, # 2 Exhibit B - Exhibit List, # 3 Exhibit C - Jury Questionnaire, # 4 Exhibit D - Voir Dire Questions, # 5 Exhibit E - Jury Instructions, # 6 Exhibit F - Verdict Form, # 7 Exhibit G - Revised Rule 23 Notice)(Sagafi, Jahan) (Entered: 09/18/2017) |
| 09/18/2017 | 348 | MOTION in Limine by Vernon Carre, Timothy Colby, Joseph Strauch, Charles |

| | | Turner.Responses due by 10/9/2017 (Sagafi, Jahan) (Entered: 09/18/2017) |
|---|---|---|
| 09/28/2017 | 349 | TRANSCRIPT of Proceedings: Type of Hearing: TC. Held on July 25, 2017 before Judge Janet Bond Arterton. Court Reporter: Julia Cashman. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 10/19/2017. Redacted Transcript Deadline set for 10/29/2017. Release of Transcript Restriction set for 12/27/2017. (Cashman, J) (Entered: 09/28/2017) |
| 09/29/2017 | 350 | MOTION for Attorney(s) Jared Goldman to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4551747) by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Kravetz, Karen) (Entered: 09/29/2017) |
| 10/02/2017 | 351 | ORDER granting 350 Motion to Appear Pro Hac Vice Attorney Jared Goldman for Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner added. Signed by Judge Janet Bond Arterton on 10/02/2017. (Peterson, M) (Entered: 10/02/2017) |
| 10/05/2017 | 352 | NOTICE of Appearance by Alexa M. Farmer on behalf of Computer Sciences Corp (Farmer, Alexa) (Entered: 10/05/2017) |
| 10/10/2017 | 353 | Joint STIPULATION *and Proposed Order* by Computer Sciences Corp. (Golder, David) (Entered: 10/10/2017) |
| 10/10/2017 | 354 | TRIAL MEMO by Computer Sciences Corp Estimated trial time 25 - 30 days. (Attachments: # 1 Exhibit A - Witness List, # 2 Exhibit B - Exhibit List, # 3 Exhibit C - Proposed Voir Dire Questions, # 4 Exhibit D - Proposed Jury Instructions, # 5 Exhibit E - Proposed Verdict Form, # 6 Exhibit F - Objections to Plaintiffs' Jury Instructions)(Anthony, William) (Entered: 10/10/2017) |
| 10/10/2017 | 355 | OBJECTION re 348 MOTION in Limine filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1)(Anthony, William) (Entered: 10/10/2017) |
| 10/10/2017 | 356 | MOTION in Limine by Computer Sciences Corp.Responses due by 10/31/2017 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Anthony, William) (Entered: 10/10/2017) |
| 10/13/2017 | 357 | ORDER approving Joint Stipulation 353 . Signed by Judge Janet Bond Arterton on 10/13/2017. (Kolker, J.) (Entered: 10/13/2017) |
| 10/18/2017 | 358 | ORDER denying 343 Motion Decertification of Rule 23 Class. As set forth in the Order, Plaintiffs are directed to file amended complaint within five days. Signed by Judge Janet Bond Arterton on 10/18/17. (Kolker, J.) (Entered: 10/18/2017) |
| 10/20/2017 | | A telephonic status conference will be held on 10/23/17 at 3:00 p.m. Plaintiff's counsel shall initiate the conference call to chambers: 203-773-2737. (Tooker, A.) (Entered: 10/20/2017) |
| 10/20/2017 | 359 | STATUS REPORT *re Telephonic Status Conference* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A (Proposed Class Notice (Clean)), # 2 Exhibit B (Proposed Class Notice (Redline)))(Ranahan, Darin) (Entered: 10/20/2017) |

| | | |
|---|---|---|
| 10/23/2017 | | Set Deadlines/Hearings: Amended Complaint due by 10/23/2017 (Tooker, A.) (Entered: 10/23/2017) |
| 10/23/2017 | 360 | ORDER: As set forth in the attached Endorsement Order, Plaintiffs' Third Amended Complaint remains due today, Defendant shall produce missing class member address information by 10/25/17, the parties shall submit joint final proposed class notice by 10/25/17, and Plaintiffs' response to Defendant's pre-trial memorandum shall be submitted by 10/24/17 at 10 P.M. Any Motion challenging the adequacy of Plaintiffs' trial plan, Motion to Stay trial, or Motion to quash Bartl subpoena shall be filed by 10/27/17, with Plaintiffs' responses due 11/3/17. Signed by Judge Janet Bond Arterton on 10/23/17. (Kolker, J.) (Entered: 10/23/2017) |
| 10/23/2017 | 361 | AMENDED COMPLAINT *Third Amended Complaint* against Computer Sciences Corp, filed by Timothy Colby, Joseph Strauch, Vernon Carre, Charles Turner. (Sagafi, Jahan) (Entered: 10/23/2017) |
| 10/23/2017 | 362 | MOTION for Leave to Offer Opening Statement at Trial by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 11/13/2017 (Sagafi, Jahan) (Entered: 10/23/2017) |
| 10/23/2017 | 363 | MOTION for Leave to Offer Opening Statement at Trial by Computer Sciences Corp.Responses due by 11/13/2017 (Salazar-Austin, David) (Entered: 10/23/2017) |
| 10/23/2017 | 364 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference held on 10/23/2017. Total Time: 2 hours(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 10/24/2017) |
| 10/23/2017 | 376 | ENTERED IN ERROR - DUPLICATIVE ENTRY - Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference held on 10/23/2017. Total Time: 2 hours (Court Reporter Tracy Gow.) (Freberg, B) Modified on 11/1/2017 (Freberg, B). (Entered: 11/01/2017) |
| 10/24/2017 | 365 | ENTERED IN ERROR - RESPONSE re 354 Trial Memo, by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A-1, # 2 Exhibit B-1, # 3 Exhibit D-1)(Sagafi, Jahan) Modified on 10/25/2017 (Freberg, B). (Entered: 10/24/2017) |
| 10/24/2017 | 366 | Supplemental MOTION in Limine by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 11/14/2017 (Sagafi, Jahan) (Entered: 10/24/2017) |
| 10/24/2017 | 367 | Memorandum in Opposition re 356 MOTION in Limine filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sagafi, Jahan) (Entered: 10/24/2017) |
| 10/24/2017 | 368 | REPLY to Response to 348 MOTION in Limine filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A)(Sagafi, Jahan) (Entered: 10/24/2017) |
| 10/24/2017 | 369 | RESPONSE re 354 Trial Memo, *(Corrected)* filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A-1, # 2 Exhibit B-1, # 3 Exhibit D-1)(Sagafi, Jahan) (Entered: 10/24/2017) |
| 10/25/2017 | 370 | ORDER granting 362 363 Motions to Make Opening Statement. Signed by Judge Janet Bond Arterton on 10/25/17. (Tooker, A.) (Entered: 10/25/2017) |
| 10/25/2017 | 371 | Joint STIPULATION *and Proposed Order re Class Notice and Tolling* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A |

| | | |
|---|---|---|
| | | (Proposed Class Notice), # 2 Exhibit B (Redline to ECF No. 359-1))(Ranahan, Darin) (Entered: 10/25/2017) |
| 10/26/2017 | 372 | ORDER: Joint Stipulation 371 regarding Class Notice and the Tolling of Certain Claims is So Ordered. Signed by Judge Janet Bond Arterton on 10/26/2017. (Kolker, J.) (Entered: 10/26/2017) |
| 10/27/2017 | 373 | MOTION to Decertify re 327 Order on Motion to Certify Class by Computer Sciences Corp.Responses due by 11/17/2017 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Anthony, William) (Entered: 10/27/2017) |
| 10/27/2017 | 374 | MOTION to Stay by Computer Sciences Corp.Responses due by 11/17/2017 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1)(Anthony, William) (Entered: 10/27/2017) |
| 11/01/2017 | | Oral Argument on Motion to Decertify and Motion to Stay 373 374 will be held 11/9/17 at 10:00 a.m., Courtroom Two, 141 Church Street, New Haven, Connecticut. (Tooker, A.) (Entered: 11/01/2017) |
| 11/03/2017 | 377 | First MOTION for Extension of Time until one week after pre-trial conference to complete and exhange Rule 26 Pretrial Disclosures by Computer Sciences Corp. (Anthony, William) (Entered: 11/03/2017) |
| 11/03/2017 | 378 | Memorandum in Opposition re 374 MOTION to Stay filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 11/03/2017) |
| 11/03/2017 | 379 | Memorandum in Opposition re 373 MOTION to Decertify re 327 Order on Motion to Certify Class filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 11/03/2017) |
| 11/06/2017 | 380 | ANSWER to 361 Amended Complaint with Affirmative Defenses. by Computer Sciences Corp.(Anthony, William) (Entered: 11/06/2017) |
| 11/06/2017 | 381 | REPLY to Response to 374 MOTION to Stay *Defendant's Reply Brief in Support of Defendant's Motion to Stay* filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1)(Anthony, William) (Entered: 11/06/2017) |
| 11/06/2017 | 382 | REPLY to Response to 373 MOTION to Decertify re 327 Order on Motion to Certify Class filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1) (Anthony, William) (Entered: 11/06/2017) |
| 11/06/2017 | 383 | Proposed Witness List by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 11/06/2017) |
| 11/07/2017 | 384 | MOTION for Attorney(s) Shira Tevah to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4596366) by Grover C. Boone, Sr., Angela Brown, David L. Brunmeier, Rocky Burns, Vernon Carre, Stephan A. Cheney, Timothy J. Clark, Timothy Colby, Richard Conway, Anthony C. Fantetti, Dennis Farkas, Samuel Fleming, Marlon Haynes, Nash Jasmine, Cheri L. Johnson, Brandon Kimas, Frank T. King, Shaun King, Stephen King, Gigy S. Kunnath, Chris Lamer, Thomas W. Laughlin, Chad W. Malone, Joseph H. Marshall, Jason M. Nice, Isaac Owusu, Kevin Perry, Raymond Pierce, Christian G. Rothrock, Scott Schneeberg, Anita Soule, Hassell D. Stacy, Joseph Strauch, Charles Turner, Joe A. Williams, Pierre J. Wills. (Kravetz, Karen) (Entered: 11/07/2017) |
| 11/07/2017 | 385 | MOTION for Attorney(s) Darnley D. Stewart to be Admitted Pro Hac Vice (paid |

| | | |
|---|---|---|
| | | $75 PHV fee; receipt number 0205-4596403) by Grover C. Boone, Sr., Angela Brown, David L. Brunmeier, Rocky Burns, Vernon Carre, Stephan A. Cheney, Timothy J. Clark, Timothy Colby, Richard Conway, Anthony C. Fantetti, Dennis Farkas, Samuel Fleming, Marlon Haynes, Nash Jasmine, Cheri L. Johnson, Brandon Kimas, Frank T. King, Shaun King, Stephen King, Gigy S. Kunnath, Chris Lamer, Thomas W. Laughlin, Chad W. Malone, Joseph H. Marshall, Jason M. Nice, Isaac Owusu, Kevin Perry, Raymond Pierce, Christian G. Rothrock, Scott Schneeberg, Anita Soule, Hassell D. Stacy, Joseph Strauch, Charles Turner, Joe A. Williams, Pierre J. Wills. (Kravetz, Karen) (Entered: 11/07/2017) |
| 11/07/2017 | 386 | MOTION for Attorney(s) Michael A. Hood to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4597192) by Computer Sciences Corp. (Attachments: # 1 Affidavit of Michael A. Hood)(Anthony, William) (Entered: 11/07/2017) |
| 11/07/2017 | 387 | REPLY to Response to 356 MOTION in Limine *Defendant's Reply Memorandum in Support of Defendant's Motions In Limine* filed by Computer Sciences Corp. (Anthony, William) (Entered: 11/07/2017) |
| 11/07/2017 | 388 | RESPONSE re 377 First MOTION for Extension of Time until one week after pre-trial conference to complete and exhange Rule 26 Pretrial Disclosures filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 11/07/2017) |
| 11/09/2017 | 389 | ORDER granting 384 Motion to Appear Pro Hac Vice; granting 385 Motion to Appear Pro Hac Vice. Signed by Judge Janet Bond Arterton on 11/9/2017. (Freberg, B) (Entered: 11/09/2017) |
| 11/09/2017 | 390 | ORDER granting 386 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 1/8/2018. Signed by Judge Janet Bond Arterton on 11/9/2017. (Freberg, B) (Entered: 11/09/2017) |
| 11/09/2017 | 391 | NOTICE of Appearance by Shira Tevah on behalf of Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner (Tevah, Shira) (Entered: 11/09/2017) |
| 11/09/2017 | 395 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Pretrial Conference held on 11/9/2017. Total Time: 3 hours and 24 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 11/15/2017) |
| 11/13/2017 | 392 | ORDER: As set forth on the record on November 9, 2017 and in the attached Order, the Court denies Defendant's Motion to Stay 374 and takes Defendant's Motion to Decertify 373 under advisement. Plaintiffs' Motions in Limine Nos. 1-8 348 are granted in part and denied in part, with judgment reserved on Motion in Limine No. 6. Plaintiffs' Supplemental Motion in Limine No. 9 366 is denied as moot. A continued pre-trial conference will be conducted telephonically on November 14, 2017 at 3:00 PM. Plaintiffs' counsel shall initiate the conference call to chambers: 203-773-2737. Signed by Judge Janet Bond Arterton on 11/13/17. (Kolker, J.) (Entered: 11/13/2017) |
| 11/14/2017 | 393 | OBJECTION re 347 Trial Memo, *Objections to Plaintiffs' Exhibits* filed by Computer Sciences Corp. (Anthony, William) (Entered: 11/14/2017) |
| 11/14/2017 | 396 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Pretrial Conference held on 11/14/2017. Total Time: 1 hours and 30 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 11/15/2017) |
| 11/15/2017 | 394 | ORDER: As set forth on the record on November 14, 2017 and in the attached Order, Defendant's Motions in Limine Nos. 1-9 356 are granted in part and denied |

| | | |
|---|---|---|
| | | in part. The parties will meet and confer regarding Plaintiffs' proposed trial stipulations of fact. The Court will impanel a 10-person jury on December 5, 2017. The parties shall brief the issues related to production of witnesses raised on the record on November 14, 2017 with simultaneous submissions to the Court due Monday, November 20, 2017 at 5 p.m. E.T., with any replies to be filed by Wednesday, November 22, 2017 at 5 p.m. E.T. The Court will hear telephonic oral argument on the parties' briefing on Tuesday, November 28, 2017 at 12:30 p.m. E.T. Defense counsel shall initiate the conference call to chambers: 203-773-2737. Signed by Judge Janet Bond Arterton on 11/15/17. (Kolker, J.) (Entered: 11/15/2017) |
| 11/20/2017 | 397 | MOTION for Protective Order *Plaintiffs' Motion re: Production of Witnesses* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 12/11/2017 (Sagafi, Jahan) (Entered: 11/20/2017) |
| 11/20/2017 | 398 | RESPONSE re 394 Order on Motion in Limine,,, filed by Computer Sciences Corp. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B)(Anthony, William) (Entered: 11/20/2017) |
| 11/21/2017 | 399 | NOTICE of Appearance by Jared Goldman on behalf of Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner (Goldman, Jared) (Entered: 11/21/2017) |
| 11/21/2017 | 400 | NOTICE of Appearance by Darnley D. Stewart on behalf of Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner (Stewart, Darnley) (Entered: 11/21/2017) |
| 11/21/2017 | 401 | NOTICE by Computer Sciences Corp *Defendant's Pretrial Disclosures* (Anthony, William) (Entered: 11/21/2017) |
| 11/21/2017 | 410 | MANDATE GRANTING motion to file a reply, but DENYING the Rule 23(f) petition.<br>Signed by Clerk on 11/21/2017. (Peterson, M) (Entered: 11/28/2017) |
| 11/22/2017 | 402 | MOTION for Protective Order by Computer Sciences Corp.Responses due by 12/13/2017 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Anthony, William) (Entered: 11/22/2017) |
| 11/22/2017 | 403 | RESPONSE re 397 MOTION for Protective Order *Plaintiffs' Motion re: Production of Witnesses* filed by Computer Sciences Corp. (Attachments: # 1 Exhibit 1) (Salazar-Austin, David) (Entered: 11/22/2017) |
| 11/22/2017 | 404 | RESPONSE re 398 Response by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Casey, Genevieve) (Entered: 11/22/2017) |
| 11/22/2017 | 405 | MOTION to Compel by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 12/13/2017 (Attachments: # 1 Memorandum in Support Plaintiffs Memorandum of Law in Support of Motion to Compel Production of Documents)(Sagafi, Jahan) (Entered: 11/22/2017) |
| 11/22/2017 | 406 | AFFIDAVIT re 405 MOTION to Compel Signed By Jahan C. Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Sagafi, Jahan) (Entered: 11/22/2017) |
| 11/27/2017 | 407 | NOTICE of Appearance by Michael A. Hood on behalf of Computer Sciences Corp (Hood, Michael) (Entered: 11/27/2017) |
| 11/28/2017 | 408 | Memorandum in Opposition re 402 MOTION for Protective Order filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit Declaration of Jahan C. Sagafi in Opposition to CSC's Motion for Protective Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B)(Sagafi, Jahan) (Entered: 11/28/2017) |

| | | |
|---|---|---|
| 11/28/2017 | 409 | EXHIBIT *Corrected Attachment #(2), Exhibit A* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re 408 Memorandum in Opposition to Motion,. (Sagafi, Jahan) (Entered: 11/28/2017) |
| 11/28/2017 | 413 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Oral Argument held on 11/28/2017. Total Time: 2 hours and 00 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/04/2017) |
| 11/29/2017 | 411 | ORDER: As set forth in the attached Order, Plaintiffs' Motion Regarding Production of Witnesses 397 is GRANTED, Defendant's Motion for Protective Order 402 is GRANTED, and Plaintiffs' Motion to Compel 405 is GRANTED in part and DENIED in part. Plaintiffs must designate deposition testimony from Brian Fillebrown and Frank Cebula by December 1, 2017. Defendant must counter-designate any Fillebrown and Cebula deposition testimony by noon on December 5, 2017. Both parties must file any objections to the opposing party's designations by 5 p.m. on December 5, 2017. Defendant must produce the documents covered by the order on the Motion to Compel by December 5, 2017. Each party shall advise opposing counsel of the witnesses they intend to call no later than 48 hours in advance. Signed by Judge Janet Bond Arterton on 11/29/17. (Kolker, J.) (Entered: 11/29/2017) |
| 11/30/2017 | 412 | ORDER: For the reasons set forth in the attached Order, Defendant's Second Motion 373 to Decertify Rule 23 Classes is DENIED. Signed by Judge Janet Bond Arterton on 11/30/2017. (Kolker, J.) (Entered: 11/30/2017) |
| 12/01/2017 | | Jury Trial will commence 12/7/2017 at 9:30 a.m. in Courtroom Two, 141 Church Street, New Haven, Connecticut before Judge Janet Bond Arterton (Tooker, A.) (Entered: 12/01/2017) |
| 12/04/2017 | 414 | MOTION to Amend/Correct *Plaintiffs' Amended Witness List and Plaintiffs' Amended Exhibit List* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 12/25/2017 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Sagafi, Jahan) (Entered: 12/04/2017) |
| 12/05/2017 | 415 | ORDER granting 377 Motion for Extension of Time, nunc pro tunc. Signed by Judge Janet Bond Arterton on 12/4/17. (Tooker, A.) (Entered: 12/05/2017) |
| 12/05/2017 | 416 | Pursuant to the colloquy with counsel in open court 12/5/17, Motion for Leave to Amend 414 is granted, by agreement. Signed by Judge Janet Bond Arterton on 12/5/17. (Tooker, A.) (Entered: 12/05/2017) |
| 12/05/2017 | 418 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Selection held on 12/5/2017. Jury Trial set for 12/7/2017 09:30 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton Total Time: 4 hours and 3 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/06/2017) |
| 12/05/2017 | 419 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Motion Hearing held on 12/5/2017 granting 414 MOTION to Amend/Correct *Plaintiffs' Amended Witness List and Plaintiffs' Amended Exhibit List* filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby. Total Time: 59 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/06/2017) |
| 12/06/2017 | 417 | Proposed Jury Instructions by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Hutchinson, Daniel) (Entered: 12/06/2017) |
| 12/07/2017 | 420 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/7/2017. Jury Trial Continued Until 12/8/2017 at 9:30am. Total Time: 5 |

| | | |
|---|---|---|
| | | hours and 16 minutes(Court Reporter Terri Fidanza / Tracy Gow.) (Freberg, B) (Entered: 12/11/2017) |
| 12/08/2017 | 421 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/8/2017. Jury Trial Continued Until 12/11/2017 at 9:30am. Total Time: 5 hours and 9 minutes(Court Reporter Terri Fidanza / Tracy Gow.) (Freberg, B) (Entered: 12/11/2017) |
| 12/10/2017 | 422 | MOTION to Amend Defendant's Exhibit List by Computer Sciences Corp. (Freberg, B) (Entered: 12/11/2017) |
| 12/11/2017 | 423 | Minute Entry. Proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/11/2017 granting, on the record, 422 MOTION to Amend Exhibit List filed by Computer Sciences Corp. Jury Trial Continued Until 12/12/2017 at 9:30am. Total Time: 5 hours and 7 minutes(Court Reporter Terri Fidanza / Tracy Gow.) (Freberg, B) (Entered: 12/11/2017) |
| 12/12/2017 | 424 | MOTION for Directed Verdict (made orally) and MEMORANDUM OF LAW IN SUPPORT OF MOTION by Computer Sciences Corp. (Salazar-Austin, David) Modified on 12/13/2017 to add text (Freberg, B). (Entered: 12/12/2017) |
| 12/12/2017 | 425 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/12/2017. ORAL 424 MOTION for Directed Verdict filed by Computer Sciences Corp. Jury Trial Continued Until 12/13/2017 at 9:30am. Total Time: 4 hours and 48 minutes(Court Reporter Terri Fidanza / Tracy Gow.) (Freberg, B) (Entered: 12/13/2017) |
| 12/13/2017 | 426 | Proposed Jury Instructions by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 12/13/2017) |
| 12/13/2017 | 428 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/13/2017. Jury Trial Continued Until 12/14/2017 at 9:30am. Total Time: 4 hours and 26 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/14/2017) |
| 12/14/2017 | 427 | Proposed Jury Instructions by Computer Sciences Corp. (Golder, David) (Entered: 12/14/2017) |
| 12/14/2017 | 429 | TRIAL MEMO *regarding Proposed Verdict Form* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner Estimated trial time 10 days. (Sagafi, Jahan) (Entered: 12/14/2017) |
| 12/14/2017 | 430 | AFFIDAVIT re 429 Trial Memo *regarding Proposed Verdict Form* Signed By Jahan C. Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Sagafi, Jahan) (Entered: 12/14/2017) |
| 12/14/2017 | 432 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/14/2017. Jury Trial Continued Until 12/15/2017 at 2:00pm. Total Time: 4 hours and 50 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/15/2017) |
| 12/15/2017 | 431 | Amended EXHIBIT *A to the Declaration of Jahan C. Sagafi* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re 430 Affidavit,. (Sagafi, Jahan) (Entered: 12/15/2017) |
| 12/15/2017 | 433 | Proposed Verdict Form by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 12/15/2017) |

| 12/15/2017 | [434](#) | Amended EXHIBIT *E to the Declaration of Jahan C. Sagafi* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re [430](#) Affidavit,. (Sagafi, Jahan) (Entered: 12/15/2017) |
| --- | --- | --- |
| 12/15/2017 | [437](#) | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/15/2017. Jury Trial Continued Until 12/19/2017 at 9:30am. Total Time: 2 hours and 33 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/19/2017) |
| 12/16/2017 | [435](#) | MOTION for Directed Verdict by Computer Sciences Corp. (Salazar-Austin, David) (Entered: 12/16/2017) |
| 12/17/2017 | [436](#) | Memorandum in Opposition *Plaintiffs' Oppostion to Defendant's Renewed Motion for a Directed Verdict* re [435](#) MOTION for Directed Verdict filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Hutchinson, Daniel) (Entered: 12/17/2017) |
| 12/18/2017 | [438](#) | Minute Entry. Proceedings held before Judge Janet Bond Arterton: Charge Conference and Motion Hearing held on 12/18/2017 denying without prejudice [435](#) MOTION for Directed Verdict filed by Computer Sciences Corp. Total Time: 2 hours and 43 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/19/2017) |
| 12/19/2017 | [439](#) | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial held on 12/19/2017. Total Time: 5 hours and 37 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/21/2017) |
| 12/19/2017 | [441](#) | Jury Instructions. (Attachments: # [1](#) Supplemental Jury Instructions)(Freberg, B) (Entered: 01/05/2018) |
| 12/20/2017 | [440](#) | Minute Entry for proceedings held before Judge Janet Bond Arterton: Jury Trial completed on 12/20/2017. Total Time: 3 hours and 39 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/21/2017) |
| 12/20/2017 | [442](#) | JURY VERDICT (with foreperson's signature redacted) for Plaintiffs against Defendant. (Attachments: # [1](#) Supplemental Verdict Form)(Freberg, B) (Entered: 01/05/2018) |
| 12/20/2017 | [443](#) | Exhibit and Witness List by Vernon Carre, Timothy Colby, Computer Sciences Corp, Joseph Strauch, Charles Turner.(Freberg, B) (Entered: 01/05/2018) |
| 01/05/2018 | [444](#) | JUDGMENT entered in favor of Charles Turner, Joseph Strauch, Timothy Colby, Vernon Carre against Computer Sciences Corp.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms Signed by Clerk on 1/5/2018.(Freberg, B) (Entered: 01/05/2018) |
| 01/05/2018 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: |

| | | |
|---|---|---|
| | | https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Freberg, B) (Entered: 01/05/2018) |
| 01/17/2018 | | A telephonic status conference will be held on Friday, January 26, 2018 at 3:00 p.m. Plaintiffs' counsel shall initiate the conference call to chambers: 203-773-2737. (Kolker, J.) (Entered: 01/17/2018) |
| 01/26/2018 | 445 | SCHEDULING ORDER: As set forth in the attached Order, (1) both parties shall file memoranda by February 2, 2018 regarding the four remedies issues listed in addition to any post-judgment motions; (2) the parties shall submit their respective damages calculations by February 16, 2018; and (3) the parties shall submit responses to the filings of 2/2/18 and 2/16/18 by March 2, 2018. Signed by Judge Janet Bond Arterton on 1/26/18. (Kolker, J.) (Entered: 01/26/2018) |
| 01/26/2018 | 450 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephoninc Status Conference held on 1/26/2018. Total Time: 1 hours and 00 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 02/07/2018) |
| 02/02/2018 | 446 | MOTION for Judgment as a Matter of Law *Renewed* by Computer Sciences Corp.Responses due by 2/23/2018 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z)(Anthony, William) (Entered: 02/02/2018) |
| 02/02/2018 | 447 | MOTION to Decertify by Computer Sciences Corp.Responses due by 2/23/2018 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A Part 1, # 3 Exhibit A Part 2, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB, # 31 Exhibit CC, # 32 Exhibit DD, # 33 Exhibit EE, # 34 Exhibit FF, # 35 Exhibit GG, # 36 Exhibit HH, # 37 Exhibit II, # 38 Exhibit JJ) (Anthony, William) (Entered: 02/02/2018) |
| 02/02/2018 | 448 | TRIAL MEMO *Defendant's First Post-Trial Brief on Damages* by Computer Sciences Corp. (Anthony, William) (Entered: 02/02/2018) |
| 02/02/2018 | 449 | TRIAL MEMO by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T)(Sagafi, Jahan) (Entered: 02/02/2018) |
| 02/16/2018 | 451 | MOTION for Elizabeth V. Stork to Withdraw as Attorney *of Record* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Stork, Elizabeth) (Entered: 02/16/2018) |
| 02/16/2018 | 452 | TRIAL MEMO *Submission of Overtime Damages Calculations* by Computer Sciences Corp. (Anthony, William) (Entered: 02/16/2018) |
| 02/16/2018 | 453 | TRIAL MEMO *Regarding Damages Calculations* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit of Darin Ranahan, # 2 Exhibit 1 (Breshears Report), # 3 Exhibit 2 (Compensation Data Excerpt), # 4 |

| | | |
|---|---|---|
| | | Exhibit 3 (Zemaitis Deposition Excerpt), # 5 Exhibit 4 (Layer Data Excerpt), # 6 Exhibit 5 (Thatch Trial Testimony), # 7 Exhibit 6 (Thatch Time Entry Excerpt), # 8 Exhibit 7 (Weekly Time Data Excerpt), # 9 Exhibit 8 (Layer Data Excerpt)) (Ranahan, Darin) (Entered: 02/16/2018) |
| 02/20/2018 | 454 | ORDER granting 451 Motion to Withdraw as Attorney. Attorney Elizabeth Stork terminated. Signed by Judge Janet Bond Arterton on 2/20/18. (Tooker, A.) (Entered: 02/20/2018) |
| 03/02/2018 | 455 | TRIAL MEMO - *POST-TRIAL OPPOSITION BRIEF ON DAMAGES* by Computer Sciences Corp Estimated trial time N/A. (Attachments: # 1 Affidavit of Alexa M. Farmer with Exhibits A-C)(Anthony, William) (Entered: 03/02/2018) |
| 03/02/2018 | 456 | TRIAL MEMO - *MOTION TO STRIKE EXPERT REPORT OF DAVID BRESHEARS, AND OPPOSITION TO PLAINTIFFS' BRIEF REGARDING DAMAGES* by Computer Sciences Corp Estimated trial time N/A. (Attachments: # 1 Affidavit of David Golder with Exhibits A-D)(Anthony, William) (Entered: 03/02/2018) |
| 03/02/2018 | 457 | AFFIDAVIT *of Jahan C. Sagafi in Support of Plaintiffs Oppositions to Defendants Renewed Motion for Judgment as a Matter of Law and Defendants First Post-Trial Brief on Damages and Good Faith Argument* Signed By Jahan C. Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)(Sagafi, Jahan) (Entered: 03/02/2018) |
| 03/02/2018 | 458 | Memorandum in Opposition re 446 MOTION for Judgment as a Matter of Law *Renewed* filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 03/02/2018) |
| 03/02/2018 | 459 | AFFIDAVIT *of David Breshears in Support of Plaintiffs Opposition to Defendants Post-Trial Briefs on Damages and Good Faith Argument* Signed By Jahan C. Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 03/02/2018) |
| 03/02/2018 | 460 | TRIAL MEMO *in Opposition to Defendants Post-Trial Briefs on Damages and Good Faith Argument* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 03/02/2018) |
| 03/02/2018 | 461 | Memorandum in Opposition re 447 MOTION to Decertify filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Affidavit of Daniel M. Hutchinson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Hutchinson, Daniel) (Entered: 03/02/2018) |
| 03/14/2018 | 462 | Joint MOTION for Telephonic Status and Scheduling Conference by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 03/14/2018) |
| 03/15/2018 | 463 | RESPONSE re 462 Joint MOTION for Telephonic Status and Scheduling Conference filed by Computer Sciences Corp. (Anthony, William) (Entered: 03/15/2018) |
| 03/15/2018 | 464 | NOTICE by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re 463 Response *to Request for Status Conference* (Sagafi, Jahan) (Entered: 03/15/2018) |
| 03/16/2018 | 465 | RESPONSE re 447 MOTION to Decertify *Defendant's Post-Trial Reply in Further* |

| | | |
|---|---|---|
| | | *Support of Motion to Decertify* filed by Computer Sciences Corp. (Attachments: # 1 Affidavit David R. Golder, # 2 Exhibit A)(Anthony, William) (Entered: 03/16/2018) |
| 03/23/2018 | 466 | RESPONSE re 456 Trial Memo, *Plaintiffs Memorandum of Law in Opposition to Defendants Motion to Strike the Expert Report of David Breshears* filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Safagi, Jahan) (Entered: 03/23/2018) |
| 03/23/2018 | 467 | AFFIDAVIT re 466 Response *Declaration of Jahan C. Sagafi in Support of Plaintiffs Opposition to Defendants Motion to Strike the Expert Report of David Breshears* Signed By Jahan C. Sagafi filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 03/23/2018) |
| 04/06/2018 | 468 | TRIAL MEMO - *DEFENDANTS REPLY TO PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS MOTION TO STRIKE THE EXPERT REPORT OF DAVID BRESHEARS* by Computer Sciences Corp. (Attachments: # 1 Exhibit Exhibits to Defendant's Reply Brief re Breshears Report)(Anthony, William) (Entered: 04/06/2018) |
| 04/12/2018 | 469 | ORDER: Plaintiffs' Motion 462 for Status Conference is granted, absent objection. The Court will conduct a telephonic status conference on Wednesday, April 18, 2018 at 4:00 p.m. Defense counsel shall initiate the conference call to chambers: 203-773-2737. Signed by Judge Janet Bond Arterton on 4/12/18. (Kolker, J.) (Entered: 04/12/2018) |
| 04/18/2018 | 473 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference held on 4/18/2018. Total Time: 1 hours and 00 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 04/27/2018) |
| 04/20/2018 | 470 | NOTICE by Computer Sciences Corp re 446 MOTION for Judgment as a Matter of Law *Renewed*, 447 MOTION to Decertify *Notice of Supplemental Authority* (Golder, David) (Entered: 04/20/2018) |
| 04/20/2018 | 471 | NOTICE by Computer Sciences Corp re 448 Trial Memo, 455 Trial Memo *Notice of Supplemental Authority in Support of Defendant's Post-Trial Briefs on Damages* (Attachments: # 1 Exhibit 1)(Golder, David) (Entered: 04/20/2018) |
| 04/24/2018 | 472 | ORDER VACATING 103 Order Referring Case to Magistrate Judge, 124 Order Referring Case to Magistrate Judge.<br>Signed by Judge Janet Bond Arterton on 4/24/2018.(Freberg, B) (Entered: 04/24/2018) |
| 09/14/2018 | 474 | MOTION for Shira J. Tevah to Withdraw as Attorney by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Tevah, Shira) (Entered: 09/14/2018) |
| 09/18/2018 | 475 | ORDER granting 474 Motion to Withdraw as Attorney. Attorney Shira Tevah terminated. Signed by Judge Janet Bond Arterton on 9/18/18. (Tooker, A.) (Entered: 09/18/2018) |
| 09/21/2018 | 476 | ORDER: For the reasons set forth in the attached Order, Defendant's Renewed Motion for Judgment as a Matter of Law 446 is DENIED and Defendant's Third Motion to Decertify 447 is DENIED. Signed by Judge Janet Bond Arterton on 9/21/2018. (Kolker, J.) (Entered: 09/21/2018) |
| 10/22/2018 | 477 | NOTICE OF APPEAL as to 476 Order on Motion for Judgment as a Matter of Law,, Order on Motion for Miscellaneous Relief, by Computer Sciences Corp. Filing fee $ 505, receipt number ACTDC-5018320. (Golder, David) (Entered: 10/22/2018) |

| | | |
|---|---|---|
| 11/05/2018 | 478 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 477 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none (Freberg, B) (Entered: 11/05/2018) |
| 11/09/2018 | 479 | ORDER: The Court's Ruling on Remedies is attached. The Court will conduct a telephonic status conference on December 5, 2018 at 2:00 p.m. Plaintiffs' counsel shall initiate the conference call to chambers: 203-773-2737. Signed by Judge Janet Bond Arterton on 11/9/18.(Kolker, J.) (Entered: 11/09/2018) |
| 12/05/2018 | 480 | ORDER: As set forth in the attached Endorsement and Scheduling Order, (1) by 1/7/2019, the parties shall exchange with each other their damages calculations and spreadsheets containing supporting data for each class member; (2) by 1/16/2019 the parties shall file status reports (or a joint status report), apprising the Court of issues not resolved through the parties damages calculation data exchange and subsequent meeting and conferring; (3) the Court will hold a telephonic status conference on January 18, 2019, at 11 A.M., with Defendant to initiate the call; and (4) Plaintiffs have withdrawn the expert report authored by David Breshears [453-2] so Defendants Motion to Strike 456 is therefore denied as moot, and the parties have represented that no experts are necessary for this initial damages data exchange and calculation. Signed by Judge Janet Bond Arterton on 12/5/2018. (Kolker, J.) (Entered: 12/05/2018) |
| 12/05/2018 | 481 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference held on 12/5/2018. Total Time: 1 hours and 00 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 12/11/2018) |
| 12/19/2018 | 482 | MANDATE of USCA dated 12/19/2018 dismissing 477 Notice of Appeal filed by Computer Sciences Corp. (Freberg, B) (Entered: 01/02/2019) |
| 01/08/2019 | 483 | TRANSCRIPT of Proceedings: Type of Hearing: Telephonic Status Conference. Held on December 5, 2018 before Judge Janet Bond Arterton. Court Reporter: Tracy Gow. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/29/2019. Redacted Transcript Deadline set for 2/8/2019. Release of Transcript Restriction set for 4/8/2019. (Gow, T.) (Entered: 01/08/2019) |
| 01/16/2019 | 484 | STATUS REPORT by Computer Sciences Corp. (Attachments: # 1 Declaration of Stephanie McFarlane in Support of Status Report)(Anthony, William) (Entered: 01/16/2019) |
| 01/16/2019 | 485 | STATUS REPORT re Damages Calculations by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Ranahan, Darin) (Entered: 01/16/2019) |
| 01/17/2019 | 486 | RESPONSE re 484 Status Report by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Declaration of Darin Ranahan)(Ranahan, Darin |

| | | |
|---|---|---|
| | | (Entered: 01/17/2019) |
| 01/18/2019 | 487 | ORDER: The attached Endorsement and Scheduling Order memorializes the Court's orders set forth on the record of January 18, 2019. Signed by Judge Janet Bond Arterton on 1/18/19. (Kolker, J.) (Entered: 01/18/2019) |
| 01/18/2019 | 488 | NOTICE by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re 487 Order *Regarding Plaintiffs' Proposed Special Master* (Ranahan, Darin) (Entered: 01/18/2019) |
| 01/18/2019 | 489 | NOTICE by Computer Sciences Corp re 487 Order *Regarding Defendant's Proposed Special Masters* (Anthony, William) (Entered: 01/18/2019) |
| 01/18/2019 | 492 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference held on 1/18/2019. Total Time: 1 hours and 00 minutes(Court Reporter Tracy Gow.) (Freberg, B) (Entered: 01/25/2019) |
| 01/23/2019 | 490 | AFFIDAVIT of D. Charles Stohler, Signed By D. Charles Stohler filed by D. Charles Stohler. (Freberg, B) (Entered: 01/23/2019) |
| 01/24/2019 | 491 | ORDER: As set forth in the attached Order, the Court hereby appoints D. Charles Stohler as Special Master in this matter to monitor and address issues related to damages data and calculation as noted in the Court's prior Order 487 . Signed by Judge Janet Bond Arterton on 1/24/19. (Kolker, J.) (Entered: 01/24/2019) |
| 02/01/2019 | 493 | TRANSCRIPT of Proceedings: Type of Hearing: Telephonic Status Conference. Held on January 18, 2019 before Judge Janet Bond Arterton. Court Reporter: Tracy Gow. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/22/2019. Redacted Transcript Deadline set for 3/4/2019. Release of Transcript Restriction set for 5/2/2019. (Gow, T.) (Entered: 02/01/2019) |
| 02/13/2019 | 494 | PROPOSED ORDER re 491 Order, *Proposed Compensation Schedule of Special Master* by D. Charles Stohler. (Stohler, David) (Entered: 02/13/2019) |
| 02/14/2019 | 495 | ORDER: The Proposed Compensation Schedule of Special Master D. Charles Stohler 494 is SO ORDERED on consent. Signed by Judge Janet Bond Arterton on 2/13/19. (Kolker, J.) (Entered: 02/14/2019) |
| 03/14/2019 | 496 | RESPONSE re 491 Order, *Request to Modify Order Appointing Special Master* filed by D. Charles Stohler. (Stohler, David) (Entered: 03/14/2019) |
| 03/14/2019 | 497 | ORDER: The Request to Modify Order Appointing Special Master 496 is SO ORDERED. The damages data retrieval and exchange process will be completed by March 25, 2019, with the calculation phase extended until April 17, 2019. Signed by Judge Janet Bond Arterton on 3/14/19. (Kolker, J.) (Entered: 03/14/2019) |
| 04/15/2019 | 498 | RESPONSE re 491 Order, *Request to Modify Order Appointing Special Master* filed by D. Charles Stohler. (Stohler, David) (Entered: 04/15/2019) |
| 04/18/2019 | 499 | ORDER: 498 is SO ORDERED. The calculation phase is extended to May 17, |

| | | |
|---|---|---|
| | | 2019. Signed by Judge Janet Bond Arterton on 4/18/19.(Kolker, J.) (Entered: 04/18/2019) |
| 05/16/2019 | 500 | RESPONSE re 491 Order, *Request to Modify Order Appointing Special Master* filed by D. Charles Stohler. (Stohler, David) (Entered: 05/16/2019) |
| 05/16/2019 | 501 | ORDER clarifying 491 Order Appointing Special Master: Any objections by the parties to the Special Master's final report and damages calculation must be filed with the Court within 10 days of the filing of the final report and damages calculation, with any responses filed within seven days of the filing of the objection. The failure to file a timely objection shall constitute a waiver of any objection. Signed by Judge Janet Bond Arterton on 5/16/19. (Kolker, J.) (Entered: 05/16/2019) |
| 05/16/2019 | 502 | ORDER: 500 is SO ORDERED. The calculation phase is extended to May 31, 2019. Signed by Judge Janet Bond Arterton on 5/16/19. (Kolker, J.) (Entered: 05/16/2019) |
| 05/31/2019 | 503 | REPORT AND RECOMMENDATIONS of Special Master. Objections due by 6/10/2019.<br>Signed by Special Master D. Charles Stohler on 5/31/2019.(Freberg, B) (Entered: 05/31/2019) |
| 06/01/2019 | 504 | STATUS REPORT *regarding Special Master process* by Computer Sciences Corp. (Anthony, William) (Entered: 06/01/2019) |
| 06/03/2019 | 505 | MOTION for Extension of Time until June 17, 2019 to file objections to the Special Master's Report and Recommendation 503 REPORT AND RECOMMENDATIONS of Special Master re 361 Amended Complaint filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby by Computer Sciences Corp. (Anthony, William) (Entered: 06/03/2019) |
| 06/04/2019 | 506 | ORDER granting 505 Motion for Extension of Time, on consent, to 6/17/19 and 6/28/19, respectively to respond to 503 REPORT AND RECOMMENDATIONS of Special Master. Signed by Judge Janet Bond Arterton on 6/4/19. (Tooker, A.) (Entered: 06/04/2019) |
| 06/12/2019 | 507 | MOTION for Telephonic Status Conference *re: resolving dispute regarding payment of expert fees* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 06/12/2019) |
| 06/17/2019 | 508 | RESPONSE re 503 REPORT AND RECOMMENDATIONS of Special Master re 361 Amended Complaint filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Casey, Genevieve) (Entered: 06/17/2019) |
| 06/17/2019 | 509 | OBJECTION re 503 REPORT AND RECOMMENDATIONS of Special Master re 361 Amended Complaint filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby filed by Computer Sciences Corp. (Anthony, William) (Entered: 06/17/2019) |
| 06/28/2019 | 510 | RESPONSE re 509 Objection by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 06/28/2019) |
| 06/28/2019 | 511 | RESPONSE re 508 Response, 503 REPORT AND RECOMMENDATIONS of Special Master re 361 Amended Complaint filed by Vernon Carre, Charles Turner, Joseph Strauch, Timothy Colby, 509 Objection filed by Computer Sciences Corp. (Anthony, William) (Entered: 06/28/2019) |
| 06/28/2019 | 512 | AFFIDAVIT *re 510 Reply to Defendant CSC's Objections to Report and* |

| | | |
|---|---|---|
| | | *Recommendation* Signed By Darin Ranahan filed by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Sagafi, Jahan) (Additional attachment(s) added on 7/2/2019: # 11 REPLACEMENT PDF) (Freberg, B). (Entered: 06/28/2019) |
| 07/01/2019 | 513 | Docket Entry Correction re 512 Affidavit - Corrected PDF of 512 Affidavit re 510 Reply to Defendant CSC's Objections to Report and Recommendation Signed By Darin Ranahan added as attachment "Replacement pdf". (Freberg, B) (Entered: 07/02/2019) |
| 08/06/2019 | 514 | ORDER: As set forth in the attached Ruling, the Court adopts in part the Special Master's Report and Recommendation, overruling Defendant's objections to Sections III(6) and III(4) of the R & R and sustaining Defendant's objection to Section III(7). The Court finds that Defendant is liable for damages as set forth in Exhibit 1 to the R & R, in the total amount of $18,755,016.46 and Judgment 444 shall be amended accordingly. The Court also amends the Order of Appointment to authorize the Special Master to determine the reasonableness of Plaintiffs' expert's fees and costs. If no objections to this amendment of the Order of Appointment are filed by August 13, 2019, the amendment will take effect the following day. Accordingly, Plaintiffs' Motion for Status Conference 507 is denied as moot. Signed by Judge Janet Bond Arterton on 8/6/2019. (Kolker, J.) (Entered: 08/06/2019) |
| 08/12/2019 | 515 | Amended JUDGMENT entered in favor of Charles Turner, Joseph Strauch, Timothy Colby, Vernon Carre against Computer Sciences Corp.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 08/12/19. (Barry, Donna) (Entered: 08/12/2019) |
| 08/20/2019 | 516 | Joint MOTION for Extension of Time *re:* Briefing Schedule for Plaintiffs' Post-Trial Motion for Attorneys' Fees and Costs by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Sagafi, Jahan) (Entered: 08/20/2019) |
| 08/23/2019 | 517 | ORDER granting 516 Joint Motion for Extension of Time. Plaintiffs Motion shall be filed by 9/18/19; Opposition shall be filed by 10/16/19; reply, if any, shall be filed by 10/30/19. Signed by Judge Janet Bond Arterton on 8/22/19. (Tooker, A.) (Entered: 08/23/2019) |
| 09/04/2019 | 518 | Entered in Error - Amended NOTICE by Computer Sciences Corp *Amended Notice of Appeal* (Anthony, William) Modified on 9/6/2019 (Nuzzi, Tiffany). (Entered: 09/04/2019) |
| 09/04/2019 | 519 | AMENDED NOTICE OF APPEAL amending 477 Notice of Appeal re 515 Judgment, 514 Order on Report and Recommendations - Special Master, Order on Motion for Conference, 479 Order by Computer Sciences Corp. (Nuzzi, Tiffany) (Entered: 09/06/2019) |
| 09/18/2019 | 520 | MOTION for Attorney Fees *and Costs* by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 10/9/2019 (Attachments: # 1 Declaration of Jahan C. Sagafi, # 2 Exhibit A to Decl. of Jahan C. Sagafi, # 3 Exhibit B to Decl. of Jahan C. Sagafi, # 4 Exhibit C to Decl. of Jahan C. Sagafi, # 5 Exhibit D to Decl. of Jahan C. Sagafi, # 6 Exhibit E to Decl. of Jahan C. Sagafi, # 7 Exhibit F to Decl. of Jahan C. Sagafi, # 8 Exhibit G to Decl. of Jahan C. Sagafi, # 9 Exhibit H to Decl. of Jahan C. Sagafi, # 10 Exhibit I to Decl. of Jahan C. Sagafi, # 11 Exhibit J to Decl. of Jahan C. Sagafi, # 12 Exhibit K to Decl. of Jahan C. Sagafi, # 13 Exhibit L to Decl. of Jahan C. Sagafi, # 14 Exhibit M to Decl. of Jahan C. Sagafi, # 15 Exhibit |

| | | | |
|---|---|---|---|
| | | | N to Decl. of Jahan C. Sagafi, # 16 Exhibit O to Decl. of Jahan C. Sagafi, # 17 Exhibit P to Decl. of Jahan C. Sagafi, # 18 Declaration of Todd Jackson, # 19 Exhibit A to Decl. of Todd Jackson, # 20 Declaration of Daniel M. Hutchinson, # 21 Exhibit A to Decl. of Daniel M. Hutchinson, # 22 Exhibit B to Decl. of Daniel M. Hutchinson, # 23 Exhibit C to Decl. of Daniel M. Hutchinson)(Hutchinson, Daniel) (Entered: 09/18/2019) |
| 09/18/2019 | ⇥ | 521 | MOTION for Protective Order and to Seal 520 Exhibit Q to Declaration of Jahan C. Sagafi by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner. (Hutchinson, Daniel). Added MOTION for Protective Order on 9/19/2019 (Nuzzi, Tiffany). (Entered: 09/18/2019) |
| 09/18/2019 | | 522 | Sealed Document: Exhibit Q to Declaration of Jahan C. Sagafi by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner re 520 MOTION for Attorney Fees *and Costs* . (Hutchinson, Daniel) (Entered: 09/18/2019) |
| 09/18/2019 | ⇥ | 523 | MOTION Service Awards by Vernon Carre, Timothy Colby, Joseph Strauch, Charles Turner.Responses due by 10/9/2019 (Hutchinson, Daniel) (Entered: 09/18/2019) |