UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Strauch and Timothy Colby, on behalf of themselves and all those similarly situated<br><br>Plaintiffs,<br>v.<br><br>Computer Sciences Corporation<br><br>Defendant. | CIVIL NO.: 3:14-cv-956 (JBA)<br><br><br>OCTOBER 4, 2019 |

**JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**
**FOR POST-TRIAL MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendant, Computer Sciences Corporation ("Defendant") and Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner, and Vernon Carre, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby respectfully move to modify the briefing schedule as follows: (1) Defendant's deadline to file an Opposition to Class Counsel's Post-Trial Motion for Attorneys' Fees and Costs, dated September 18, 2019 (Dkt. 520), shall be enlarged by fourteen (14) days, up to and including October 30, 2019; and (2) Class Counsel's deadline to file a Reply shall be extended fourteen (14) days, up to and including November 27, 2019. There is good cause for this Motion. In support of this Motion, the Parties states as follows:

1. On August 20, 2019, the Parties filed their first Joint Motion for Extension of Time Regarding Briefing Schedule for Attorneys' Fees and Costs ("Joint Motion") (Dkt. 516). By agreement, Class Counsel's Motion for Attorneys' Fees was due September 18, 2019, and the current deadline for Defendant's response is October 16, 2019. *See* Dkt. 517 (this Court's Order granting the Joint Motion).

2. Plaintiffs filed their Post-Trial Motion for Attorneys' Fees and Costs (Plaintiffs' Motion) on September 18, 2019 (Dkt. 520).

3. Plaintiffs' Motion comprises a 40-page brief, 23 exhibits (totaling 986 pages), and an additional exhibit of Class Counsel's time records filed under seal (Dkt. 521) that amounts to 744 pages of 22,278 total time entries.

4. CSC has worked diligently and endeavored to review everything that was filed and oppose the petition by October 16 per the current briefing schedule, but CSC will require additional time to adequately respond given the extensive nature of the filing.

5. The Parties have conferred regarding the briefing schedule and agreed to jointly request that the briefing schedule be mutually extended by fourteen (14) days for both Defendant's Opposition and Plaintiffs' Reply thereto such that Defendant's deadline to file its Opposition is extended to October 30, 2019 and Class Counsel's deadline to file a Reply to Defendant's Opposition is extended to November 27, 2019.

6. There is good cause for this short extension to the current briefing schedule. Given the size of Plaintiffs' filing, CSC requires additional time to adequately review and respond to Class Counsel's Motion, and Plaintiffs will subsequently require additional time to review and formulate its Reply to CSC's Opposition.

WHEREFORE, the Parties jointly move for a modification of the attorneys' fees briefing schedule by fourteen (14) days for both parties, thereby amending CSC's deadline to file its Opposition to October 30, 2019 and Class Counsel's deadline to file a Reply to November 27, 2019.

Respectfully Submitted,

By: */s/ Jahan C. Sagafi*

By: */s/ David R. Golder*

**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi (pro hac vice)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com

Michael J. Scimone (pro hac vice)
Michael N. Litrownik (ct 28845)
Jared Goldman (pro hac vice)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com
mlitrownik@outtengolden.com
jgoldman@outtengolden.com

**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
Todd Jackson (pro hac vice)
Darin Ranahan (pro hac vice)
Genevieve Casey (pro hac vice)
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
todd@feinbergjackson.com
darin@feinbergjackson.com
genevieve@feinbergjackson.com

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson (pro hac vice)
Lin Y. Chan (pro hac vice)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

**JACKSON LEWIS P.C.**
William J. Anthony (ct 17865)
Kristi Rich Winters (ct 28066)
677 Broadway, 9th Floor
Albany, New York 12207
Telephone: 518-512-8700
Anthonyw@jacksonlewis.com
Kristi.Winters@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
Alexa M. Farmer (ct 30052)
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
david.salazar-austin@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com

* admitted *pro hac vice*

*Attorneys for Defendant Computer Science Corporation*

dhutchinson@lchb.com
lchan@lchb.com

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen Baldwin Kravetz (ct 19665)
59 Elm Street, 5th Floor
New Haven, CT 06510
Telephone: (203) 624-9830
Facsimile: (203) 562-8430
kkravetz@susmanduffy.com

*Attorneys for Plaintiffs, the Collective, and the Certified Classes*

CERTIFICATION OF SERVICE

I hereby certify that on October 4, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ David R. Golder*
David R. Golder