UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Joseph Strauch and Timothy Colby, on behalf of themselves and all those similarly situated<br>　　　　Plaintiffs,<br>v.<br>Computer Sciences Corporation<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO.: 3:14-cv-956 (JBA)<br><br><br>October 16, 2019 |

## MOTION TO SEAL

Pursuant to Local Rule of Civil Procedure 5(e), Defendant Computer Sciences Corporation ("CSC") respectfully moves to file under seal an unredacted version of Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Protective Order and to Submit Detailed Time and Expense Records Under Seal (the "Opposition"). In support of this Motion, Defendant states as follows:

1. Defendant's Opposition quotes portions of Plaintiffs' Exhibit Q to Declaration of Jahan C. Sagafi, which was filed as a sealed document. Docket Entry No. 522.

2. Defendant has provided a redacted public filing of the Opposition, while filing the full, unredacted Opposition under seal for the Court's consideration in connection with this Motion.

For the foregoing reasons, Defendant requests that this Motion be granted until such time that the Court orders Plaintiffs' Exhibit Q to Declaration of Jahan C. Sagafi, Docket Entry No. 522, unsealed.

Respectfully submitted,
DEFENDANT,
COMPUTER SCIENCES CORPORATION

By its attorneys,

*/s/ William J. Anthony*
Jackson Lewis P.C.
William J. Anthony (ct 17865)
Kristi Rich Winters (ct 28066)
18 Corporate Woods Boulevard, 3rd floor
Albany, New York 12211
Telephone: 518-434-1300
Fax: 518-427-5956
Anthonyw@jacksonlewis.com
Kristi.Winters@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
Alexa M. Farmer (ct30052)
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
salazard@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com

* *pro hac vice*

CERTIFICATION OF SERVICE

I hereby certify that on October 16, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/ William J. Anthony
       William J. Anthony