**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
Michael N. Litrownik (ct 28845)
Jared Goldman *
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct 19665)
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830

*Attorneys for Plaintiffs and the Classes and Collective*

**FEINBERG JACKSON WORTHMAN & WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No.: 3:14-cv-956 (JBA)<br><br>**NOTICE OF UPDATED COSTS AND ERRATA** |

Plaintiffs respectfully submit this update and errata to supplement Class Counsel's Post-Trial Motion for Attorneys' Fees and Costs ("Fee Motion"), ECF No. 520.

**Lodestar Correction (Reduction of $3,575)**

1.  **Total Lodestar Amount.**  In the original briefing, Plaintiffs miscalculated the Total Lodestar Amount.  That amount should be reduced by $3,575.  After correcting for that miscalculation, Class Counsel's corrected Total Lodestar Amount is $10,678,854.50 (not $10,682,429.50, as stated in Plaintiffs' Memorandum of Law, ECF No. 520, at page 13, first paragraph, page 14, second paragraph, and the Declaration of Jahan C. Sagafi ("Sagafi Decl."), ECF No. 520-1, at page 30, ¶ 76).

2.  **Reduced Lodestar Amount.**  The error in calculating Total Lodestar resulted in a miscalculation of the Reduced Lodestar Amount (defined as the Total Lodestar Amount after application of further voluntary reductions).  That amount should also be reduced by $3,575.  After correcting for that miscalculation, Class Counsel's corrected Reduced Lodestar Amount is $10,163,289.00 (not $10,166,864.00), as stated in the Memorandum of Law, ECF No. 520, at page 14, second paragraph, and page 18, first paragraph.

3.  **Requested Fee.**  The above error also resulted in a miscalculation of the Requested Fee.  That amount should be reduced by $4,789.54 (because the Requested Fee would be reduced by (($3,575 * 1.5) * 48.3%) + (($3,575 * 1.19) * 51.7%)), which reflects Plaintiffs' requested fee enhancements.  After correcting for that miscalculation, Class Counsel's corrected Requested Fee is $13,616,063.17 (not $13,620,852.71), as stated in the Memorandum of Law, ECF No. 520, at page 1, first paragraph, page 32, second paragraph, and page 40, third paragraph.

4. **Resulting exhibits.** These corrections also merit corrections to Exbibits C (Lodestar, by Seniority of Timekeeper Report (ECF No. 520-4)), I (Lodestar, by Phase of Litigation Report (ECF No. 520-10)), and N (Lodestar Summary Report (ECF No. 520-15)). Corrected versions of those exhibits are attached to this submission.

**Cost Correction (No Change)**

5. **Hutchinson declaration.** The Declaration Daniel M. Hutchinson ("Hutchinson Decl."), ECF No. 520-20, erroneously included a cost fund payment of $30,000 by Lieff Cabraser Heimann & Bernstein LLP ("LCHB") as a cost to be reimbursed.  The cost fund was Class Counsel's internal mechanism for sharing the cost burden among firms, allowing for each firm to contribute to costs that Outten & Golden was paying.  Thus, LCHB's costs as of the date of the Fee Motion were $107,114.50 (not $137,114.50, as stated in the Hutchinson Decl. at page 28, ¶ 60).  This error did not affect other cost calculations (i.e., Class Counsel requested total costs of $535,201.54 to be reimbursed, Memorandum of Law, ECF No. 520, at page 1, first paragraph, and this figure did not include LCHB's $30,000 cost fund payment).

**Cost Updates (Addition of $49,359.00)**

6. **Expert and Special Master costs.** The Fee Motion omits $49,359.00 in out-of-pocket costs for which Plaintiffs received invoices after filing the Fee Motion.  These costs are for data calculations and related work performed by David Breshears and for work performed by the Special Master in relation to the expert fees dispute.  In an effort to promptly advise the Court and opposing counsel of these additional costs, Plaintiffs have updated their costs to $584,560.54 (not $535,201.54, as stated in Plaintiffs' Memorandum of Law, ECF No. 520, at page 1, first paragraph, page 20, third paragraph, page 34, second paragraph, page 39, first paragraph, page 40, third paragraph, and the Sagafi Decl. at page 30, ¶ 75).

7. **Exhibits.**  This correction also merits corrections to Exbibits O (Cost Summary (ECF No. 520-16)) and P (Cost Detail (ECF No. 520-17)).  Corrected versions of these exhibits are attached to this submission.

8. **Future expenses.**  Class Counsel anticipate that they will receive additional invoices for out-of-pocket costs.  For example, Class Counsel have not yet received all invoices from the Special Master for work performed in relation to the expert fees dispute, which was very recently completed.  Plaintiffs will supplement their cost request at the appropriate time.

## Exhibits

9. For the convenience of the Court and CSC, Plaintiffs respectfully submit as attachments hereto updated exhibits to reflect the aforementioned corrections and updates.

- Exhibit C-2 (Lodestar, by Seniority of Timekeeper);
- Exhibit I-2 (Lodestar, by Phase of Litigation);
- Exhibit N-2 (Lodestar Summary Report);
- Exhibit O-2 (Costs Summary Report); and
- Exhibit P-2 (Detailed Cost Report)

Dated: October 28, 2019                     Respectfully submitted,

By: /s/ Jahan C. Sagafi
    Jahan C. Sagafi


**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
Michael N. Litrownik (ct28845)
Jared Goldman*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

**FEINBERG JACKSON WORTHMAN & WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct19665)
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830

*Attorneys for Plaintiffs, the Classes, and the Collective*

*admitted *pro hac vice*

5