UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| Joseph Strauch and Timothy Colby, on behalf of themselves and all those similarly situated | : : : : | CIVIL NO.: 3:14-cv-956 (JBA) |
| Plaintiffs, | : : | |
| v. | : : | |
| Computer Sciences Corporation | : : | OCTOBER 29, 2019 |
| Defendant. | : : | |

**JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE
FOR POST-TRIAL MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendant, Computer Sciences Corporation ("Defendant") and Counsel for Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner, and Vernon Carre, individually and on behalf of all others similarly situated (collectively, "Class Counsel"), hereby respectfully move to modify the briefing schedule as follows: (1) Defendant's deadline to file an Opposition to Class Counsel's Post-Trial Motion for Attorneys' Fees and Costs (Dkt. 520), shall be extended up to and including November 4, 2019; and (2) Class Counsel's deadline to file a Reply shall be extended up to and including December 5, 2019.  There is good cause for this Motion.  In support of this Motion, the Parties states as follows:

1. Defendant's current deadline to file an Opposition to Class Counsel's Post-Trial Motion for Attorneys' Fees and Costs (Dkt. 520) is currently October 30, 2019, and Class Counsel's deadline to file a Reply is November 27, 2019. *See* Dkt. 526

(granting the Parties' joint request to modify the briefing schedule due to voluminous filing by Plaintiffs seeking fees).

2. On October 25, 2019, Class Counsel informed Defendant of the contents of the Notice of Updated Costs and Errata ("Notice") and provided the five updated exhibits incorporating the changes identified in the Notice (Exhibits C-2, I-2, N-2, O-2, P-2), all of which was filed yesterday, on October 28, 2019 (Dkt. 537).

3. In light of the new information, the Parties jointly request that the briefing schedule be extended for both Defendant's Opposition and Plaintiffs' Reply thereto such that Defendant's deadline to file its Opposition is extended to Monday, November 4, 2019 and Class Counsel's deadline to file a Reply to Defendant's Opposition is extended to Thursday, December 5, 2019 (in light of November 28, 2019 being Thanksgiving).

4. There is good cause for this short extension to the current briefing schedule. CSC requires additional time to adequately review these changes, assess the impact to its existing briefing, and to make appropriate updates and changes to its briefing and associated exhibits which reflect Class Counsel's updates and corrections.

WHEREFORE, the Parties jointly move for a modification of the attorneys' fees briefing schedule for both parties, thereby amending CSC's deadline to file its Opposition to November 4, 2019 and Class Counsel's deadline to file a Reply to December 5, 2019.

Respectfully Submitted,

By: _/s/ Jahan Sagafi_____  By: */s/ David R. Golder*

**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi (pro hac vice)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com

Michael J. Scimone (pro hac vice)
Michael N. Litrownik (ct 28845)
Jared Goldman (pro hac vice)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com
mlitrownik@outtengolden.com
jgoldman@outtengolden.com

**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
Todd Jackson (pro hac vice)
Darin Ranahan (pro hac vice)
Genevieve Casey (pro hac vice)
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
todd@feinbergjackson.com
darin@feinbergjackson.com
genevieve@feinbergjackson.com

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson (pro hac vice)
Lin Y. Chan (pro hac vice)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

**JACKSON LEWIS P.C.**
William J. Anthony (ct 17865)
Kristi Rich Winters (ct 28066)
677 Broadway, 9th Floor
Albany, New York 12207
Telephone: 518-512-8700
Anthonyw@jacksonlewis.com
Kristi.Winters@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
Alexa M. Farmer (ct 30052)
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
david.salazar-austin@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com

* admitted *pro hac vice*

*Attorneys for Defendant Computer Science Corporation*

dhutchinson@lchb.com
lchan@lchb.com

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen Baldwin Kravetz (ct 19665)
59 Elm Street, 5th Floor
New Haven, CT 06510
Telephone: (203) 624-9830
Facsimile: (203) 562-8430
kkravetz@susmanduffy.com

*Attorneys for Plaintiffs, the Collective, and the Certified Classes*

CERTIFICATION OF SERVICE

I hereby certify that on October 29, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David R. Golder
David R. Golder