UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Joseph Strauch and Timothy Colby, on behalf of themselves and all those similarly situated | : : : : | |
| Plaintiffs, | : | CIVIL NO.: 3:14-cv-956 (JBA) |
| v. | : : | |
| Computer Sciences Corporation | : | |
| Defendant. | : : | NOVEMBER 4, 2019 |

## MOTION TO SEAL

Pursuant to Local Rule of Civil Procedure 5(e), Defendant Computer Sciences Corporation ("CSC") respectfully moves to file under seal an unredacted version of Defendant's Opposition to Class Counsel's Motion for Attorneys' Fees and Costs (the "Opposition"). In support of this Motion, Defendant states as follows:

1. Defendant's Opposition and its associated Exhibits quote portions of Class Counsel's Exhibit Q to Declaration of Jahan C. Sagafi, which was filed as a sealed document. Docket Entry No. 522.

2. Defendant has provided a redacted public filing of the Opposition with all exhibits that do not contain portions of Class Counsel's sealed document, while filing the unredacted Opposition with exhibits that do contain portions of Class Counsel's Exhibit Q under seal for the Court's consideration in connection with this Motion.

3. Defendant will mail a complete unredacted copy of the entire filing, including the unredacted Opposition and all unredacted exhibits, to the Court, and Defendant will also send an electronic copy of the unredacted Opposition and exhibits to Class Counsel.

For the foregoing reasons, Defendant requests that this Motion be granted until such time that the Court orders Plaintiffs' Exhibit Q to Declaration of Jahan C. Sagafi, Docket Entry No. 522, unsealed.

      Respectfully submitted,
      DEFENDANT,
     COMPUTER SCIENCES CORPORATION

    By its attorneys,

    /s/ William J. Anthony
    Jackson Lewis P.C.
    William J. Anthony (ct 17865)
    Kristi Rich Winters (ct 28066)
    18 Corporate Woods Boulevard, 3rd floor
    Albany, New York 12211
    Telephone: 518-434-1300
    Fax: 518-427-5956
    Anthonyw@jacksonlewis.com
    Kristi.Winters@jacksonlewis.com

    David R. Golder (ct 27941)
    David C. Salazar-Austin (ct 25564)
    Alexa M. Farmer (ct30052)
    90 Statehouse Square, 8th Floor
    Hartford, CT  06103
    Tel: (860) 522-0404
    Fax: (860) 247-1330
    golderd@jacksonlewis.com
    salazard@jacksonlewis.com

    Brett M. Anders*
    220 Headquarters Plaza
    East Tower, 7th Floor
    Morristown, NJ 07960
    Tel: (973) 538-6890
    andersb@jacksonlewis.com

    Cary G. Palmer*
    Nathan W. Austin*
    801 K Street, Suite 2300
    Sacramento, CA 95814
    Tel: (916) 341-0404
    palmerc@jacksonlewis.com
    AustinN@jacksonlewis.com
    * pro hac vice

CERTIFICATION OF SERVICE

I hereby certify that on November 4, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ William J. Anthony
William J. Anthony