IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No. 14 Civ. 956 (JBA) |

**PLAINTIFFS' MOTION TO EXTEND PAGE LIMITS**

Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner, and Vernon Carre ("Plaintiffs") respectfully move under the Federal Rules of Civil Procedure and this Court's Local Rules to increase the page limit for Plaintiffs' reply in support of their Motion for Attorneys' Fees and Costs, ECF No. 520 ("Plaintiffs' Motion") from 10 to 20 pages. Plaintiffs request these changes to fully address Defendant Computer Sciences Corporation's ("CSC's") 39-page opposition brief, supporting expert declaration by James Schratz, ECF No. 545 ("Schratz Decl."), and 30 exhibits. *See* ECF Nos. 544-45.

Per Local Rule 7, Plaintiffs have discussed this proposed extension with CSC. CSC does not oppose Plaintiffs' request.

Additional pages are appropriate due to the length of CSC's opposition papers. In addition to the arguments contained in CSC's opposition, which was filed with 15 supporting exhibits totaling over 300 pages, the Schratz Declaration contains 59 substantive citations to case law and an additional 15 supporting exhibits. Those exhibits include tables analyzing

approximately 9,526 time entries. Additional pages will allow Plaintiffs to respond substantively to both the Schratz Declaration and CSC's opposition.

## Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court grant the expansion of page limits requested above.

Dated: November 15, 2019                    Respectfully Submitted,


By: /s/ Jahan C. Sagafi

**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi (*pro hac vice*)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com

Michael J. Scimone (*pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com

**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
Todd Jackson (*pro hac vice*)
Darin Ranahan (*pro hac vice*)
Genevieve Casey (*pro hac vice*)
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
todd@feinbergjackson.com
darin@feinbergjackson.com
genevieve@feinbergjackson.com

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dhutchinson@lchb.com
lchan@lchb.com

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen Baldwin Kravetz (ct 19665)
59 Elm Street, 5th Floor
New Haven, CT 06510
Telephone: (203) 624-9830
Facsimile: (203) 562-8430
kkravetz@susmanduffy.com

*Attorneys for Plaintiffs, the Collective, and the Certified Classes*

## CERTIFICATION OF SERVICE

I hereby certify that on **November 15, 2019**, a copy of the **PLAINTIFFS' MOTION TO EXTEND TIME AND PAGE LIMITS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Jahan C. Sagafi*
Jahan C. Sagafi