**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

JOSEPH STRAUCH, TIMOTHY COLBY,
CHARLES TURNER, and VERNON CARRE,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

    v.

COMPUTER SCIENCES CORPORATION,

                Defendant.

---

No. 14 Civ. 956 (JBA)

## JOINT STIPULATION AND PROPOSED ORDER

WHEREAS, a jury trial of this action took place between December 7, 2017 and December 20, 2017; and

WHEREAS, during the trial, Plaintiffs introduced deposition testimony of witnesses Robert Engelmann, Brian Fillebrown, and Frank Cebula, and Defendant introduced deposition testimony of Robert Engelmann, all of which were read to the jury (*see* Trial Tr. 375:9-377:3; 465:20-467:12; 1027:4-23); and

WHEREAS, pursuant to the Court's instructions (*see* Trial Tr. 462:6-463:21), on December 13 and 19, 2017, the parties provided written records of the designated testimony to be included as Joint Exhibits in the trial record to chambers; and

WHEREAS, the list of exhibits admitted at trial and filed at ECF No. 443 inadvertently omitted these joint exhibits; and

WHEREAS, the parties now wish to ensure that the trial record is complete and includes all evidence that was submitted to the jury,

NOW THEREFORE, it is hereby STIPULATED AND SO ORDERED:

1.      The attached **Exhibit A**, containing Plaintiffs' designations of deposition testimony of Robert Engelmann, shall be included in the trial record as Joint Exhibit 5;

2.      The attached **Exhibit B**, containing designations of deposition testimony of Brian Fillebrown, shall be included in the trial record as Joint Exhibit 6;

3.      The attached **Exhibit C**, containing designations of deposition testimony of Frank Cebula, shall be included in the trial record as Joint Exhibit 7;

4.      The attached **Exhibit D,** containing Defendant's designations of deposition testimony of Robert Engelmann, shall be included in the trial record as Joint Exhibit 8; and

5.      ECF No. 443 shall be corrected to reflect the full list of trial exhibits; and

6.      Pursuant to Fed. R. App. Pro. 10(e)(2), a supplemental record of this action shall be certified and forwarded by the Court to the Second Circuit Court of Appeals.

**IT IS SO STIPULATED.**

*On behalf of Plaintiffs:*

By:  */s/ Jahan C. Sagafi*                              Dated: January 23, 2020

Jahan C. Sagafi (*pro hac vice*)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com

Michael J. Scimone (*pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone:  (212) 245-1000
Facsimile:  (646) 509-2060
mscimone@outtengolden.com

FEINBERG, JACKSON, WORTHMAN &
WASOW LLP
Todd Jackson (*pro hac vice*)
Genevieve Casey (*pro hac vice*)
Darin Ranahan (*pro hac vice*)
383 4th Street
Oakland, CA 94607
Telephone: (510) 269-7998
Facsimile:  (510) 269-2366
todd@feinbergjackson.com
genevieve@feinbergjackson.com
darin@feinbergjackson.com


LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
Daniel M. Hutchinson (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008
dhutchinson@lchb.com
lchan@lchb.com

*Defendant Computer Sciences Corporation*

By: */s/ William J. Anthony*                    Dated: January 23, 2020
Jackson Lewis P.C.
William J. Anthony (ct 17865)
Kristi Rich Winters (ct 28066)
18 Corporate Woods Boulevard, 3rd floor
Albany, NY 12211
Telephone: 518-434-1300
Fax: 518-427-5956
Anthonyw@jacksonlewis.com
Kristi.Winters@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
salazard@jacksonlewis.com

Brett M. Anders (*pro hac vice*)
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer (*pro hac vice*)
Nathan W. Austin (*pro hac vice*)
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com

IT IS SO ORDERED:

_____
Janet Bond Arterton, U.S.D.J.

4