**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
Michael N. Litrownik (ct 28845)
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct 19665)
59 Elm Street, 5th Floor
New Haven, CT 06510
Telephone: (203) 624-9830

*Attorneys for Plaintiffs and the Classes and
Collective*

**FEINBERG JACKSON WORTHMAN
& WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998

**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No.: 3:14-cv-956 (JBA)<br><br>**DECLARATION OF JAHAN C. SAGAFI IN SUPPORT OF PLAINTIFFS' MOTION FOR NOTICE AND TOLLING** |

I, JAHAN C. SAGAFI, declare as follows:

1.      I am a partner at Outten & Golden LLP ("O&G"), attorneys for Plaintiffs, the

Classes, and the FLSA collective.

2.      I make this Declaration in connection with Plaintiffs' Memorandum of Law in

Support of Motion for Notice and Tolling.

3.      I make these statements based on personal knowledge and would so testify if

called as a witness.

**Exhibits**

4.      Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' proposed

Rule 23 Notice.

5.      Attached hereto as **Exhibit B** is a true and correct copy of the List of Ineligible

Opt-Ins.

6.      Attached hereto as **Exhibit C** is a true and correct copy of the List of Unnoticed

Class Members.

*       *       *

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and

correct.


Dated:  February 13, 2020
        San Francisco, California        _____

                                                Jahan C. Sagafi