**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
Michael N. Litrownik (ct 28845)
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct 19665)
59 Elm Street, 5th Floor
New Haven, CT 06510
Telephone: (203) 624-9830

*Attorneys for Plaintiffs and the Classes and
Collective*

**FEINBERG JACKSON WORTHMAN
& WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998

**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No.: 3:14-cv-956 (JBA)<br><br>**DECLARATION OF JAHAN C. SAGAFI IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR NOTICE AND TOLLING** |

I, JAHAN C. SAGAFI, declare as follows:

1.  I am a partner at Outten & Golden LLP ("O&G"), attorneys for Plaintiffs, the Classes, and the FLSA collective.

2.  I make this Declaration in connection with Plaintiffs' Reply Memorandum of Law in Support of Motion for Notice and Tolling.

3.  I make these statements based on personal knowledge and would so testify if called as a witness.

**Plaintiffs' Attempts to Resolve this Dispute**

4.  Plaintiffs conferred with CSC regarding the relief sought by this motion on numerous occasions in January and February 2020.

5.  The parties were not able to reach agreement on the relief sought by this motion. Among other reasons, CSC informed Plaintiffs that it could not formulate a position on the tolling aspect of this motion unless Plaintiffs identified individualized reasons why each of the 114 opt-ins were not similarly situated.

6.  With respect to CSC's objection to the inclusion of language in the new Notice regarding claims that are not covered by this lawsuit, on February 10, 2020, Plaintiffs advised CSC that this language mirrors language that appeared in the original Rule 23 Notice approved by the Court.

**Exhibits**

7.  Attached hereto as **Exhibit A** is a true and correct copy of a Microsoft Word Redline Comparing the Relevant Language of the New Notice to Similar Language in the Original Notice.

*       *       *

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:  March 19, 2020
        San Francisco, California

_____

Jahan C. Sagafi