# APPENDIX

## Hourly Rate Adjustments

| FJWW | | | | | | |
|---|---|---|---|---|---|---|
| Name | Position | Hours | Proposed Rate | Proposed Compensation | Awarded Rate | Compensation Before Hours Adjustment |
| Allyssa Villanueva | Associate | 19.5 | $ 375.00 | $ 7,312.50 | $ 375.00 | $ 7,312.50 |
| Genevieve Casey | Counsel | 1,211.1 | $ 580.00 | $ 702,438.00 | $ 450.00 | $ 544,995.00 |
| Darin Ranahan | Partner | 782.0 | $ 590.00 | $ 461,380.00 | $ 590.00 | $ 461,380.00 |
| Todd Jackson | Partner | 1,635.8 | $ 840.00 | $ 1,374,072.00 | $ 725.00 | $ 1,185,955.00 |
| Michael Caesar | Associate | 310.5 | $ 490.00 | $ 152,145.00 | $ 450.00 | $ 139,725.00 |
| Andrew Lah | Associate | 170.5 | $ 625.00 | $ 106,562.50 | $ 450.00 | $ 76,725.00 |
| Todd Jackson | Shareholder | 96.4 | $ 840.00 | $ 80,976.00 | $ 725.00 | $ 69,890.00 |
| Kelsey Lawson | Paralegal | 30.1 | $ 265.00 | $ 7,976.50 | $ 195.00 | $ 5,869.50 |
| Olivia Ruiz | Paralegal | 26.6 | $ 265.00 | $ 7,049.00 | $ 195.00 | $ 5,187.00 |
| Alex Epstein | Paralegal | 27.8 | $ 265.00 | $ 7,367.00 | $ 195.00 | $ 5,421.00 |
| Eric Garcia | Paralegal | 370.9 | $ 265.00 | $ 98,288.50 | $ 195.00 | $ 72,325.50 |
| Jeffrey Lais | Paralegal Manager | 219.7 | $ 300.00 | $ 65,910.00 | $ 195.00 | $ 42,841.50 |
| ATTORNEYS | | | | $ 2,884,886.00 | | $ 2,485,982.50 |
| STAFF | | | | $ 186,591.00 | | $ 131,644.50 |
| FJWW TOTAL | | | | $ 3,071,477.00 | | $ 2,617,627.00 |

| LCHB | | | | | | |
|---|---|---|---|---|---|---|
| Name | Position | Hours | Proposed Rate | Proposed Compensation | Awarded Rate | Compensation Before Hours Adjustment |
| Valerie | Associate | 79.3 | $ 370.00 | $ 29,341.00 | $ 370.00 | $ 29,341.00 |
| Michael Decker | Associate | 383.1 | $ 395.00 | $ 151,324.50 | $ 395.00 | $ 151,324.50 |
| Rosemarie Maliekel | Associate | 60.0 | $ 395.00 | $ 23,700.00 | $ 395.00 | $ 23,700.00 |
| Darsana Srinivasan | Associate | 174.3 | $ 415.00 | $ 72,334.50 | $ 415.00 | $ 72,334.50 |
| Shira Tevah | Associate | 280.3 | $ 420.00 | $ 117,726.00 | $ 420.00 | $ 117,726.00 |
| Michael Levin-Gesundheit | Associate | 192.4 | $ 480.00 | $ 92,352.00 | $ 450.00 | $ 86,580.00 |
| Lin Chan | Partner | 465.9 | $ 590.00 | $ 274,881.00 | $ 590.00 | $ 274,881.00 |
| Daniel Hutchinson | Partner | 787.8 | $ 675.00 | $ 531,765.00 | $ 675.00 | $ 531,765.00 |
| Nathan Peters | Staff Att'y | 54.0 | $ 490.00 | $ 26,460.00 | $ 450.00 | $ 24,300.00 |
| Jeremy Pilaar | Law Clerk | 22.0 | $ 370.00 | $ 8,140.00 | $ 195.00 | $ 4,290.00 |
| Major Mugrage | Lit. Support/ Trial Tech | 353.1 | $ 405.00 | $ 143,005.50 | $ 195.00 | $ 68,854.50 |
| Rachel Terrell- | Paralegal | 71.6 | $ 260.00 | $ 18,616.00 | $ 195.00 | $ 13,962.00 |
| Sesen Yehdego | Paralegal | 136.5 | $ 280.00 | $ 38,220.00 | $ 195.00 | $ 26,617.50 |
| Joshua Schott | Paralegal | 199.1 | $ 300.00 | $ 59,730.00 | $ 195.00 | $ 38,824.50 |
| Madelyne Trione | Paralegal | 43.5 | $ 380.00 | $ 16,530.00 | $ 195.00 | $ 8,482.50 |
| Nikki Belushko | Paralegal | 104.9 | $ 390.00 | $ 40,911.00 | $ 195.00 | $ 20,455.50 |
| Todd Carnam | Paralegal | 27.4 | $ 390.00 | $ 10,686.00 | $ 195.00 | $ 5,343.00 |
| Djuna Gray | Paralegal | 149.6 | $ 390.00 | $ 58,344.00 | $ 195.00 | $ 29,172.00 |
| Elizabeth Keenley | Paralegal | 474.0 | $ 390.00 | $ 184,860.00 | $ 195.00 | $ 92,430.00 |
| ATTORNEYS | | | | $ 1,319,884.00 | | $ 1,311,952.00 |
| STAFF | | | | $ 579,042.50 | | $ 308,431.50 |
| LCHB TOTAL | | | | $ 1,898,926.50 | | $ 1,620,383.50 |

| O&G | | | | | | |
|---|---|---|---|---|---|---|
| Name | Position | Hours | Proposed Rate | Proposed Compensation | Awarded Rate | Compensation Before Hours Adjustment |
| Jared W. Goldman | Associate | 678.70 | $ 350.00 | $ 237,545.00 | $ 350.00 | $ 237,545.00 |
| Elizabeth Stork | Associate | 816.60 | $ 425.00 | $ 347,055.00 | $ 425.00 | $ 347,055.00 |
| Michael N. Litrownik | Associate | 1,489.40 | $ 500.00 | $ 744,700.00 | $ 450.00 | $ 670,230.00 |
| Jennifer Liu | Associate | 102.50 | $ 600.00 | $ 61,500.00 | $ 450.00 | $ 46,125.00 |
| Meredith J. Weaver | Contract Att'y | 58.55 | $ 240.00 | $ 14,052.00 | $ 240.00 | $ 14,052.00 |
| Lauren A. Ziegler | Contract Att'y | 82.10 | $ 250.00 | $ 20,525.00 | $ 250.00 | $ 20,525.00 |
| M. Phatharanavik | Contract Att'y | 32.00 | $ 250.00 | $ 8,000.00 | $ 250.00 | $ 8,000.00 |
| Mira P. Karageorge | Contract Att'y | 11.10 | $ 265.00 | $ 2,941.50 | $ 265.00 | $ 2,941.50 |
| Alex Bonilla | Contract Att'y | 40.70 | $ 270.00 | $ 10,989.00 | $ 270.00 | $ 10,989.00 |
| Ashley Pellouchoud | Contract Att'y | 462.70 | $ 270.00 | $ 124,929.00 | $ 270.00 | $ 124,929.00 |
| Tanisha Shafer-Arata | Contract Attorney | 80.60 | $ 290.00 | $ 23,374.00 | $ 290.00 | $ 23,374.00 |
| Morgan Marshall- | Contract Att'y | 109.50 | $ 300.00 | $ 32,850.00 | $ 300.00 | $ 32,850.00 |
| Marco A. Lopez | Contract Att'y | 264.20 | $ 360.00 | $ 95,112.00 | $ 360.00 | $ 95,112.00 |
| Nicole M. Serratore | Contract Att'y | 45.70 | $ 375.00 | $ 17,137.50 | $ 375.00 | $ 17,137.50 |
| Jennifer Weiser | Contract Att'y | 29.00 | $ 375.00 | $ 10,875.00 | $ 375.00 | $ 10,875.00 |
| Michael Levinson | Contract Att'y | 10.60 | $ 375.00 | $ 3,975.00 | $ 375.00 | $ 3,975.00 |
| Michael J. Scimone | Counsel | 1,901.00 | $ 550.00 | $ 1,045,550.00 | $ 450.00 | $ 855,450.00 |
| Daniel Stromberg | Counsel | 170.00 | $ 700.00 | $ 119,000.00 | $ 450.00 | $ 76,500.00 |
| Paul W. Mollica | Counsel | 47.20 | $ 750.00 | $ 35,400.00 | $ 450.00 | $ 21,240.00 |
| Darnley D. Stewart | Partner | 345.70 | $ 775.00 | $ 267,917.50 | $ 725.00 | $ 250,632.50 |
| Jahan C. Sagafi | Partner | 1,297.80 | $ 900.00 | $ 1,168,020.00 | $ 725.00 | $ 940,905.00 |
| Justin M. Swartz | Partner | 46.60 | $ 975.00 | $ 45,435.00 | $ 725.00 | $ 33,785.00 |
| Gautama Kavuri | Project Att'y | 23.00 | $ 375.00 | $ 8,625.00 | $ 375.00 | $ 8,625.00 |
| Brandon E. James | Project Att'y | 17.00 | $ 400.00 | $ 6,800.00 | $ 400.00 | $ 6,800.00 |
| Danica Li | Staff Att'y | 27.95 | $ 280.00 | $ 7,826.00 | $ 280.00 | $ 7,826.00 |
| Moira Heiges-Goepfert | Staff Attorney | 42.60 | $ 380.00 | $ 16,188.00 | $ 380.00 | $ 16,188.00 |
| Naomi Sunshine | Staff Att'y | 13.00 | $ 475.00 | $ 6,175.00 | $ 450.00 | $ 5,850.00 |
| Rebecca Sobie | Staff Att'y | 11.80 | $ 600.00 | $ 7,080.00 | $ 450.00 | $ 5,310.00 |
| Legal Administrator | Legal Admin. | 15.70 | $ 200.00 | $ 3,140.00 | $ 195.00 | $ 3,061.50 |
| Stephanie Yu | Lit. Ops. | 517.10 | $ 285.00 | $ 147,373.50 | $ 195.00 | $ 100,834.50 |
| Part Time Paralegal | Paralegal | 135.23 | $ 250.00 | $ 33,807.50 | $ 195.00 | $ 26,369.85 |
| Darryl A. Bailey | Paralegal | 678.45 | $ 270.00 | $ 183,181.50 | $ 195.00 | $ 132,297.75 |
| Christine Park | Paralegal | 422.70 | $ 270.00 | $ 114,129.00 | $ 195.00 | $ 82,426.50 |
| Jeffrey M. | Paralegal | 348.60 | $ 270.00 | $ 94,122.00 | $ 195.00 | $ 67,977.00 |
| LiAnne P. Chan | Paralegal | 219.30 | $ 270.00 | $ 59,211.00 | $ 195.00 | $ 42,763.50 |
| Michaela | Paralegal | 189.20 | $ 270.00 | $ 51,084.00 | $ 195.00 | $ 36,894.00 |
| Christopher Truong | Paralegal | 184.40 | $ 270.00 | $ 49,788.00 | $ 195.00 | $ 35,958.00 |
| Yuchen Gao | Paralegal | 20.10 | $ 270.00 | $ 5,427.00 | $ 195.00 | $ 3,919.50 |
| Adrien L. Porter | Paralegal | 101.10 | $ 270.00 | $ 27,297.00 | $ 195.00 | $ 19,714.50 |
| Sara Olson | Paralegal | 53.70 | $ 270.00 | $ 14,499.00 | $ 195.00 | $ 10,471.50 |

| Christopher C. Alter | Paralegal | 40.60 | $ 270.00 | $ 10,962.00 | $ 195.00 | $ 7,917.00 |
|---|---|---|---|---|---|---|
| Michelle Fujii | Paralegal | 25.90 | $ 270.00 | $ 6,993.00 | $ 195.00 | $ 5,050.50 |
| Miguel Tapia Colin | Paralegal | 22.30 | $ 270.00 | $ 6,021.00 | $ 195.00 | $ 4,348.50 |
| Cindy Y. Huang | Paralegal | 17.80 | $ 270.00 | $ 4,806.00 | $ 195.00 | $ 3,471.00 |
| Konnie Dominguez | Paralegal | 18.30 | $ 270.00 | $ 4,941.00 | $ 195.00 | $ 3,568.50 |
| Jessica R. Lyons | Paralegal | 15.30 | $ 270.00 | $ 4,131.00 | $ 195.00 | $ 2,983.50 |
| Ashley Morales | Paralegal | 14.60 | $ 270.00 | $ 3,942.00 | $ 195.00 | $ 2,847.00 |
| Khristine De Leon | Paralegal | 12.60 | $ 270.00 | $ 3,402.00 | $ 195.00 | $ 2,457.00 |
| Maritza Medina | Paralegal | 12.20 | $ 270.00 | $ 3,294.00 | $ 195.00 | $ 2,379.00 |
| Stephanie Brooks | Paralegal | 12.20 | $ 270.00 | $ 3,294.00 | $ 195.00 | $ 2,379.00 |
| SF Student Law Clerk | Staff | 137.90 | $235-$250 | $ 32,591.00 | $ 195.00 | $ 26,890.50 |
| NY Student Law Clerk | Staff | 159.00 | $235-$250 | $ 37,543.00 | $ 195.00 | $ 31,005.00 |
| ATTORNEYS | | | | $ 4,489,576.50 | | $ 3,894,826.50 |
| STAFF | | | | $ 904,979.50 | | $ 657,984.60 |
| O&G TOTAL | | | | $ 5,394,556.00 | | $ 4,552,811.10 |

| SDS | | | | | | |
|---|---|---|---|---|---|---|
| *Name* | *Position* | *Hours* | *Proposed Rate* | *Proposed Compensation* | *Awarded Rate* | *Compensation Before Hours Adjustment* |
| Jason Stevenson | Associate | 0.4 | $ 180.00 | $ 72.00 | $ 180.00 | $ 72.00 |
| Adam Miller | Associate | 3.6 | $ 250.00 | $ 900.00 | $ 250.00 | $ 900.00 |
| Lu Leahy | Legal Assistant | 0.4 | $ 125.00 | $ 50.00 | $ 125.00 | $ 50.00 |
| Ross Prinz | Paralegal | 1.3 | $ 125.00 | $ 162.50 | $ 125.00 | $ 162.50 |
| Philip Kent | Partner | 0.3 | $ 250.00 | $ 75.00 | $ 250.00 | $ 75.00 |
| Karen Kravetz | Partner | 9.9 | $ 300.00 | $ 2,970.00 | $ 300.00 | $ 2,970.00 |
| SDS TOTAL | | | | $ 4,229.50 | | $ 4,229.50 |

## Lodestar Adjustments

| | LODESTAR | | | | |
|---|---|---|---|---|---|
| | FJWW | LCHB | O&G | SDS | TOTAL |
| Class Counsel Proposal | $ 3,071,477.00 | $ 1,898,926.50 | $ 5,394,556.00 | $ 4,229.50 | *$ 10,369,189.00* |
| First Adjustment (Reasonable Rate) | $ 2,617,627.00 | $ 1,620,383.50 | $ 4,552,811.10 | $ 4,229.50 | *$ 8,795,051.10* |
| Second Adjustment (Reasonable Hours) | $ 2,303,511.76 | $ 1,425,937.48 | $ 4,006,473.77 | $ 4,229.50 | *$ 7,740,152.51* |
| FINAL | $ 2,303,511.76 | $ 1,425,937.48 | $ 4,006,473.77 | $ 4,229.50 | $ 7,740,152.51 |