UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOSEPH STRAUCH, TIMOTHY COLBY,
CHARLES TURNER, and VERNON CARRE
individually and on behalf of all other similarly
situated,

           *Plaintiffs*,

  against

COMPUTER SCIENCES CORPORATION,

           *Defendant*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil No. 3:14-cv-956 (JBA)

AUGUST 21, 2020

**DEFENDANT COMPUTER SCIENCES CORPORATION'S NOTICE OF APPEAL FROM RULING ON POST-TRIAL MOTIONS FOR SERVICE AWARDS, ATTORNEYS' FEES, AND COSTS**

Notice is hereby given that Computer Sciences Corporation ("CSC"), the Defendant in the above-captioned case, appeals to the United States Court of Appeals for the Second Circuit from the Ruling on Post-Trial Motions for Service Awards, Attorneys' Fees, and Costs (granting with modification Class Counsel's Motion for Attorneys' Fees and Costs and granting Class Counsel's Motion for Service Awards) entered in this action on July 27, 2020 (Dkt. #563) and all adverse rulings subsumed therein.

In addition, CSC reserves the right to supplement this notice of appeal in light of future orders from this Court on Remedies that this Court may issue after this filing.

Respectfully submitted,

DEFENDANT,
COMPUTER SCIENCES CORPORATION

By its attorneys,

*/s/ David R. Golder*_____
**JACKSON LEWIS P.C.**
William J. Anthony (ct 17865)
Kristi Rich Winters (ct 28066)
677 Broadway, 9th Floor
Albany, New York 12207
Telephone: 518-512-8700
Anthonyw@jacksonlewis.com
Kristi.Winters@jacksonlewis.com

David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
90 State House Square, 8th Floor
Hartford, CT 06103
Tel: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
david.salazar-austin@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com
* admitted *pro hac vice*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on August 21, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        */s/ David R. Golder*
        David R. Golder