**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
Michael N. Litrownik (ct 28845)
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct 19665)
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830

**FEINBERG JACKSON WORTHMAN & WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*admitted *pro hac vice*

*Attorneys for Plaintiffs and the Classes and Collective*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No.: 3:14-cv-956 (JBA) |

**PLAINTIFFS' NOTICE OF CROSS-APPEAL**

NOTICE IS HEREBY GIVEN that Joseph Strauch, Timothy Colby, Charles Turner, and Vernon Carre, as individuals and on behalf of the certified class of similarly situated persons, plaintiffs in the above-captioned case ("Plaintiffs"), hereby cross-appeal to the United States Court of Appeals for the Second Circuit from the Ruling on Post-Trial Motions for Service Awards, Attorneys' Fees, and Costs entered in this action on July 27, 2020 (Dkt. #563) and all adverse rulings subsumed therein.

Dated:  August 24, 2020			Respectfully submitted,

					By: */s/ Daniel M. Hutchinson*
					      Daniel M. Hutchinson

					**OUTTEN & GOLDEN LLP**
					Jahan C. Sagafi*
					One California Street, 12th Floor
					San Francisco, CA 94111
					Telephone: (415) 638-8800

					Darnley D. Stewart*
					Michael J. Scimone*
					Michael N. Litrownik (ct28845)
					685 Third Avenue, 25th Floor
					New York, New York 10017
					Telephone: (212) 245-1000

					**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
					Daniel M. Hutchinson*
					Lin Y. Chan*
					275 Battery Street, 29th Floor
					San Francisco, CA 94111
					Telephone: (415) 956-1000

2033774.1

**FEINBERG JACKSON WORTHMAN & WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct19665)
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830

*Attorneys for Plaintiffs, the Classes, and the Collective*

*admitted *pro hac vice*

2

2033774.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 24, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson
