## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| *Plaintiffs*, | ) | Case No. 3:14-cv-956 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| COMPUTER SCIENCES CORPORATION, | ) | |
| | ) | |
| *Defendant*. | | |

### NOTICE OF SETTLEMENT ON APPEAL: MOTION FOR INDICATIVE RULING REGARDING FAIRNESS HEARING

Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner, and Vernon Carre ("Plaintiffs") hereby provide notice of their settlement with Defendant Computer Sciences Corporation ("CSC"), subject to this Court's approval, of all matters in dispute on a class-wide basis. Accordingly, pursuant to Rules 62.1 and 23 of the Federal Rules of Civil Procedure, Plaintiffs request an indicative ruling that this Court will conduct a fairness hearing regarding such settlement upon remand from the Second Circuit Court of Appeals.

On November 9, 2018, this Court issued a "Ruling on Remedies" and subsequently appointed a Special Master to resolve the remaining issues pertaining to calculation of damages. The Special Master entered his Report & Recommendation on May 31, 2019. Dkts. 479, 491. This Court adopted the Report and Recommendation in significant part and entered an amended final judgment in favor of Plaintiffs on August 12, 2019. Dkts. 514, 515. CSC appealed both the judgment and the District Court's class certification decision (No. 14-cv-956, Dkt. 519; 2d Cir. Case No. 18-3136).

2094574.1

On July 27, 2020, this Court granted Plaintiffs' Motion for Service Awards, and granted in part Plaintiffs' Motion for Attorneys' Fees and Costs.  Dkt. 563.  CSC noticed an appeal on August 21, 2020 (No. 14-cv-956, Dkt. 565; 2d Cir. Case No. 20-2812), to which Class Counsel for Plaintiffs noticed a cross-appeal on August 24, 2020 (No. 14-cv-956, Dkt. 567; 2d Cir. Case No. 20-2814).

During the course of the appeals, the Parties participated in settlement discussions and reached a settlement on a classwide basis memorialized in a Memorandum of Understanding signed by the parties on October 26, 2020.  On October 29, 2020, the parties jointly requested that the Court of Appeals hold the appeal in abeyance and take the November 9 oral argument off calendar, pending the District Court's approval of settlement.  The Court of Appeals granted that request.  Because the Parties' agreement provides relief to a settlement class, one of the terms of settlement is that the Settlement Agreement shall be submitted to this Court in order for the Court to conduct a fairness hearing and approve the settlement pursuant to Fed. R. Civ. P. 23(e)(2).

Accordingly, Plaintiffs respectfully request that this Court enter an order pursuant to Fed. R. Civ. P. 62.1 indicating that it will accept limited remand of this case from the Second Circuit Court of Appeals in order to conduct a hearing regarding the fairness, reasonableness, and adequacy of the proposed settlement.  Plaintiffs further request that the Court set a deadline for Plaintiffs to file their Preliminary Approval Motion by no later than January 6, 2021.

Date: December 16, 2020                                 Respectfully submitted,


                                                        /s/ *Jahan C. Sagafi*

                                                        **OUTTEN & GOLDEN LLP**

2094574.1

Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

**FEINBERG JACKSON WORTHMAN &
WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct19665)
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830

*Attorneys for Plaintiffs, the Classes, and the
Collective*

*admitted *pro hac vice*