# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | Civil No. 14 Civ. 956 (JBA) |

## MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) of the United States District Court for the District of Connecticut, Attorney Michael N. Litrownik of the law firm of Outten & Golden LLP ("O&G") submits this motion for leave of court to withdraw his appearance as counsel for Plaintiffs in the above-captioned matter.  Mr. Litrownik is longer employed by the law firm O&G.  Counsel of record for Plaintiffs remains the same without prejudice.

| | |
|---|---|
| Dated: December 18, 2020 | Respectfully submitted,<br><br>By: /s/ *Jahan C. Sagafi*<br>     Jahan C. Sagafi<br><br>**OUTTEN & GOLDEN LLP**<br>Jahan C. Sagafi\*<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br><br>Darnley D. Stewart\*<br>Michael J. Scimone\*<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Daniel M. Hutchinson\*<br>Lin Y. Chan\*<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br><br>**FEINBERG JACKSON WORTHMAN & WASOW**<br>Todd Jackson\*<br>Darin Ranahan\*<br>Genevieve Casey\*<br>383 4th Street, Suite 201<br>Oakland, CA 94607<br>Telephone: (510) 269-7998<br><br>**SUSMAN, DUFFY & SEGALOFF, P.C.**<br>Karen B. Kravetz (ct19665)<br>P.O. Box 1684<br>New Haven, CT 06507<br>Telephone: (203) 624-9830<br><br>*Attorneys for Plaintiffs, the Classes, and the Collective*<br><br>\*admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ *Jahan C. Sagafi*
Jahan C. Sagafi
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800