UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Strauch, et al,
  *Plaintiffs*,

 v.             Civil No. 3:14cv956 (JBA)

Computer Sciences Corp.,
  *Defendant*.

## INDICATIVE RULING REGARDING FAIRNESS HEARING

Plaintiffs have represented to the Court that they have settled with Defendant Computer Sciences Corp. all matters in dispute on a class-wide basis and move for an indicative ruling [Doc. # 570], which is granted. Accordingly, pursuant to Fed. R. Civ. P. 62-1 the Court hereby indicates that it will accept limited remand of this case from the Second Circuit Court of Appeals for the purpose of conducting a hearing regarding the fairness, reasonableness and adequacy of the proposed class settlement pursuant to Fed. R. Civ. P. 23(e)(2).

Plaintiffs are directed to file their Preliminary Approval Motion by February 22, 2021.

              IT IS SO ORDERED.
              /s/_____
              Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 1st day of February 2021.
              .