# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-one.

Before:     Dennis Jacobs,
            Rosemary S. Pooler,
            Raymond J. Lohier, Jr.,
                *Circuit Judges.*

_____

| | |
|---|---|
| Joseph Strauch, on behalf of himself and all those similarly situated, Timothy Colby, on behalf of himself and all those similarly situated, Charles Turner, on behalf of himself and all those similarly situated, Vernon Carre, on behalf of himself and all those similarly situated, | **ORDER**<br><br>Docket No. 18-3136 |
| Plaintiffs - Appellees, | |
| v. | |
| Computer Sciences Corporation, | |
| Defendant - Appellant. | |

_____
_____

| | |
|---|---|
| Joseph Strauch, Timothy Colby, Charles Turner, Vernon Carre, individually and on behalf of all others similarly situated, | Docket Nos. 20-2812(L), 20-2814(XAP) |
| Plaintiffs-Appellees-Cross-Appellants, | |
| v. | |
| Computer Sciences Corporation, | |
| Defendant-Appellant-Cross-Appellee. | |

_____

Plaintiffs-Appellees move, pursuant to Rule 12.1(b) of the Federal Rules of Appellate Procedure, for a limited remand of the above-captioned cases to the District Court for the

CERTIFIED COPY ISSUED ON 02/12/2021

purpose of conducting a fairness hearing regarding the parties' proposed settlement. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* (signature)

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* (signature)