UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph Strauch and Timothy Colby, on behalf of themselves and all those similarly situated<br>　　　　Plaintiffs,<br>v.<br><br>Computer Sciences Corporation<br>　　　　Defendant. | : : : : : : : : : : : | CIVIL NO.: 3:14-cv-956 (JBA)<br><br><br><br><br>FEBRUARY 19, 2021 |

**JOINT MOTION TO EXTEND PRELIMINARY DEADLINE**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, the Parties respectfully move for a brief two (2) day extension in which to file their Preliminary Approval Motion.

1. On February 1, 2021, the Court entered an Indicative Ruling Regarding Fairness Hearing, ordering Plaintiffs to file their Preliminary Approval Motion by February 22, 2021. (Dkt. Entry No. 573).

2. The parties are currently engaged in finalizing the settlement papers to conclude the matter at bar in advance of presenting same to this Court for evaluation.

3. The parties respectfully request a brief extension up to and including Wednesday, February 24, 2021 for Plaintiffs to file their Preliminary Approval Motion.

4. The parties and the case will not be prejudiced by this brief extension.

For the foregoing reasons, the Parties request that this Motion to extend Preliminary Approval Motion be granted and the deadline be extended to and including February 24, 2021.

<table>
<tr><td>

Respectfully submitted,

Attorneys for Plaintiffs and the Classes and Collective
By their attorneys,

/s/ *Daniel M. Hutchinson*
OUTTEN & GOLDEN LLP
Jahan C. Sagafi*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
Michael N. Litrownik (ct 28845)
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

SUSMAN, DUFFY & SEGALOFF, P.C.
Karen B. Kravetz (ct 19665)
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830

FEINBERG JACKSON WORTHMAN & WASOW
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*admitted pro hac vice

</td><td>

DEFENDANT,
COMPUTER SCIENCES CORPORATION

By its attorneys,

/s/ *David R. Golder*
Jackson Lewis P.C.
David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
Alexa M. Farmer (ct30052)
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
david.golder@jacksonlewis.com
david.salazar-austin@jacksonlewis.com
alex.farmer@jacksonlewis.com

Kristi Rich Winters (ct 28066)
18 Corporate Woods Boulevard, 3rd floor
Albany, New York 12211
Telephone: 518-434-1300
Fax: 518-427-5956
Kristi.Winters@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com
* *pro hac vice*

</td></tr>
</table>