# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRAUCH, TIMOTHY COLBY, CHARLES TURNER, and VERNON CARRE, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | No.: 3:14-cv-956 (JBA) |

## JOINT STATUS REPORT

Pursuant to the Court's March 11, 2021 Order (ECF No. 578), Plaintiffs Joseph Strauch, Timothy Colby, Charles Turner, and Vernon Carre ("Plaintiffs") and Defendant Computer Sciences Corporation ("CSC") respectfully submit this Joint Status Report to apprise the Court of developments since the Court's March 16, 2021 Order Granting Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement and Approval of Plaintiffs' Proposed Notice of Settlement ("Preliminary Approval Order") (ECF No. 581).

Pursuant to the Court's Preliminary Approval Order, on April 13, 2021, the Settlement Administrator, Rust Consulting, Inc. ("Rust"), sent the Notice of Class and Collective Action Settlement ("Notice") (1) by First-Class U.S. Mail to all 909 Class and Collective Members and (2) by email to the 631 Class and Collective Members for whom email addresses were available. The Notice advised Class and Collective Members of the June 12, 2021 deadline to object or opt out. To date, the parties are aware of one objection and no opt-outs.

Plaintiffs will file their (1) Motion for Final Approval of Class and Collective Action Settlement and (2) Motion for Approval of Attorneys' Fees and Costs and Service Awards by the May 28, 2021 deadline set by the Court. The final approval motion will include a detailed declaration from the Settlement Administrator detailing the actions it has taken to implement the settlement to date and the class member response, including a copy of the objection. Plaintiffs will address the content of the objection in their final approval motion. Given the June 12 objection and opt-out deadline, Plaintiffs will likely file reply briefs supporting their final approval and fee motions at least 14 days before the July 12 final approval hearing.

Respectfully submitted,

Dated: May 26, 2021

By: /s/ *Jahan C. Sagafi*
    Jahan C. Sagafi

**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi*
Jared W. Goldman*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Darnley D. Stewart*
Michael J. Scimone*
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Daniel M. Hutchinson*
Lin Y. Chan*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

**FEINBERG JACKSON WORTHMAN & WASOW**
Todd Jackson*
Darin Ranahan*
Genevieve Casey*
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998

**SUSMAN, DUFFY & SEGALOFF, P.C.**
Karen B. Kravetz (ct19665)
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830

*Attorneys for Plaintiffs, the Classes, and the Collective*

*admitted pro hac vice

Respectfully submitted,

By: /s/ *David R. Golder*
    David R. Golder

**Jackson Lewis P.C**.
David R. Golder (ct 27941)
David C. Salazar-Austin (ct 25564)
Alexa M. Farmer (ct30052)
90 Statehouse Square, 8th Floor
Hartford, CT 06103
Tel: (860) 522-0404
Fax: (860) 247-1330
david.golder@jacksonlewis.com
david.salazar-austin@jacksonlewis.com
alex.farmer@jacksonlewis.com

Kristi Rich Winters (ct 28066)
18 Corporate Woods Boulevard, 3rd floor
Albany, New York 12211
Telephone: 518-434-1300
Fax: 518-427-5956
Kristi.Winters@jacksonlewis.com

Brett M. Anders*
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Tel: (973) 538-6890
andersb@jacksonlewis.com

Cary G. Palmer*
Nathan W. Austin*
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404
palmerc@jacksonlewis.com
AustinN@jacksonlewis.com
* pro hac vice