Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Diahann Lewis        RPTR/ECRO/TAPE: Jessica Noble
TOTAL TIME: ___ hours  24 minutes
DATE: 7/12/2021   START TIME: 10:22   END TIME: 10:46
LUNCH RECESS   FROM: ___ TO: ___
RECESS (if more than ½ hr)   FROM: ___ TO: ___

CIVIL NO. 3:14cv956 (JBA)

Strauch et al                                   Michael Scimone
                                                Plaintiff's Counsel
    vs
Computer Sciences Corp.                         David Golder
                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Fairness

☑ ..#584.. Motion for final approval — ☑ granted ☐ denied ☐ advisement
☑ ..#585.. Motion for attorneys fees and service awards — ☑ granted ☐ denied ☐ advisement
☐ ..#..    Motion The settlement agreement is incorporated into the — ☐ granted ☐ denied ☐ advisement
☐ ..#..    Motion order; parties must comply with all terms of the — ☐ granted ☐ denied ☐ advisement
☐ ..#..    Motion agreement; the court retains jurisdiction to enforce — ☐ granted ☐ denied ☐ advisement
☐ ..#..    Motion settlement agreement. — ☐ granted ☐ denied ☐ advisement
☐ ..#..    Motion — ☐ granted ☐ denied ☐ advisement
☐ ..       Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ ..       Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ ..       Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ ..       Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ ..       ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ ....     ___ ☐ filed ☐ docketed
☐ ....     ___ ☐ filed ☐ docketed
☐ ....     ___ ☐ filed ☐ docketed
☐ ....     ___ ☐ filed ☐ docketed
☐ ....     ___ ☐ filed ☐ docketed
☐ ....     ___ ☐ filed ☐ docketed
☐ ....     ___ Hearing continued until ___ at ___

Notes: